1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Sean S. Pak (Bar No. 219032)
2    seanpak@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, CA 94111
   Telephone:     (415) 875-6600
4  Facsimile:     (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Robert M. Schwartz (Bar No. 117166)
6    robertschwartz@quinnemanuel.com
     Lance L. Yang (Bar No. 260705)
7    lanceyang@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
8  Los Angeles, CA 90017
   Telephone:     (213) 443-3000
9  Facsimile:     (213) 443-3100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Ron Hagiz (*pro hac vice forthcoming*)
11   ronhagiz@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
12 New York, NY 10010
   Telephone:     (212) 849-7000
13 Facsimile:     (212) 849-7100

14 *Attorneys for Plaintiff Skillz Platform Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation, | Case No.: 21-cv-02436-BLF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| AVIAGAMES INC., a Delaware corporation, | |
| Defendant. | Hon. Beth Labson Freeman |

Case No.: 21-cv-02436-BLF
Joint Stipulation to Enlarge Time to File Plaintiff's Opposition to Defendant's Motion to Dismiss

**TO THE HONORABLE JUDGE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rules 6-2 and 7-12 and Section IV.B of the Court's Standing Order for Civil Cases, plaintiff Skillz Platform, Inc. ("Skillz") and defendant AviaGames Inc. ("AviaGames"), through their respective attorneys, hereby stipulate and declare as follows:

WHEREAS, AviaGames filed a motion to dismiss the Complaint (ECF No. 25) on May 28, 2021;

WHEREAS, the current deadline for Skillz to file its opposition to AviaGames's motion to dismiss is June 11, 2021;

WHEREAS, Skillz seeks a 21-day extension of such deadline, until July 2, 2021, to file the opposition;

WHEREAS, the requested extension is necessitated by the fact that counsel for Skillz is actively engaged in trial preparation in a separate matter as well as other pressing business;

WHEREAS, in view of the Memorial Day holiday and to provide Skillz with sufficient time to prepare its opposition brief, AviaGames consents to the requested extension of time;

WHEREAS, the requested extension shall not alter the date of any event or deadline already affixed by Court order;

WHEREAS, the parties previously entered a joint stipulation extending by thirty days the time for AviaGames to move, answer, or otherwise respond to the Complaint (ECF No. 23);

NOW THEREFORE, the parties have agreed and hereby stipulate to a 21-day extension of the deadline for Skillz to file its opposition to AviaGames's motion to dismiss the Complaint upon approval of this Stipulation by the Court.

DATED: June 7, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Sean S. Pak*
     Sean S. Pak

*Attorneys for Plaintiff Skillz Platform, Inc.*

DATED: June 7, 2021

FENWICK & WEST LLP

By   */s/ Michael J. Sacksteder*
     Michael J. Sacksteder

*Attorneys for Defendant AviaGames Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Sean S. Pak, attest that I have obtained concurrence and authorization from Michael J. Sacksteder, counsel for Defendants, to affix his electronic signature to this filing.

Dated: June 7, 2021

By: */s/ Sean S. Pak*

~~[PROPOSED]~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/8/2021

*[Signature]*
The Hon. Beth Labson Freeman