JENNIFER TAYLOR STEWART (SBN 298798)
jstewart@kslaw.com
**KING & SPALDING LLP**
50 California St., Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

CHRISTOPHER C. CAMPBELL (*pro hac vice*)
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW Ste. 200
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-7411

BRITTON F. DAVIS (*pro hac vice*)
**KING & SPALDING LLP**
1401 Lawrence St. Ste 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400

*Attorneys for Plaintiff*
SKILLZ PLATFORM, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVIAGAMES INC.,<br><br>　　　　Defendant. | Case No. 5:21-cv-02436-BLF<br><br>The Hon. Beth Labson Freeman<br><br>**PLAINTIFF SKILLZ PLATFORM INC.'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION TO REOPEN DISCOVERY AND FOR SANCTIONS**<br><br>Date: August 15, 2023<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Beth Labson Freeman |