JENNIFER TAYLOR STEWART (SBN 298798)
jstewart@kslaw.com
**KING & SPALDING LLP**
50 California St., Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

CHRISTOPHER C. CAMPBELL (*pro hac vice*)
ccampbell@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW Ste. 200
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-7411

BRITTON F. DAVIS *(pro hac vice)*
**KING & SPALDING LLP**
1401 Lawrence St. Ste 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400

*Attorneys for Plaintiff*
SKILLZ PLATFORM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC.<br><br>          Plaintiff,<br><br>    v.<br><br>AVIAGAMES INC.,<br><br>          Defendant. | Case No. 5:21-cv-02436-BLF<br><br>Assigned to:  Hon. Judge Beth Labson Freeman<br><br>**DECLARATION OF CHRISTOPHER CAMPBELL IN SUPPORT OF PLAINTIFF SKILLZ PLATFORM INC.'S EMERGENCY MOTION TO REOPEN DISCOVERY AND FOR SANCTIONS**<br><br>Complaint filed:  April 5, 2021 |

I, Christopher Campbell, declare as follows:

1. I am an attorney licensed to practice law before the courts of the District of Columbia. I am a Partner at King & Spalding LLP, and counsel in this action for Plaintiff Skillz Platform Inc. I submit this declaration in support of Emergency Motion to Reopen Discovery and for Sanctions. I have personal knowledge of the facts stated herein and, if called upon, I could and would testify competently thereto under oath.

2. I have appended boxes to the served versions to focus the Court's attention to relevant sections.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Jamie Leung, dated May 17, 2023. (FILED UNDER SEAL)

4. Attached hereto as **Exhibit B** is a true and correct copy of the deposition of Vickie Chen, dated May 20, 2023. (FILED UNDER SEAL)

5. Attached hereto as **Exhibit C** is a true and correct copy of a document identified by Bates number AVIA_0061715. (FILED UNDER SEAL)

6. Attached hereto as **Exhibit D** is a true and correct copy of a document identified by Bates number AVIA_0110693. (FILED UNDER SEAL)

7. Attached hereto as **Exhibit E** is a true and correct copy of a document identified by Bates number AVIA_0108745. (FILED UNDER SEAL)

8. Attached hereto as **Exhibit F** is a true and correct copy of a document identified by Bates number AVIA_0107837. (FILED UNDER SEAL)

9. Attached hereto as **Exhibit G** is a true and correct copy of a document identified by Bates number AVIA_0112132. (FILED UNDER SEAL)

10. Attached hereto as **Exhibit H** is a true and correct copy of a document identified by Bates number AVIA_0088639. (FILED UNDER SEAL)

11. Attached hereto as **Exhibit I** is a true and correct copy of a document identified by Bates number AVIA_0100061. (FILED UNDER SEAL)

12. Attached hereto as **Exhibit J** is a true and correct copy of a document identified by Bates number AVIA_0105777.  (FILED UNDER SEAL)

13. Attached hereto as **Exhibit K** is a true and correct copy of a document identified by Bates number AVIA_0112718.  (FILED UNDER SEAL)

14. Attached hereto as **Exhibit L** is a true and correct copy of a document identified by Bates number AVIA_0093700.  (FILED UNDER SEAL)

15. Attached hereto as **Exhibit M** is a true and correct copy of a document identified by Bates number AVIA_0111530.  (FILED UNDER SEAL)

16. Attached hereto as **Exhibit N** is a true and correct copy of a document identified by Bates number AVIA_0111543.  (FILED UNDER SEAL)

17. Attached hereto as **Exhibit O** is a true and correct copy of a document identified by Bates number AVIA_ 0089600.  (FILED UNDER SEAL)

18. Attached hereto as **Exhibit P** is a true and correct copy of the Declaration of Yushan Luo in Support of Plaintiff's Motion, dated August 11, 2023.  (FILED UNDER SEAL)

19. Attached hereto as **Exhibit Q** is a true and correct copy of the Declaration of Lance Yang in Support of Plaintiff's Motion, dated August 11, 2023.  (FILED UNDER SEAL)

20. Attached hereto as **Exhibit R** is at true and correct copy of a letter dated August 10, 2023 from Christopher Campbell to counsel for AviaGames.  (FILED UNDER SEAL)

21. Attached hereto as **Exhibit S** is a true and correct copy of an email dated August 10, 2023 from counsel for Skillz Platform Inc. to AviaGames Inc.  (FILED UNDER SEAL)

22. Attached hereto as **Exhibit T** is a true and correct copy of an email dated August 11, 2023 from counsel for AviaGames Inc. to Skillz Platform Inc.  (FILED UNDER SEAL)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of August, 2023, at Great Falls, VA.

                                      /s/ *Christopher Campbell*
                                      Christopher Campbell