1  JENNIFER TAYLOR STEWART (SBN 298798)
   jstewart@kslaw.com
2  **KING & SPALDING LLP**
   50 California St., Suite 3300
3  San Francisco, CA 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  CHRISTOPHER C. CAMPBELL (*pro hac vice*)
   ccampbell@kslaw.com
6  **KING & SPALDING LLP**
   1700 Pennsylvania Ave. NW Ste. 200
7  Washington, DC 20006
   Telephone: (202) 737-0500
8  Facsimile: (202) 626-7411

9  BRITTON F. DAVIS *(pro hac vice)*
   **KING & SPALDING LLP**
10 1401 Lawrence St. Ste 1900
   Denver, CO 80202
11 Telephone: (720) 535-2300
   Facsimile: (720) 535-2400

12

13 *Attorneys for Plaintiff*
   SKILLZ PLATFORM, INC.

14

15

# UNITED STATES DISTRICT COURT
16 
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
17

| | |
|---|---|
| 18  SKILLZ PLATFORM INC. | Case No. 5:21-cv-02436-BLF |
| 19           Plaintiff, | The Hon. Beth Labson Freeman |
| 20    v. | **SKILLZ PLATFORM INC. MOTION FOR HEARING** |
| 21  AVIAGAMES INC., | |
|              Defendant. | Date: August 15, 2023 |
| 22 | Time: 1:30 p.m. |
| 23 | Courtroom: 3 |
|    | Judge: Hon. Beth Labson Freeman |
| 24 | |
| 25 | |

26

27

28

MOTION FOR HEARING                                                     CASE NO. 5:21-cv-02436-BLF

PLEASE TAKE NOTICE that on August 15, 2023 at 1:30 p.m. (at which a hearing between the parties is currently scheduled), or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Beth Labson Freeman, located at 280 South 1st Street, Courtroom 3, San Jose, California, 95113, Plaintiff Skillz Platform Inc. will and hereby does move the Court for emergency relief in the form of a hearing on Plaintiff's Emergency Motion To Reopen Discovery And To Impose Sanctions Against Defendant AviaGames Inc. ("Motion") (Dkt. 208) and set expedited briefing thereon during the Court's already scheduled summary judgment hearing in this case, set for August 15, 2023 at 1:30 p.m. This emergency relief is warranted for the reasons set out in Plaintiff's Motion, the seriousness of the issues raised therein, and the time sensitive nature of the relief requested in connection with the limited time remaining in the case schedule and avoiding disruption of the trial schedule.

For the foregoing reasons, plaintiff respectfully requests the court grant this emergency motion for hearing.

Dated: August 11, 2023

Respectfully submitted,

KING & SPALDING LLP

/s/ *Christopher Campbell*
Christopher Campbell

CHRISTOPHER C. CAMPBELL (pro hac vice)
ccampbell@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave. NW Ste. 200
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-7411

BRITTON F. DAVIS (pro hac vice)
KING & SPALDING LLP
1401 Lawrence St. Ste 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400

JENNIFER TAYLOR STEWART (SBN 298798)
jstewart@kslaw.com
**KING & SPALDING LLP**
50 California St., Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Plaintiff Skillz Platform, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 11, 2023.

/s/ *Christopher Campbell*
Christopher Campbell