| | |
|---|---|
| Chao "Wendy" Wang, Bar No. 289325<br>WWang@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: 650.838.4315<br>Facsimile: 650.838.4350 | Judith B. Jennison (Bar No. 165929)<br>PERKINS COIE LLP<br>JJennison@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206-359-3489<br>Fax: (206) 359-4489 |
| Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com<br>Joseph P. Reid (Bar No. 211082)<br>JReid@perkinscoie.com<br>Miguel J. Bombach, Bar No. 274287<br>MBombach@perkinscoie.com<br>Abigail A. Gardner Bar No. 334598<br>AGardner@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br>Telephone: 858.720.5700<br>Facsimile: 858.720.5799 | W. Matthew Pierce (*pro hac vice*)<br>WPierce@perkinscoie.com<br>PERKINS COIE LLP<br>1900 16th Street, Ste. 1400<br>Denver, CO 80202<br>Telephone: (303) 291-2300<br>Fax: (303) 291-2400<br><br>Dakota Paul Kanetzky (*pro hac vice*)<br>DKanetzky@perkinscoie.com<br>PERKINS COIE LLP<br>405 Colorado Street, Ste 1700<br>Austin, TX 78701<br>Telephone: (737) 256-6115<br>Fax: (737) 256-6300 |

*Attorneys for Defendant AviaGames Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>AVIAGAMES INC., a Delaware corporation,<br><br>             Defendant. | Case No.: 5:21-cv-02436-BLF (SVK)<br><br>**DECLARATION OF MIGUEL BOMBACH IN SUPPORT OF DEFENDANT AVIAGAMES INC.'S OPPOSITION TO PLAINTIFF SKILLZ PLATFORM INC.'S EMERGENCY MOTION** |

I, Miguel Bombach, declare as follows:

1. I am over 18 years old, and I am competent to make this declaration based upon my personal knowledge.

2. I am a partner with the law firm of Perkins Coie LLP and an attorney of record for Defendant AviaGames Inc. ("AviaGames"). I am admitted to the California bar and am currently in good standing.

3. I submit this declaration in support of AviaGames' Opposition to Plaintiff Skillz Platform Inc.'s ("Skillz") Emergency Motion to Reopen Discovery and for Sanctions

4. Attached hereto as Exhibit 1 is a true and correct copy of the transcript for the summary judgment hearing that occurred on August 15, 2023.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts to SKLZPAT00000798 produced in this litigation by Plaintiff Skillz.

6. Attached hereto as Exhibit 3 is a true and correct copy of SKLZPAT00212701 produced in this litigation by Plaintiff Skillz.

7. Attached hereto as Exhibit 4 is a true and correct copy of SKLZPAT00009983 produced in this litigation by Plaintiff Skillz.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from source code printouts provided by AviaGames to Skillz, labeled AVIA_SC_000001-188, which was produced to Skillz in December of 2021. [REDACTED] I thereafter redacted portions that were not, and deleted pages that did not use the term. [REDACTED]. It appeared in this document 31 times.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Skillz's May 25, 2023 Amended and Supplemental Responses and Objections to AviaGames' Second set of Interrogatories.

10. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the expert report of Dr. Zagal. I have applied highlights to where Dr. Zagal referenced documents within the range of AVIA_SC_000001-188.

1  11. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from source code printouts provided by AviaGames to Skillz, labeled AVIA_SC_000331-359. ███████████ ████████████████████████████████████████ I thereafter redacted portions that were not, and deleted pages that did not use the term.

12. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Peng Zhang, conducted on May 18, 2023.

13. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Skillz's 30(b)(6) notice to AviaGames.

14. Attached hereto as Exhibit 11 is a true and correct copy of a series of e-mails producing volume AVIA015 on May 5, 2023 having bates range AVIA_053064-91163 with its native JSON database files on May 10, 2023, and volume AVIA019 on May 13, 2023 having bates range AVIA_0093700-0112718 to Skillz's counsel. I printed, or saved, these e-mails to PDF, and combined them to provide a single exhibit.

15. Attached hereto as Exhibit 12 is a true and correct copy of Haihang Wang's profile taken from Quinn Emanuel's website.

16. Attached hereto as Exhibit 13 is a true and correct copy of Lance Yang's profile taken from Quinn Emanuel's website.

17. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Skillz's August 27, 2021 Infringement Contentions pleading.

18. Attached hereto as Exhibit 15 is a true and correct copy of excerpts to Exhibit B to Skillz's August 27, 2021 Infringement Contentions.

19. Attached hereto as Exhibit 16 is a true and correct copy of excerpts to Exhibit B to Skillz's December 17, 2021 Amended Infringement Contentions.

20. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition of Dr. Jose Zagal, conducted on June 26, 2023.

21. Attached hereto as Exhibit 18 is a true and correct copy of https://seekingalpha.com/article/4623032-skillz-inc-sklz-q2-2023-earnings-call-transcript which transcribed Skillz's Q2 2023 earnings call.

1　　　22.　　AviaGames' produced 433 pages of source code to Skillz. ███

2　███　It appeared in these pages 551 times.

3　　　23.　　Attached hereto as Exhibit 19 is a true and correct copy of excerpts from

4　SKLZPAT00004548 produced by Skillz in this litigation.

5　I declare under penalty of perjury that the foregoing is true and correct.

6　Executed on August 18, 2023.

                                        */s/ Miguel Bombach*
                                        Miguel Bombach