# EXHIBIT 1

## Page 1

```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             SAN JOSE DIVISION

SKILLZ PLATFORM, INC.,        )   CV-21-2436-BLF
                              )
               PLAINTIFF,     )   SAN JOSE, CALIFORNIA
                              )
          VS.                 )   AUGUST 15, 2023
                              )
AVIAGAMES, INC.,              )   PAGES 1-78
                              )
               DEFENDANT.     )
_____)

                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE BETH LABSON FREEMAN
                    UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:    BY:  JENNIFER TAYLOR STEWART
                           KING & SPALDING LLP
                           50 CALIFORNIA STREET, SUITE 3300
                           SAN FRANCISCO, CA 94111

FOR THE PLAINTIFF:    BY:  CHRISTOPHER CHARLES CAMPBELL
                           KING & SPALDING LLP
                           1650 TYSONS BLVD, SUITE 400
                           MCLEAN, VA 22102

              APPEARANCES CONTINUED ON THE NEXT PAGE

OFFICIAL COURT REPORTER:   SUMMER FISHER, CSR, CRR
                           CERTIFICATE NUMBER 13185

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER

                       UNITED STATES COURT REPORTERS
```

## Page 2

```
APPEARANCES CONTINUED:

FOR THE PLAINTIFF:    BY:  BRITTON FREDERIC DAVIS
                           KING & SPALDING LLP
                           1401 LAWRENCE STREET, SUITE 1900
                           DENVER, CO 80202

FOR THE PLAINTIFF:    BY:  MATTHEW DAVID WOOD
                           KING & SPALDING LLP
                           500 W 2ND ST.
                           AUSTIN, TX 78701

FOR THE PLAINTIFF:    BY:  YUSHAN LUO
                           KING & SPALDING LLP
                           1700 PENNSYLVANIA AVE. NW
                           WASHINGTON, DC 20006

FOR THE PLAINTIFF:    BY:  RON HAGIZ
                           QUINN EMANUEL URQUHART & SULLIVAN LLP
                           51 MADISON AVE, 22ND FLOOR
                           NEW YORK, NY 10016

FOR THE PLAINTIFF:    BY:  LANCE L. YANG
                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                           865 S. FIGUEROA STREET, 10TH FLOOR
                           LOS ANGELES, CA 90017

FOR THE DEFENDANT:    BY:  CHAO WENDY WANG
                           PERKINS COIE LLP
                           3150 PORTER DRIVE
                           PALO ALTO, CA 94304

FOR THE DEFENDANT:    BY:  MIGUEL JOSE BOMBACH
                           ABIGAIL GARDNER
                           PERKINS COIE LLC
                           11452 EL CAMINO REAL, SUITE 300
                           SAN DIEGO, CA 92130

ALSO PRESENT FOR THE DEFENDANT:   PING WANG
                                  SCOTT LEICHATANH

                       UNITED STATES COURT REPORTERS
```

## Page 3

             SAN JOSE, CALIFORNIA         AUGUST 15, 2023

                         P R O C E E D I N G S

             (COURT CONVENED AT 1:32 P.M.)

             THE COURT: GOOD AFTERNOON, EVERYONE. WELCOME. PLEASE BE SEATED.

             LET'S CALL THE CASE AND GET YOUR APPEARANCES.

             THE CLERK: CALLING CASE 21-2436. SKILLZ PLATFORM, INC. VERSUS AVIAGAMES, INC.

             COUNSEL, IF YOU WOULD PLEASE STATE YOUR APPEARANCES.

             MS. STEWART: YES. GOOD AFTERNOON, YOUR HONOR. JENNIFER STEWART FROM KING & SPALDING ON BEHALF OF PLAINTIFF, SKILLZ PLATFORM, INC.

             THE COURT: YOU ARE WELCOME, BUT I DON'T KNOW WHY YOU ARE SITTING ON THE WRONG SIDE OF THE COURTROOM.

             MS. STEWART: WE ASKED THAT SAME QUESTION, YOUR HONOR.

             THE COURT: SO YOU NEED TO MOVE, BECAUSE THE COURT REPORTER AND I ARE SO GEARED TO IT BEING ONE WAY. AND I APOLOGIZE, BUT IT'S -- I THINK YOU UNDERSTAND. ENJOY YOUR PROXIMITY TO THE JURY BOX.

             THANK YOU ALL FOR YOUR COURTESY ON MAKING THE MOVE, I REALLY APPRECIATE IT.

             MS. STEWART: APOLOGIES FOR THAT, YOUR HONOR.

             THE COURT: OKAY. SO IN THIS COURTROOM, WE ARE A LITTLE BIT BOUND BY THE MICROPHONES, AND SO FOR YOUR

                       UNITED STATES COURT REPORTERS

## Page 4

APPEARANCES, OF COURSE JUST LEAN IN, BUT WHEN YOU ARE ACTUALLY ARGUING, I WILL NEED YOU TO STEP UP TO THE PODIUMS.

