# EXHIBIT 4

On this page 

# Real-Time First Time User Experience

As of Skillz SDK version 27 and later, developers can implement tutorial matches for the first-time user experience that include a combination of **asynchronous** and **real-time** gameplay. A new player is directed to play these matches before being allowed to explore other parts of the app so that they have a firm enough grasp of the game mechanics to enjoyably play the game.

Skillz has developed optimal paths for new users arriving in the game who do not yet know how to play, such that they are provided with valuable learning experience and grow confident about their abilities to compete.

The Skillz SDK allows this first time user experience to be customized and deployed remotely via changing client parameters.

To implement this a developer must create:

- An **asynchronous** game mode (if their game is already released on Skillz, this will be what they have currently)
- A **real-time** game mode
- A **real-time bot** that the player will be matched against

Once implemented, Skillz can control:

- Whether players are forced to play an **async** match as their first match, followed by another **async** match
- Whether the player is forced to play a **real-time** match (rather than an **async match**) as their first match, followed by another **real-time** match -- where you can specify more than real-time matches to be played after the first
- Whether the player is forced to play an **async**, followed by a **real-time** match -- where you can specify more than one **real-time** matches to be played after the first

Note that currently the system only works with one type of match for **async** and **real-time** -- so you cannot force the new player to play several different game modes in a row, for example.

# How to Implement a First-Time User Experience (FTUE)

If this is the first time thinking about how players will progress through their first encounter with your game we recommend that you read this article which describes how to implement an **asynchronous** FTUE.

Here is one example of what the system can do using the Skillz game Diamond Strike with the Real-Time FTUE flows. In this flow for Diamond Strike we see that two configurations have been chosen: 2 games for real-time, and 2 games with a Hybrid First Time User Experience (FTUE) including both Async and Real-Time.



- Note that the first step, the **Mechanics Tutorial**, is a short explanation of the core mechanics of Diamond Strike which is implemented by the developer outside of the FTUE flow governed by the Skillz SDK
    - Many games like to put a short **tutorial** portion before the Skillz SDK initializes
    - In this tutorial you can either lead players through a subset of the game, or create a tutorial version of a full match -- it varies from game to game
- Some developers choose to skip the **mechanics** tutorial and go straight to an **async match** where they explain the rules to players while they play against a real opponent
    - This depends on the type of game, and what works for you and your players!

- ○ This can be done with **real-time** as well, but you will need a **real-time bot**
- Once the Skillz SDK initializes, however, you should follow the guidelines on this page to provide the different async and real-time modes for it to call into

# Async FTUE Implementation

Typically this has been something that the developers implement by storing a flag on an install level (in the user preferences in Unity, for example) that govern whether the player gets a First Time User Experience.

- Some did this before the initialization of the Skillz SDK
- Some did this before the first match (better for slides, not as good for a full mechanics tutorial)

# Adding a Real-Time (Real-Time) FTUE

## Real-Time FTUE Match Design Goals

- If you use different mechanics for your **real-time** matches you should use the **real-time** FTUE match as an opportunity to teach these mechanics to the player
    - ○ Typically this has been accomplished by first showing a short **real-time mechanics** tutorial
    - ○ Then the player plays one or more **bot matches** (controlled by the Skillz SDK)
- It should be made explicit to the player that they are playing a **bot** by displaying the opponent avatar and username in game. The bot avatar and username (TrainerBot) are determined by Skillz.
- If a player forfeits against a bot
    - ○ The player's score should be changed to whatever the default losing score is for that game (see the guidelines on forfeits)
    - ○ Developer should ensure that the bot submits a score and wins the game
- Disconnecting from a FTUE match
    - ○ Should cause the player to submit an abort (see the guidelines on aborts) -- this s be handled by the Skillz SDK

SKLZPAT00009985

- o Developer should ensure that the bot submits a score and wins the game
- Note that you *cannot* use the new split Score Submission methods in the **real-time bot match**

# Real-Time Bots

Due to the nature of **real-time** gameplay the developers will have to implement a **bot** for players to play against in a **real-time match** where you are trying to train them how to play.

# Setting Up Your Real-Time FTUE Match

## Overview

- The Skillz SDK will be passing a **Match** object to the **On Match Will Begin** delegate containing special flags for the real-time FTUE match.
- The **Match** object has a **Customer Server Connection Info** with a new flag called **Is Bot Match**
- So your **On Match Will Begin** delegate should watch for the **Is Bot Match** flag in order to launch into the **real-time ftue**
- At this point the developer should launch either into their own server for the bot match, or to run the bot match locally

### Important Note

The Skillz SDK might ask the player to play more than one bot match. So if there is a pre-match tutorial, only show it for the first Real-Time FTUE bot match played!

## API for Bot Matches

**IsBotMatch** is a new field that has been added to the Real-Time Connection Info. This means that **bot matches are only supported on games using the Sync v2 architecture.**

- **iOS** This can be determined by the **isBotMatch** field of the SKZSyncConnectionInfo of that is included in the match info.

- **Android** This can be determined by the **isBotMatch** field of the SyncConnectionInfo inside the Skillz Match object.
- **Unity** This can be determined by the **isBotMatch** field of the CustomServerConnectionInfo object that is inside the Match received in the OnMatchWillBegin delegate method.

## Report Score for Bot Match

When your player has finished their FTUE real-time match, you will need to submit scores to return back to the Skillz SDK. We have added new methods to submit scores for bot matches.

Unity/C#     iOS/Swift     iOS/Objective-C     Android/Java

```java
/**
 * Validate match id then reports scores for the player and their bot
 opponent to Skillz
 * from a given activity in the synchronous gameplay on-boarding
 experience.
 *
 * @param activity The activity to report the score from.
 * @param playerScore The score to report for the current player.
 * @param botScore The score to report for the bot.
 * @param matchId The id of the current match.
 */
public static void reportScoreForBotMatch(@NonNull final Activity activity, BigDecimal playerScore, BigDecimal botScore, String matchId)
```

## Set Game Has Bot Match

Developers will need to indicate that a given build has support for a bot match. If they do not, we will NOT send them through the Sync FTUE and they will instead always see the Async FTUE.

Unity/C#     iOS/Swift     iOS/Objective-C     Android/Java

SKLZPAT00009987

```
<meta-data android:name="skillz_game_has_sync_bot" android:value="true" />
```

# Real-Time Tutorial Best Practices

If a game features a real-time mode, the tutorial - regardless of the configuration - should include a section at the end explaining that it is possible to play a real-time match with a human opponent. This information should appear in both the async tutorial and the real-time tutorial. In fact, unless there is an explicit need to call out real-time only functionality, we recommend only implementing the initial mechanics tutorial before the first async match. If it is determined that the real-time mode absolutely must include different information than the async mode, match info can be used to dynamically determine which tutorial to show.

Data shows that players that experience real-time play early on are much more likely to engage with pro tournaments. Any opportunity to remind players that real-time play is supported will positively impact a game's metrics.

For real-time games, we also recommend notifying the player that they can play real-time games against a human opponent as soon as they complete their last match of the FTUE flows. Currently, the best time to relay this information is immediately upon completion of that second practice match and before the results screen (where the player presses Submit Score), as once the results screen appears, the player must be transitioned directly back to the SDK.

SKLZPAT00009988