# EXHIBIT 10

| | |
|---|---|
| 1 | Sean S. Pak (SBN 219032) |
| | Jodie Cheng (SBN 292330) |
| 2 | Charles B. Straut II (SBN 345091) |
| | seanpak@quinnemanuel.com |
| 3 | jodiecheng@quinnemanuel.com |
| | charlesstraut@quinnemanuel.com |
| 4 | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| 5 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 6 | Telephone: (415) 875-6600 |
| 7 | Robert M. Schwartz (SBN 117166) |
| | robertschwartz@quinnemanuel.com |
| 8 | Lance L. Yang (SNB 260705) |
| | lanceyang@quinnemanuel.com |
| 9 | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| 10 | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| 11 | Telephone: (213) 443-3000 |
| 12 | Ron Hagiz (*pro hac vice*) |
| | ronhagiz@quinnemanuel.com |
| 13 | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| 14 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 15 | Telephone: (212) 849-7000 |
| 16 | *Attorneys for Plaintiff Skillz Platform Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC. | CASE NO. 5:21-cv-02436-BLF |
| Plaintiff, | **PLAINTIFF SKILLZ PLATFORM INC.'S 30(B)(6) DEPOSITION NOTICE TO DEFENDANT AVIAGAMES INC.** |
| vs. | |
| AVIAGAMES INC. | Honorable Beth L. Freeman |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Skillz Platform Inc. (Skillz) will take the deposition upon oral examination of Defendant AviaGames Inc. ("AviaGames") on May 1, 2023 or date otherwise agreed upon by counsel, at a location agreed upon by counsel. Pursuant to Rule 30(b)(6), AviaGames shall designate one or more of their officers, directors, managing agents, or other persons to testify on their behalf as to matters known or reasonably available to AviaGames concerning the subjects identified in Appendix A attached hereto.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken by a notary public or other person qualified to administer oaths; will be recorded stenographically, including recording by instant visual display of the testimony; and will be videotaped.

Dated: April 14, 2023

Respectfully submitted,

*/s/ Lance Yang*

Lance Yang
*Attorney for Plaintiff*

6. The identity of each of the Persons at AviaGames responsible for the design, research, engineering, development, testing, qualification, certification, distribution, sale, or offer for sale for each Accused Product.

7. The identity of each entity that was in any way involved in the design, research, engineering, development, testing, qualification, certification, distribution, sale, or offer for sale for each Accused Product.

8. The identity and location of Documents and Communications relating to the design, research, engineering, development, testing, qualification, certification, distribution, sale, or offer for sale for each Accused Product.

9. The design, development, organization, and functionality of the source code produced by Defendant in this Lawsuit.

10. The identity of each Person responsible for the design, development, organization, and functionality of the source code produced by Defendant in this Lawsuit.

11. The identity of each Person responsible for the design, development, organization, and functionality of the features identified in Plaintiff's Infringement Contentions for all Accused Products.

12. The identity and location of Documents and Communications relating to the design, development, organization, and functionality of the source code produced by Defendant in this Lawsuit.

13. The identity and location of Documents and Communications relating to the design, development, organization, and functionality of the features identified in Plaintiff's Infringement Contentions for each Accused Product.

14. The design, development, structure, implementation, and operation of any matchmaking functionality used by any Accused Product, including, but not limited to, for each version of each Accused Product: (1) where and how the Accused Product matches players in a match; and (2) any and all identifiers used by the Accused Product to create a match or tournament, assign players to a match or tournament, identify a particular match or tournament, and/or distinguish between different matches or tournaments.

15. The design, development, structure, implementation, and operation of pseudo random numbers and/or pseudo random number seeds in each Accused Product, including, but not limited to, for each version of each Accused Product: (1) where and how the Accused Product generates pseudo random numbers using pseudo random number seeds; (2) where and how the Accused Product generates pseudo random number seeds; (3) where and how pseudo random numbers and/or pseudo random number seeds are communicated between a player's device and AviaGames's server(s); (4) where and how pseudo random numbers and/or pseudo random number seeds are used in connection with the gameplay of the Accused Product; and (5) any way in which any identifier(s) used in connection with matchmaking are used in connection with generating, determining, or assigning pseudo random numbers or pseudo random number seeds.

16. All features and functionalities in each Accused Product that are used to ensure fair competition among players in a match, control random factors in a match, ensure a common beginning of gameplay experience for two or more players, or otherwise ensure that the outcome of a match is determined by skill and not by chance, and including the design, development, structure, implementation, and operation of all such features and functionalities in each version of each Accused Product.

17. The source code that implements the features and/or functionality described in Topics 14–16, including the design, development, structure, implementation, and operation of the source code for each version of each Accused Product, and an identification of which source code executes on AviaGames's server(s) and which source code executes on a player's device.

18. The process performed by a player to launch each Accused Product and begin a match, including the source code that executes as part of that process, and an identification of which source code executes on AviaGames's server(s) and which source code executes on a player's device.

19. The identity, functionality, and operation of the hardware used to operate and/or execute each Accused Product, including all such hardware on AviaGames's server(s) and all such hardware on a player's device.

20. Defendant's Document collection and production efforts in this case.

| | | |
|---|---|---|
| 1 | DATED:  April 14, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By    /s/  Lance Yang
    Sean S. Pak (SBN 219032)
    seanpak@quinnemanuel.com
    Jodie Cheng (SBN 292330)
    jodiecheng@quinnemanuel.com
    Charles B. Straut II (SBN 345091)
    charlesstraut@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700

    Robert M. Schwartz (SBN 117166)
    robertschwartz@quinnemanuel.com
    Lance L. Yang (SBN 260705)
    lanceyang@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Ron Hagiz (*pro hac vice*)
    ronhagiz@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone:   (212) 849-7000
    Facsimile:      (212) 849-7100

*Attorneys for Plaintiff Skillz Platform Inc.*

## CERTIFICATE OF SERVICE

I, Haihang Wang, hereby certify that on April 14, 2023, a copy of "PLAINTIFF SKILLZ PLATFORM INC.'S 30(B)(6) DEPOSITION NOTICE TO DEFENDANT AVIAGAMES INC." was served via electronic mail to counsel for AviaGames.

Dated: April 14, 2023                              /s/ Haihang Wang

                                                                    Haihang Wang
                                                                    *Attorney for Plaintiff*