# EXHIBIT 11

| | |
|---|---|
| **From:** | Trostad, Eric (SDO) |
| **To:** | QE-Skillz-Avia |
| **Cc:** | *Perkins Service AviaSkillz-Pat |
| **Subject:** | Skillz Platform Inc. v. AviaGames Inc., No. 21-cv-02436-BLF (N.D. Cal.) |
| **Date:** | Friday, May 5, 2023 4:56:05 PM |

Counsel:

I have sent you a zip file (AVIA015) via our firm's KiteWorks FTP. It contains documentation bearing bates numbers AVIA_0053064 - AVIA_0091163 produced on behalf of Defendant AviaGames Inc. in the above referenced matter. Please be advised that this documentation may be designated "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY".

Zip Password: Y5qiCDLJxJbB((n

Best regards.

**Eric Trostad** | **Perkins Coie LLP**
SENIOR PARALEGAL
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
D. +1.858.720.5792
F. +1.858.720.5799
E. ETrostad@perkinscoie.com

| | |
|---|---|
| **From:** | Saghri, Roxanna (SFO) |
| **To:** | haihangwang@quinnemanuel.com; qe-skillz-avia@quinnemanuel.com |
| **Cc:** | *Perkins Service AviaSkillz-Pat |
| **Subject:** | Skillz Platform Inc. v. AviaGames Inc., No. 21-cv-02436-BLF (N.D. Cal.) |
| **Date:** | Wednesday, May 10, 2023 3:44:31 PM |

The password to the file "AVIA015_NATIVES_ALL.zip" is: **h$062ZWjs#!394y**


**Roxy Saghri** | **Perkins Coie LLP**
ESS PROJECT MANAGER
505 Howard Street Suite 1000
San Francisco, CA 94105
D. +1.415.344.7067
F. +1.415.344.7267
E. RSaghri@perkinscoie.com

## Bombach, Miguel J. (SDO)

| | |
|---|---|
| **From:** | Tranel, Joy  (WDC) |
| **Sent:** | Friday, May 12, 2023 6:14 PM |
| **To:** | haihangwang@quinnemanuel.com; qe-skillz-avia@quinnemanuel.com |
| **Cc:** | *Perkins Service AviaSkillz-Pat |
| **Subject:** | Skillz Platform Inc. v. AviaGames Inc., No. 21-cv-02436-BLF (N.D. Cal.) |

The password for the documents bates-stamped AVIA_0091717 - AVIA_0114595 production just sent to you via Kiteworks is:
`c7ete$$xzMQUQUb`

**Joy Tranel | Perkins Coie LLP**
Manager, eDiscovery Project Management
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.3325
F. +1.202.654.6211
E. JTranel@perkinscoie.com