# EXHIBIT 12

Back to Attorneys



# Haihang Wang

⬇ vCard

Associate

[haihangwang@quinnemanuel.com](mailto:haihangwang@quinnemanuel.com)

Direct Tel: +1 415 875 6600,   Direct Fax: +1 415 875 6700

**SAN FRANCISCO**

Tel: +1 415 875 6600
Fax: +1 415 875 6700

Biography

Education

Admissions

Languages

Publications and Lectures

Haihang Wang is an associate in Quinn Emanuel's San Francisco office. His practice focuses on complex commercial litigation and intellectual property disputes. Haihang graduated *cum laude* from Harvard Law School, where he served as a Notes Editor of the *Harvard Law Review* and a Citation Manager of the *Harvard Journal of Law & Technology*. During law school, Haihang participated in the Harvard Supreme Court Litigation Clinic, where he assisted with a merits brief before the United States Supreme Court. He also worked as a research assistant for the Access to Justice Lab and served as a judicial extern to the Honorable O. Rogeriee Thompson of the United States Court of Appeals for the First Circuit.

© 2023                                Contact Us    Privacy Policy

All rights reserved. Attorney advertising. Prior results do not guarantee similar outcome. Amounts listed may be aggregates.

For media inquiries, please contact us at publicrelations@quinnemanuel.com

Design by SPINX Digital

Back to Attorneys



# Haihang Wang

⬇ vCard

### Associate

haihangwang@quinnemanuel.com

Direct Tel: +1 415 875 6600,   Direct Fax: +1 415 875 6700

**SAN FRANCISCO**

Tel: +1 415 875 6600
Fax: +1 415 875 6700

Biography

Education

Admissions

Languages

Publications and Lectures

Chinese

© 2023 Quinn Emanuel Urquhart & Sullivan, LLP        Contact Us     Privacy Policy

All rights reserved. Attorney advertising. Prior results do not guarantee similar outcome. Amounts listed may be aggregates.

For media inquiries, please contact us at **publicrelations@quinnemanuel.com**

Design by SPINX Digital