# EXHIBIT 13

Back to Attorneys



# Lance Yang

⬇ vCard

Partner*

lanceyang@quinnemanuel.com

*Not admitted to the State Bar of Washington

Direct Tel: +1 213-443-3360

**LOS ANGELES**

Tel: +1 213 443 3000

Fax: +1 213 443 3100

**SEATTLE**

Tel: +1 206 905 7000

Fax: +1 206 905 7100

Biography

Representative Clients

Notable Representations

Practice Areas

Education

Admissions

Languages

Prior Associations

Awards

Lance Yang is a partner in Quinn Emanuel's Los Angeles and Seattle offices. Lance is a trial lawyer with extensive experience in litigating patents, copyrights and other complex intellectual property in "bet the company" cases.  He has represented both plaintiffs and defendants and has advised companies on a broad spectrum of technologies.  Lance has extensive experience in software and hardware technologies in particular.  He has litigated cases in both state and federal courts, including the ITC, and has advised on patent licensing as well. *Super Lawyers Magazine* named Lance a "Rising Star in Intellectual Property Litigation" in 2014 and a "Southern California Rising Star" in 2015 and 2016.

[Publications and Lectures](#)

Before attending the University of Pennsylvania Law School, he spent five years at Maxim Integrated Products as an engineer and received a Masters Degree from Stanford University, specializing in RF chip design and wireless communications. He also holds an LL.M. from Tsinghua University and is admitted to the United States Patent and Trademark Office.

© 2023 Quinn Emanuel Urquhart & Sullivan, LLP   Contact Us   Privacy Policy

All rights reserved. Attorney advertising. Prior results do not guarantee similar outcome. Amounts listed may be aggregates.

For media inquiries, please contact us at publicrelations@quinnemanuel.com

Design by SPINX Digital

Back to Attorneys



# Lance Yang

vCard

Partner*

lanceyang@quinnemanuel.com

*Not admitted to the State Bar of Washington

Direct Tel: +1 213-443-3360

**LOS ANGELES**

Tel: +1 213 443 3000

Fax: +1 213 443 3100

**SEATTLE**

Tel: +1 206 905 7000

Fax: +1 206 905 7100

Biography

Representative Clients

Notable Representations

Practice Areas

Education

Admissions

Languages

Mandarin

Prior Associations

Awards

Publications and Lectures