# EXHIBIT 14

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Sean S. Pak (Bar No. 219032)
2     seanpak@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, CA 94111
   Telephone:     (415) 875-6600
4  Facsimile:     (415) 875-6700

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Robert M. Schwartz (Bar No. 117166)
6     robertschwartz@quinnemanuel.com
      Lance L. Yang (Bar No. 260705)
7     lanceyang@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
8  Los Angeles, CA 90017
   Telephone:     (213) 443-3000
9  Facsimile:     (213) 443-3100

10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Ron Hagiz (*pro hac vice*)
11    ronhagiz@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
12 New York, NY 10010
   Telephone:     (212) 849-7000
13 Facsimile:     (212) 849-7100

14 *Attorneys for Plaintiff Skillz Platform Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>AVIAGAMES INC., a Delaware corporation,<br><br>             Defendant. | Case No.: 21-cv-02436-BLF<br><br>**PLAINTIFF SKILLZ PLATFORM INC.'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |

Pursuant to Patent Local Rules 3-1 and 3-2, Plaintiff Skillz Platform Inc. ("Skillz") hereby submits this Disclosure of Asserted Claims and Infringement Contentions for U.S. Patent Nos. 9,479,602 ("the '602 patent") and 9,649,564 ("the '564 patent") (collectively, the "Patents in Suit").

Skillz's Infringement Contentions are based on information presently available to Skillz. Discovery in this matter is ongoing, and Skillz reserves the right to amend and/or supplement this Disclosure should discovery reveal additional, relevant information.  *See* N.D. Cal. Pat. L.R. 3-6.

## I. Disclosure Of Asserted Claims And Infringement Contentions

### A. Asserted Claims Pursuant to Patent L.R. 3-1(a)

Based on information currently available, Skillz asserts infringement pursuant to 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, of Claims 1, 2, 3, 7, 8, 9, 10, 11, 12, 16, 17, 18, 19, 20, and 21 of the '602 patent; and Claims 1, 2, 3, 4, 6, 10, 11, 12, 13, 14, 16, 18, 19, 20, and 21 of the '564 patent (collectively "the Asserted Claims").

Skillz's investigation is ongoing and discovery is in its earliest stages.  Skillz has served discovery requests upon Defendant to obtain additional product information that is in Defendant's possession, custody or control, and Skillz reserves the right to supplement its infringement contentions, including asserting additional claims, based on Defendant's proper discovery responses.  Skillz further reserves its right to amend and/or modify its Infringement Contentions as discovery in this case progresses, under Patent L.R. 3-6, or as otherwise permitted by the Court.

### B. Accused Instrumentalities Pursuant to Patent L.R. 3-1(b)

Based upon Skillz's examination of the information produced pertaining to the Accused Instrumentalities and the limited discovery available to Skillz as of the date of these contentions, Skillz asserts that Defendant's Pocket7Games application and its standalone game applications (both for Android and iOS), including Bingo Clash, Solitaire!, 21 Gold, Bubble Shot, Dunk Shot, Fruit Frenzy, 2048 Blitz, Explodocube, and Tile Blitz, infringe the Asserted Claims.

Skillz's investigation is ongoing and discovery is in its earliest stages.  Skillz has served discovery requests upon Defendant to obtain additional product information that is in Defendant's possession, custody or control, and Skillz reserves the right to supplement its infringement

| | | |
|---|---|---|
| DATED: August 27, 2021 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By     /s/ *Lance L. Yang*

Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Lance L. Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Ron Hagiz (*pro hac vice*)
ronhagiz@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Plaintiff Skillz Platform Inc.*

## CERTIFICATE OF SERVICE

I, Felipe Corredor, am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, CA 94111.

On August 27, 2021, I served true copies of the following document(s):

**SKILLZ PLATFORM INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT AVIAGAMES INC.'S FIRST SET OF INTERROGATORIES**

on the interested parties in this action addressed as follows:

> Wendy Wang
> WWang@perkinscoie.com
> Matthew C. Bernstein
> MBernstein@perkinscoie.com
> Miguel J. Bombach
> MBombach@perkinscoie.com
>
> PERKINS COIE LLP
>
> *Attorneys for Defendant AviaGames Inc.*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission from felipecorredor@quinnemanuel.com by transmitting PDF format copies of such documents to each such person at the e-mail addresses specified above. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed on August 27, 2021, at San Francisco, California.

              */s/ Felipe Corredor*
              Felipe Corredor