             SO LET'S TRY THAT AGAIN, AND THANK YOU.

             MS. STEWART: UNDERSTOOD.

             GOOD AFTERNOON, YOUR HONOR. JENNIFER STEWART FROM KING & SPALDING, ALONG WITH MY COLLEAGUES BRITT DAVIS, CHRIS CAMPBELL, MATT WOOD --

             THE COURT: HELLO ALL.

             MS. STEWART: -- AND YUSHAN LUO.

             THE COURT: MR. LUO.

             MR. CAMPBELL: YOUR HONOR, WE HAVE ALSO WITH US CO-COUNSEL.

             MR. YANG: YOUR HONOR, LANCE YANG FROM QUINN EMANUEL ON BEHALF OF PLAINTIFF, AND RON HAGIZ, ALSO FROM QUINN EMANUEL.

             MS. STEWART: THANK YOU, YOUR HONOR.

             MS. WANG: GOOD AFTERNOON, YOUR HONOR. WENDY WANG AT PERKINS COIE, REPRESENTING AVIAGAMES, INC. WITH ME ARE MY COLLEAGUE, MR. MIGUEL BOMBACH AND MS. ABIGAIL GARDNER, ALSO FROM PERKINS COIE.

             WE ALSO INVITED OUR CLIENTS. WE HAVE AVIAGAMES' CO-FOUNDER, PING WANG, AND ALSO OUR GENERAL COUNSEL, MR. SCOTT LEICHATANH. AND IT'S GREAT TO SEE YOU AGAIN IN PERSON NOW.

             THE COURT: THANK YOU.

             SO MS. WANG, IT'S BEEN A LONG TIME SINCE IT'S BEEN IN

                       UNITED STATES COURT REPORTERS

**61**

```
03:02:26  1      AGAIN, FEDERAL CIRCUIT LAW SAYS YOU CANNOT RELY ON
03:02:28  2  OBVIOUSNESS, YOU HAVE TO DISCLOSE TO ONE OF ORDINARY SKILLED IN
03:02:33  3  THE ART TO KNOW THAT THE INVENTORS HAD POSSESSION OF THE
03:02:36  4  INVENTION AT THE TIME.
03:02:38  5      BUT HERE, YOU KNOW, THIS WHOLE PATENT IS ABOUT SEEDS.  SO
03:02:43  6  HOW TO TRANSFER THE SEEDS FROM THE SERVER TO THE CLIENT AND HOW
03:02:48  7  THE CLIENT RECEIVES IT IS PRETTY SIGNIFICANT, BECAUSE THE
03:02:52  8  SEEDS -- IF THE PLAYER CAN DECIPHER THE SEEDS AND INTERCEPT THE
03:02:56  9  SEEDS, THEORETICALLY THE PLAYER CAN CHEAT.
03:03:00 10      AND SO I THINK HOW TO ENCRYPT THE SEED, HOW TO MAKE SURE
03:03:05 11  THE ORDINARY SKILL IN THE ART CAN ACTUALLY KNOW WITH CERTAINTY
03:03:09 12  THAT THE INVENTORS GOT THE INVENTION, IS NOWHERE TO BE FOUND IN
03:03:15 13  THE PATENT.
03:03:16 14      WITH THAT, THANK YOU, YOUR HONOR FOR YOUR TIME.
03:03:21 15          THE COURT:  ALL RIGHT.  THANK YOU.
03:03:21 16  WHO WILL I HEAR FROM FROM SKILLZ?
03:03:24 17          MR. DAVIS:  ME, YOUR HONOR.  BRITTON DAVIS FROM
03:03:27 18  KING & SPALDING.
03:03:27 19          THE COURT:  ALL RIGHT.  GOOD AFTERNOON, MR. DAVIS.
03:03:40 20          MR. DAVIS:  I SHOULD CLARIFY, I'M GOING TO ADDRESS
03:03:41 21  THE INFRINGEMENT ISSUES, MY COLLEAGUE, MR. CAMPBELL, WILL
03:03:44 22  ADDRESS THE --
03:03:45 23          THE COURT:  OKAY.  AND IF YOU GO OVER TIME, YOU HAVE
03:03:48 24  TO EXPLAIN TO HIM OUT IN THE HALLWAY WHEN WE ARE DONE BECAUSE I
03:03:51 25  HAVE TO STOP AT 25 PAST.
```

**62**

```
03:03:54  1          MR. DAVIS:  UNDERSTOOD.  IF THERE'S ANYTHING YOU
03:03:55  2  WOULD LIKE TO FOCUS ON INITIALLY, I WILL APPRECIATE THE
03:03:59  3  GUIDANCE.
03:03:59  4          THE COURT:  WELL I'M PRETTY CONCERNED ABOUT THIS
03:04:01  5  DIRECT INFRINGEMENT ARGUMENT AND THE ABSENCE OF EVIDENCE THAT
03:04:03  6  MS. WANG IS SUGGESTING.
03:04:05  7          MR. DAVIS:  ABSOLUTELY.
03:04:11  8      SO I WANT TO START AT SLIDE 18 WITH -- FIRST OF ALL, I
03:04:18  9  WILL START AT SLIDE 4.  AND THERE ARE MULTIPLE WAYS, UNDER
03:04:24 10  35 USC 271 FOR INFRINGEMENT TO OCCUR.  MAKING.  AND MAKING CAN
03:04:30 11  OCCUR FOR THE COMPUTER READABLE MEDIUM, AND SKILLZ SYSTEM
03:04:34 12  CLAIMS, WHEN THAT SOFTWARE EXISTS ON A CLIENT DEVICE, AND THAT
03:04:40 13  CLIENT DEVICE IS NOT ACTUALLY LIMITED TO A PHONE AS WAS
03:04:45 14  SUGGESTED BY AVIA'S COUNSEL; IN FACT, IF YOU LOOK AT PAGE 8 IN
03:04:50 15  OUR OPPOSITION, WHICH IS DOCKET 172-THREE, THAT'S THE SEALED
03:04:55 16  VERSION, AT LINES 17 THROUGH 25, WE DISCUSS WHERE AVIA'S OWN
03:05:05 17  EXPERT TESTIFIED THAT A CLIENT IS NOT NECESSARILY A PHONE, IT'S
03:05:09 18  IN FACT, NOT ANY SPECIFIC TYPE OF HARDWARE.
03:05:12 19          THE COURT:  IT IS HARDWARE.
03:05:13 20          MR. DAVIS:  IT IS JUST HARDWARE, BUT IT COULD BE A
03:05:15 21  SERVER THAT'S ACTING OR ANY PROCESSING DEVICE THAT IS RECEIVING
03:05:20 22  INFORMATION; THAT IS, IT'S RECEIVING INFORMATION FROM A SERVER.
03:05:23 23  SO IT DOES NOT NEED TO BE A PHONE.
03:05:26 24      THE COMMON EXAMPLE WE THINK OF, OF COURSE, IS A PHONE AS
03:05:30 25  THE CLIENT, BUT IT COULD BE ANOTHER COMPUTER, IT COULD BE
```

**63**

```
03:05:34  1  ANOTHER PROCESSING INSTANCE ON THE AWS CLOUD WHERE THE SERVER
03:05:39  2  PORTION IS RUNNING.  AS LONG AS THIS PROCESSING UNIT IS
03:05:41  3  RECEIVING OR CAPABLE OF RECEIVING THE INFORMATION, IT WOULD BE
03:05:46  4  A CLIENT AND IT WOULD INFRINGE IF IT WAS WITHIN THE U.S., AND
03:05:50  5  WE THINK THAT THAT'S THE CASE.
03:05:52  6          THE COURT:  SO WHAT'S THE EVIDENCE YOU POINT ME TO?
03:05:54  7  THAT'S THE THEORY, WHAT'S THE EVIDENCE?
03:05:56  8          MR. DAVIS:  SO THIS IS AVIA'S EXPERT STATING THAT IT
03:06:00  9  COULD BE.
03:06:00 10          THE COURT:  IT COULD BE.  BUT NOW WHERE IS THE
03:06:02 11  EVIDENCE THAT IT IS?
03:06:03 12          MR. DAVIS:  THAT IT IS?
03:06:04 13          THE COURT:  THAT IT IS RECEIVED ON A SERVER IN THE
03:06:07 14  U.S.?
03:06:08 15          MR. DAVIS:  IT'S HOSTED ON AVIA'S WEBSITE AND IT'S IN
03:06:12 16  THEIR ACCOUNTS ON THE APPLE APP STORE AND IN THE SAMSUNG GALAXY
03:06:17 17  STORE.
03:06:17 18      SO THE COMPUTER READABLE MEDIUM CLAIMS ARE, THOSE DON'T
03:06:24 19  EVER REQUIRE CAPABILITY BECAUSE OF THE "WHICH WHEN EXECUTED"
03:06:28 20  LANGUAGE, WHICH AVIA CONVENIENTLY HAS EXCISED FROM ITS QUOTES
03:06:33 21  OF THE CLAIMS IN THE BRIEFS WHICH YOU CAN SEE AT SLIDE 6, THEY
03:06:39 22  ELLIPSED (SIC) THROUGH THE "WHICH WHEN," LANGUAGE WHICH IS THE
03:06:42 23  CRITICAL CONDITIONAL LANGUAGE OF CAPABILITY, WHICH DOES NOT
03:06:46 24  REQUIRE ACTUAL EXECUTION OR PLAY.
03:06:51 25      THAT IS SHOWN IN SLIDE 7 AT THE NETFUEL CASE WHICH IS FROM
```

**64**

```
03:06:55  1  THIS DISTRICT IN 2020, "WHICH WHEN EXECUTED, IN A COMPUTER
03:07:00  2  READABLE MEDIUM CLAIM, DOES NOT REQUIRE EXECUTION, IT ONLY
03:07:04  3  REQUIRES CAPABILITY."
03:07:11  4      OUR THEORY OF INFRINGEMENT FOR THIS CAN BE FOUND AT
03:07:16  5  DR. ZAGAL'S EXPERT REPORT, WHICH IS DOCKET 161-3 AT
03:07:22  6  PARAGRAPH 75.  WE DETAIL HOW THE PLACEMENT OF THE SOFTWARE ON
03:07:25  7  THOSE SERVERS CONSTITUTES INFRINGEMENT OF THE COMPUTER
03:07:28  8  READABLE --
03:07:29  9          THE COURT:  AND SO I DON'T ACTUALLY HAVE EVIDENCE
03:07:31 10  WHERE THE AVIA SERVER IS LOCATED, DO I?
03:07:35 11          MR. DAVIS:  I DON'T KNOW WHERE THE AVIA SERVER IS
03:07:37 12  LOCATED.
03:07:37 13          THE COURT:  OKAY.  YOU DON'T OFFER ME THAT EVIDENCE,
03:07:39 14  BUT YOU CERTAINLY ARGUE THAT THE AVIA GAME IS AVAILABLE THROUGH
03:07:46 15  APPLE AND GOOGLE.
03:07:48 16          MR. DAVIS:  SOLD IN THE U.S., OFFERED FOR SALE IN THE
03:07:51 17  U.S., TRANSOCEAN SAYS THAT THAT IS A DIRECT INFRINGEMENT.
03:07:54 18          THE COURT:  OKAY.  AND SO ALL OF THE STEPS NEED TO BE
03:07:57 19  COMPLETED IN THE U.S. FOR THE GAME TO BE PLAYED THEN.
03:08:00 20          MR. DAVIS:  AS LONG AS THE SOFTWARE IS CAPABLE OF
03:08:03 21  PERFORMING THE FUNCTIONS FOR THE COMPUTER READABLE MEDIUM
03:08:07 22  CLAIM, THE STEPS DON'T ACTUALLY NEED TO BE PERFORMED.
03:08:10 23          THE COURT:  DON'T NEED TO BE PERFORMED.  OKAY.
03:08:12 24          MR. DAVIS:  THAT'S CORRECT.
03:08:13 25          THE COURT:  THANK YOU.
```

## Page 65

```
03:08:14   1        MR. DAVIS:  IT JUST NEEDS TO BE CAPABLE.
03:08:18   2        HERE WE HAVE EVIDENCE AT SLIDE 9 THAT AVIA DOES OFFER ITS
03:08:23   3   APPS FOR SALE ON THE APP STORE, THE GALAXY STORE, AND THEY
03:08:27   4   OFFER A DOWNLOAD OF THE ANDROID APP THROUGH THEIR OWN WEB
03:08:31   5   SERVER.
03:08:32   6        SO THAT'S AGAIN INFRINGEMENT BY, OF AT LEAST A COMPUTER
03:08:36   7   READABLE MEDIUM CLAIMS FOR SALE OR OFFER FOR SALE.
03:08:39   8        THE COURT:  AND THOSE ARE CLAIMS 1 THROUGH 10?
03:08:42   9        MR. DAVIS:  11 THROUGH --
03:08:44  10        THE COURT:  I'M SORRY, 11 THROUGH 17.
03:08:45  11        MR. DAVIS:  YES.
03:08:46  12        THE COURT:  THANK YOU.
03:08:48  13        MR. DAVIS:  AND THE GREE V. SUPERCELL CASE NOTES THAT
03:08:54  14   ACCOUNTS OWNED BY SOMEBODY ON A THIRD PARTY SERVER, CAN SUFFICE
03:08:59  15   FOR DIRECT INFRINGEMENT.  IN THAT CASE, SUPERCELL USED AWS OR
03:09:05  16   AMAZON WEB SERVERS, AND WAS FOUND TO INFRINGE BY HOSTING
03:09:12  17   SOFTWARE ON THOSE SERVER, THE GREE.
03:09:15  18        HERE'S -- ON SLIDE 7, THERE'S A POLL FROM AVIAGAMES APP
03:09:20  19   STORE POST, AND IT NOTES THE SELLER IS AVIAGAMES IN THE
03:09:24  20   HIGHLIGHTED PORTION.
03:09:28  21        SO ONE OTHER THING I WANTED TO NOTE IS USE.  WE HEARD A
03:09:34  22   LOT ABOUT R&D AND DEVELOPMENT, BUT THAT'S NOT NECESSARY FOR
03:09:38  23   INFRINGEMENT.  USE BY AN AVIAGAMES EMPLOYEE IN THE U.S. WOULD
03:09:43  24   SUFFICE FOR THE METHOD CLAIM INFRINGEMENT BECAUSE METHOD
03:09:47  25   CLAIMS, UNLIKE THE COMPUTER READABLE MEDIUM CLAIMS, REQUIRE USE
```

## Page 66

```
03:09:51   1   TO INFRINGE.  AND YOU HAVE TO USE IT IN THE U.S.
03:09:54   2        BUT AVIAGAMES ACTUALLY ENCOURAGES ALL OF ITS EMPLOYEES TO
03:09:59   3   PLAY THE GAME ON A DAILY BASIS AS MUCH AS POSSIBLE TO GENERATE
03:10:06   4   CONTENT FOR SOCIAL MEDIA POSTS.
03:10:08   5        SO WE THINK THIS IS VERY GOOD DIRECT EVIDENCE THAT AVIA'S
03:10:14   6   EMPLOYEES ARE PLAYING, THOSE EMPLOYEES IN THE U.S. ARE GOING TO
03:10:18   7   BE PLAYING.
03:10:18   8        THE COURT:  WELL I DON'T THINK IT'S DIRECT EVIDENCE
03:10:20   9   BECAUSE YOU DON'T HAVE EVIDENCE OF SOMEONE PLAYING, BUT
03:10:26  10   CERTAINLY A STRONG INFERENCE COULD BE DRAWN, IS WHAT YOU ARE
03:10:29  11   SUGGESTING, IS PLAYERS DO -- OR EMPLOYEES DO WHAT THEIR BOSS
03:10:33  12   TELLS THEM TO DO.
03:10:35  13        MR. DAVIS:  THAT'S CORRECT, YOUR HONOR.
03:10:36  14        AND WE HAVE A NUMBER OF AVIA WITNESSES WITHIN THE SUBPOENA
03:10:39  15   POWER OF THIS COURT WHICH WE WOULD CALL AND HAVE TESTIFY --
03:10:42  16        THE COURT:  BUT YOU DIDN'T.  I HAVE TO LOOK AT
03:10:44  17   EVIDENCE I HAVE AND THE REASONABLE INFERENCES I CAN DRAW IN
03:10:46  18   ORDER TO -- FOR YOU TO DEFEAT AVIA'S CLAIM HERE.  THAT'S WHY --
03:10:52  19   I MEAN, YOUR BURDEN IS LOW HERE BECAUSE YOU ARE DEFENDING.
03:10:55  20        MR. DAVIS:  CORRECT, YOUR HONOR.  BUT THIS IS NOT A
03:10:58  21   JMOL MOTION, RIGHT, THIS IS SUMMARY JUDGEMENT.  SO IF WE WERE
03:11:02  22   ABLE TO ADDUCE TRIAL TESTIMONY THAT THEY DID PLAY IN THE U.S.
03:11:06  23        THE COURT:  I DON'T AGREE WITH THAT BECAUSE YOU DON'T
03:11:09  24   KNOW WHAT THEY ARE GOING TO SAY.  YOU DON'T KNOW WHAT ANY ONE
03:11:12  25   OF THEM WOULD SAY, SO YOU ARE SPECULATING THEY WOULD SUPPORT
```

## Page 67

```
03:11:16   1   WHAT YOU ARE SAYING.
03:11:16   2        I CAN DRAW A REASONABLE INFERENCE FROM THE DIRECTIVE THAT
03:11:19   3   THEY DO PLAY AND THE EMPLOYEES ARE LOCATED IN THE U.S.
03:11:23   4        DO YOU HAVE EVIDENCE THAT THERE ARE EMPLOYEES IN THE U.S.?
03:11:25   5        MR. DAVIS:  YES, YOUR HONOR.
03:11:26   6        THE COURT:  OKAY.
03:11:28   7        MR. DAVIS:  SO CEO, VICKIE CHEN, LOCATED IN THE U.S.,
03:11:33   8   IN MOUNTAIN VIEW.  PING WANG, WHO IS IN THE COURTROOM TODAY,
03:11:37   9   MOUNTAIN VIEW, CALIFORNIA.  YI PENG, CHIEF PRINCIPAL ENGINEER,
03:11:44  10   MOUNTAIN VIEW, CALIFORNIA.
03:11:45  11        AND THEN WE HAVE AN E-MAIL FROM MS. CHEN IN OCTOBER 2019,
03:11:53  12   THAT NOTED THEY FOUNDED IN A GARAGE IN 2016 WITH THREE
03:11:58  13   EMPLOYEES.  ONE YEAR LATER, THEY HAD NINE FULL-TIME EMPLOYEES
03:12:02  14   IN THE U.S., AND THEN THEY STARTED DEVELOPING AND TESTING, BETA
03:12:06  15   TESTING SINCE THEN.
03:12:07  16        THE COURT:  AND IT SAYS, WE MOVED TO OUR CURRENT
03:12:10  17   OFFICE.  IS THAT AN OFFICE IN THE U.S.?
03:12:12  18        MR. DAVIS:  IF YOU LOOK FURTHER ALONG THE UNDERLINED,
03:12:14  19   IT SAYS, WE HAVE TOTAL NINE FULL-TIME EMPLOYEES IN THE U.S.
03:12:18  20        SO I WOULD SUBMIT THAT YES, YOUR HONOR.
03:12:22  21        THE COURT:  OKAY.
03:12:23  22        MR. DAVIS:  WE HAVE INDICATION THAT THEY HIRE TESTERS
03:12:27  23   TO USE THE GAMES IN THE U.S. TO DEVELOP INFORMATION ABOUT THE
03:12:34  24   SUCCESS OF THE GAMES.
03:12:36  25        THIS WAS CITED IN OUR BRIEFING TOO, DOCKET 172-4 AT 3.
```

## Page 68

```
03:12:43   1        THE COURT:  OKAY.  I THINK WE CAN MOVE ON FROM THIS
03:12:45   2   ONE.  THANK YOU VERY MUCH.
03:12:46   3        MR. DAVIS:  SO I DID WANT TO RAISE THE BOT ISSUE.
03:12:49   4   AND WE DO THINK THAT THIS IS ADDITIONAL EVIDENCE OF DIRECT
03:12:54   5   INFRINGEMENT.  OF COURSE WE DON'T KNOW EXACTLY HOW IT DOES
03:12:58   6   WORK, BUT THE EVIDENCE WE DO HAVE SUGGESTS VERY CLEARLY THAT
03:13:04   7   GUIDES ARE ROBOTS AND THAT THEY CAN GUARANTEE A WINNING RATE,
03:13:10   8   SO THEY CAN RIG THE GAME, AND THAT IN FACT, THERE WERE QUITE A
03:13:16   9   FEW ROBOTS PLAYING WITH PEOPLE.
03:13:18  10        SO HERE IN THIS EVIDENCE, IT SHOWS IN THE UPPER RIGHT-HAND
03:13:23  11   CORNER, ROBOTS PLAYING WITH PEOPLE.  NOW YES, THEY'RE NOT A
03:13:27  12   METAL ROBOT SITTING IN A ROOM, THIS IS A SOFTWARE INSTANCE
03:13:31  13   PLAYING THE GAME, ACCORDING TO THEIR OWN WORDS.  AND THAT WOULD
03:13:35  14   BE A PLAYER ON A CLIENT THAT WOULD DIRECTLY INFRINGE THE
03:13:40  15   CLAIMS, IN OUR VIEW.
03:13:43  16        THE COURT:  SO WHAT'S THE CLIENT IN THAT SCENARIO OF
03:13:47  17   A PLAYER ON CLIENT, WHERE IS THE CLIENT LOCATED?
03:13:51  18        ==MR. DAVIS:  SO WE DON'T HAVE FULL DISCOVERY ON THIS==
03:13:54  19   ==ISSUE, IT COULD EITHER BE ON THE PHONE OF A USER, AND IF THAT==
03:13:58  20   ==BOT IS UNDER CONTROL OF AVIAGAMES, WE WOULD SAY THAT THAT'S==
03:14:02  21   ==DIRECT INFRINGEMENT BY AVIAGAMES, EVEN IF IT'S ON ANOTHER==
03:14:05  22   ==PERSON'S PHONE, BECAUSE THEY ARE UNDER CONTROL OF THE OPERATION==
03:14:09  23   ==OF THE BOT.==
03:14:10  24        THE COURT:  SO I WASN'T OFF BASE WHEN I SUGGESTED THE
03:14:14  25   BOT COULD BE ON THE HUMAN USER'S DEVICE.
```

## 69

```
03:14:17  1         MR. DAVIS:  IT CERTAINLY COULD.  I DON'T KNOW RIGHT
03:14:20  2   HERE.
03:14:20  3         THE COURT:  OKAY.  LET'S MOVE ON.
03:14:24  4         MR. DAVIS:  WE DON'T HAVE THE DISCOVERY HERE.
03:14:25  5         THE COURT:  WE DON'T.
03:14:26  6         MR. DAVIS:  EVERY CASH GAME SINCE JANUARY 6TH IN THE
03:14:29  7   U.S. TIME HAS A GUIDE WITH A ROBOT, AND THEY ARE BALANCING THE
03:14:35  8   WINNING RATE THROUGH THAT ROBOT.
03:14:37  9         THE COURT:  SINCE WHAT TIME FRAME?
03:14:39 10         MR. DAVIS:  JANUARY 6, 2022, U.S. TIME, THERE'S A
03:14:42 11   GUIDE WITH A ROBOT KIND-8 IN THE CASH SLOT OF EACH GAME.  WE
03:14:48 12   THINK THAT SHOWS THAT EACH CASH GAME IN THE U.S. HAS A ROBOT IN
03:14:52 13   IT.
03:14:53 14         THE COURT:  SO I DON'T KNOW IF THAT HAS ANYTHING TO
03:14:55 15   DO WITH INFRINGEMENT, BUT IT CERTAINLY HAS A LOT TO DO WITH
03:14:58 16   OTHER ASPECTS OF ONE'S BUSINESS.
03:15:01 17         LET'S MOVE ON.  I'M JUST WORRIED ABOUT THE TIME.  THERE
03:15:03 18   ARE A LOT OF OTHER ISSUES.
03:15:05 19         MR. DAVIS:  OKAY.
03:15:06 20         SO IT'S NECESSARY FOR AVIA'S PRODUCT, AND I THINK THIS IS
03:15:12 21   THE KEY ASPECT IS THE GUIDE HAS A USER ID AND IT'S SPOOFING AN
03:15:21 22   INACTIVE USER.  SO WE BELIEVE THIS SHOWS THAT IT'S PLAYING THE
03:15:25 23   GAMES AS A USER WITH A USER'S GAME ID, WHICH WOULD BE DIRECT
03:15:31 24   INFRINGEMENT.
03:15:32 25         NOW THIS COULD HAPPEN IN A COUPLE OF DIFFERENT WAYS.  ONE,
```
UNITED STATES COURT REPORTERS

## 70

```
03:15:36  1   IT COULD BE ON THEIR PHONE; TWO, IT COULD BE PLAYING ON A
03:15:39  2   SERVER.
03:15:40  3         THE COURT:  SO WHEN YOU SAY "YOUR PHONE," THAT'S
03:15:42  4   WHERE I'M CONFUSED.
03:15:44  5         MR. DAVIS:  ANY PHONE.
03:15:44  6         THE COURT:  IS THAT THE COMPETITOR'S PHONE?
03:15:46  7         MR. DAVIS:  YEAH.  IT COULD BE ON A COMPETITOR'S
03:15:49  8   PHONE IN THEIR ABK SOFTWARE, OR IT COULD BE ON A SERVER
03:15:54  9   INSTANCE.  I DON'T -- WE DON'T KNOW.
03:15:58 10         THE COURT:  OKAY.  I UNDERSTAND.
03:15:59 11         MR. DAVIS:  OKAY.  SO MOVING ON TO THE OTHER ISSUES
03:16:09 12   THAT WERE RAISED, THESE ARE REALLY SOFTWARE ISSUES ABOUT HOW
03:16:14 13   THE PRODUCT OPERATES AND WHETHER IT MEETS THE LIMITATIONS OF
03:16:17 14   THE CLAIMS.  IF YOUR HONOR IS ON THE FENCE HERE, I'M HAPPY TO
03:16:22 15   GO THROUGH MY PRESENTATION, IF YOU'VE MADE A DECISION --
03:16:25 16         THE COURT:  YOU HAVE NINE MINUTES, AND YOU CAN USE IT
03:16:27 17   ANY WAY YOU WANT, I'M NOT GOING TO INTERRUPT.
03:16:30 18         MR. DAVIS:  ALL RIGHT.  SO I'M GOING TO BE VERY BRIEF
03:16:32 19   THEN.
03:16:34 20         YOUR HONOR CONSTRUED THIS PHRASE, ALL OF THE DISPUTES
03:16:38 21   CENTER AROUND THE PHRASE IN THE PATENTS, "A STREAM OF PSEUDO
03:16:43 22   RANDOM NUMBER SEEDS CHARACTERIZED BY A UNIQUE MATCH
03:16:46 23   IDENTIFIER."
03:16:47 24         THERE WAS REGULAR BRIEFING, THERE WAS A HEARING, THERE WAS
03:16:50 25   SUPPLEMENTAL BRIEFING, AND I THINK YOUR HONOR GOT IT EXACTLY
```
UNITED STATES COURT REPORTERS

## 71

```
03:16:55  1   RIGHT THAT YOU CONSTRUE THE CLAIMS WITHOUT REFERENCE TO HOW THE
03:17:00  2   PRODUCT ACTUALLY WORKS.
03:17:03  3         NOW -- AND YOU NOTED, THE ULTIMATE DISPUTE IS WHETHER
03:17:08  4   SEEDS GENERATED BY PLUGGING A UNIQUE MATCH IDENTIFIER IN A
03:17:14  5   LOOKUP TABLE IS INFRINGEMENT.  THAT'S A FACT ISSUE.  WE HAVE
03:17:16  6   LOTS OF EVIDENCE IN THE FORM OF EXPERT TESTIMONY AND OTHERWISE
03:17:19  7   THAT THAT'S INFRINGEMENT.  SO WE THINK IT'S INAPPROPRIATE FOR
03:17:22  8   RESOLUTION AT SUMMARY JUDGEMENT.
03:17:30  9         THE OTHER ONE ISSUE I WANTED TO RAISE IS AROUND THE UNIQUE
03:17:35 10   MATCH ID, WHICH DR. ZAGAL, IN HIS EXPERT REPORT SAYS, "INCLUDES
03:17:42 11   GAME ID PLUS A USER ID" WHEN IT'S LOOKING UP THE SEED IN THE
03:17:47 12   SEED LIBRARY.
03:17:50 13         WE HAVE EVIDENCE FROM AVIA'S WITNESSES THAT A PARTICULAR
03:17:56 14   PLAYER MAY ONLY BE IN ONE MATCH AT A GIVEN TIME, AND SO THAT
03:18:01 15   USER ID PLUS THE GAME ID WILL SPECIFICALLY IDENTIFY THAT MATCH
03:18:07 16   AS OPPOSED TO OTHERS, AND THE GENERAL PURPOSE OF THIS PATENT IS
03:18:11 17   TO ALLOW WHATEVER IS THE USER, THE MATCH ID, TO CREATE COMMON
03:18:18 18   GAME PLAY AMONGST USERS.
03:18:21 19         SO AS LONG AS YOU CAN GET TO THE SAME SEED WHICH WILL THEN
03:18:24 20   GENERATE THE SAME STRING OF RANDOM NUMBERS --
03:18:27 21         THE COURT:  SO -- BUT THIS IS THE ARGUMENT THAT
03:18:28 22   THERE'S NO TIMESTAMP IN THE PRODUCT.
03:18:31 23         MR. DAVIS:  AS LONG AS YOU CAN GET TO ONE MATCH,
03:18:35 24   RIGHT.  AND THERE'S ONLY -- YOU CAN ONLY PLAY ONE GAME AT A
03:18:40 25   TIME.
```
UNITED STATES COURT REPORTERS

## 72

```
03:18:40  1         THE COURT:  WELL, BUT YOU COULD GET TO TWO MATCHES,
03:18:42  2   IF I PLAY ONE MATCH AT 3:00 AND ONE AT 3:30, I'VE GOT THE SAME
03:18:46  3   IDENTIFIER, TWO DIFFERENT MATCHES, BECAUSE THERE'S NO
03:18:54  4   TIMESTAMP.
03:18:54  5         MR. DAVIS:  THE ANSWER FROM THEIR WITNESS IN OUR
03:18:56  6   BRIEFING IS THAT YOU CAN ONLY PLAY ONE MATCH AT A TIME, AND SO
03:19:02  7   THERE'S NO TWO MATCHES GOING ON.
03:19:05  8         THE COURT:  I SEE, SIMULTANEOUSLY.  GOT IT.  OKAY.
03:19:11  9         MR. DAVIS:  I THINK, YOUR HONOR, I'VE DEALT WITH THE
03:19:13 10   GENERATION ISSUE VERY QUICK, YOU CAN'T GENERATE A NUMBER, THEY
03:19:16 11   EXIST, YOU JUST PICK A NUMBER RANDOMLY.
03:19:19 12         SO WITH THAT, YOUR HONOR, I'M GOING TO TURN IT OVER TO MY
03:19:24 13   COLLEAGUE.
03:19:27 14         THE COURT:  AND LET ME TELL YOU THIS IS A CONCEPT
03:19:29 15   THAT JUST IS VERY ELUSIVE TO ME, SO I DO APPRECIATE YOUR HELP
03:19:35 16   ON IT.
03:19:44 17         MR. CAMPBELL:  THANK YOU, YOUR HONOR.
03:19:51 18         CHRIS CAMPBELL.  I WILL BE ADDRESSING THE WRITTEN
03:20:03 19   DESCRIPTION PIECE, AND I WILL BE VERY BRIEF.
03:20:06 20         LET'S TURN, IF WE COULD PLEASE, TO SLIDE 3.  JUST -- I'M
03:20:15 21   GOING TO USE SOME ACRONYMS, TIN, UMI, PRN, WILL MAKE THINGS
03:20:19 22   MOVE ALONG A LITTLE BIT FASTER.
03:20:26 23         LET'S JUMP DOWN TO SLIDE 8, PLEASE.
03:20:30 24         ALL RIGHT.  SO WHAT WE HAVE DONE HERE IS WE HAVE FRAMED
03:20:34 25   THE THREE DIFFERENT ISSUES THAT WERE PRESENTED IN THE BRIEF.
```
UNITED STATES COURT REPORTERS

```
03:26:11  1   SEVERAL MONTHS, I MIGHT BE ABLE TO WORK ON THAT, SO THINK ABOUT
03:26:14  2   THAT.
03:26:14  3            I WILL WORK WITH YOU, BECAUSE THIS CASE IS OLD AND I
03:26:17  4   REALLY WANT YOU TO BE ABLE TO GET THIS WORK DONE, SO I'M NOT
03:26:21  5   PUSHING FOR THE DECEMBER TRIAL DATE, BUT I DON'T KNOW IF IT'S
03:26:24  6   NECESSARY TO CHANGE IT.  YOU WILL LET ME KNOW.
03:26:26  7            ALL RIGHT.  THANK YOU ALL.
03:26:28  8            (THE PROCEEDINGS WERE CONCLUDED AT 3:26 P.M.)
          9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

UNITED STATES COURT REPORTERS

**CERTIFICATE OF REPORTER**

```
 8            I, THE UNDERSIGNED OFFICIAL COURT
 9   REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13            THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21
22
23
24          _____
25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185       DATED: 8/16/23
```