# EXHIBIT 15

**EXHIBIT B**
Infringement of **'564** Patent

**U.S. Patent No. 9,649,564**

**INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-1**

**Pocket7Games Application and Standalone AviaGames Game Applications[1]**

Pursuant to Patent L.R. 3-1, Skillz provides the following Infringement Charts demonstrating examples of infringement of Claims 1, 2, 3, 4, 6, 10, 11, 12, 13, 14, 16, 18, 19, 20, and 21 of U.S. Patent No. 9,649,564 by the Pocket7Games application and standalone AviaGames game applications (collectively, the "P7G apps" or "P7G software"), and associated backend servers and systems (collectively, the "P7G servers"). On information and belief and unless otherwise noted, the iOS and Android versions of the Pocket7Games application and of the standalone AviaGames game applications, as well as all predecessor versions of the Pocket7Games application and of the standalone AviaGames game applications, operate in the same way and are also accused. These infringement contentions are based upon public documentation only (including AviaGames's production of documents-to-date, which amounts to one production served on August 9, 2021 of what appear to be public webpages), Skillz's inspection of the publicly available Pocket7Games application and standalone AviaGames game applications, and other information available to Skillz as of the date of these contentions. Skillz's investigation is ongoing and discovery is in its earliest stages. Skillz has served discovery requests upon Defendant to obtain additional product information that is in Defendant's possession, custody or control, and Skillz reserves the right to supplement its infringement contentions based on Defendant's proper discovery responses. Skillz further reserves its right to amend and/or modify its Infringement Contentions as discovery in this case progresses, under Patent L.R. 3-6, or as otherwise permitted by the Court.

| '564 Patent Claim | Infringement Contentions |
|---|---|
| 1[pre]. A method comprising: | To the extent the preamble is limiting, the P7G software and/or P7G servers perform the claimed method as set forth below. |
| | For example, AviaGames makes and/or uses the P7G software and P7G servers. Regardless of whether the preamble of claim 1 adds any substantive limitation to the claim, the claim language is met by the Accused Products, as the Accused Products perform a method as further described below for the remaining claim limitations. |

---

[1] Unless otherwise indicated, screenshots are of the iOS Pocket7Games application. The Android Pocket7Games application and the standalone AviaGames game applications on both iOS and Android operate in the same way as depicted in the iOS Pocket7Games application screenshots.

**EXHIBIT B**
Infringement of **'564** Patent

| '564 Patent Claim | Infringement Contentions |
|---|---|
| 1[a]. receiving, at a client including an executable game instance, a stream of pseudo random number seeds characterized by a unique match identifier for an online digital gaming competition, the client enrolled in the online competition; | The P7G software executes on an Android or iOS mobile device (a "client"), which receives a stream of pseudo random number seeds characterized by a unique match identifier for an online digital gaming competition, the client enrolled in the online competition.<br><br>For example, the P7G software includes an executable game instance that runs on an iOS client and/or Android client. *See, e.g.*:<br><br><br><br>On information and belief, the client including the executable game instances receives a stream of pseudo random number seeds characterized by a unique match identifier for an online digital gaming competition in which the client is enrolled.<br><br>For example, AviaGames represents that players in the same online digital gaming competition are provided with the same game board to ensure fair competition. In order to provide the same game board to multiple players, random elements in the game boards are generated using a pseudo-random number seed that is common to both game instances. |

2

**EXHIBIT B**
Infringement of **'564** Patent

| '564 Patent Claim | Infringement Contentions |
|---|---|
|  | P7G Solitare!     P7G 21 Gold     P7G Bingo Clash[4] <br><br>On information and belief, the stream of pseudo-random number seeds is used to generate a plurality of pseudo-random numbers that are used to initialize random game elements. |
| 1[d] executing the game instance by the client and using the plurality of pseudo-random numbers to provide the online competition to a player such that a | The client executing the P7G software executes the game instance and uses the plurality of pseudo-random numbers to provide the online competition to a player such that a beginning of gameplay experience is common between the game instance and a second game instance executing on a second client enrolled in the online digital gaming competition. <br><br>For example, an iOS or Android client executing the P7G software executes a game instance to provide an online competition to a player. <br><br>*See, e.g.*: |

---

[4] Screenshots captured from Android version of software.

8

**EXHIBIT B**
Infringement of **'564** Patent

| '564 Patent Claim | Infringement Contentions |
|---|---|
| | AviaGames represents that players in the same online digital gaming competition are provided with the same game board to ensure fair competition. *See* claim 1[d] above. Accordingly, for each player in the online competition, game instance associated with the player uses the plurality of pseudo-random numbers to generate that common initial game board.<br><br>*See also, e.g.,* AVIA_0000001 ("AviaGames is releasing a brand new match mode for Pocket7Games. The One vs. Many feature adds the ability to go up against 1, 2, or 3 players in the app's most popular game, Bingo Clash."); AVIA_0000074 ("In a 1v1 match, a player is matched with and plays against an opponent with a similar skill level. Most of the Cash Games and Ticket Games are 1v1 matches unless they are labeled otherwise at the bottom of the match entrance. For example, there can be Multiplayer matches in Ticket Games that allow 5 or 6 players to compete against each other."). |
| 10. The method of claim 1, wherein the client is a mobile device. | The P7G software and/or P7G servers perform the method of claim 1. *See* claim 1 above.<br><br>The client executing the P7G software is a mobile device, such as an iOS or Android mobile device. *See* claim 1[e] above. |
| 11[pre]. A non-transitory computer program product storing instructions, which when executed by at least one data processor of at least one computing system, implement a method comprising: | To the extent the preamble is limiting, the P7G software comprises, and the P7G servers include, non-transitory computer program instructions, which when executed by at least one data processor of at least one computing system, implement a method.<br><br>For example, the P7G software comprises one or more programs with instructions, stored in memory and/or storage of a client device with at least one CPU (*e.g.,* and iOS or Android mobile device), which instructions, when executed by the CPU of the client device, implement the claimed method. Similarly, the P7G servers include memory and/or storage storing instructions, which when executed by CPUs of the P7G servers implement the claimed method.<br><br>*See also* claim 1[e] above. |
| 11[a] receiving, at a client including an executable game | *See* claim 1[a] above. |

19

**EXHIBIT B**
Infringement of **'564** Patent

| '564 Patent Claim | Infringement Contentions |
|---|---|
| 11[d] executing the game instance by the client and using the plurality of pseudo-random numbers to provide the online competition to a player such that a beginning of gameplay experience is common between the game instance and a second game instance executing on a second client enrolled in the online digital gaming competition. | *See* claim 1[d] above. |
| 12. The computer program product of claim 11, wherein the game instance provides a game of skill. | *See* claim 2 above. |
| 13. The computer program product of claim 11, wherein the game instance provides a | *See* claim 3 above. |

21

**EXHIBIT B**
Infringement of **'564** Patent

| '564 Patent Claim | Infringement Contentions |
|---|---|
| | to the claim, the claim language is met by the Accused Products, as the Accused Products comprise a system as further described below for the remaining claim limitations. |
| 18[a] at least one data processor; memory storing instructions which, when executed by the at least one data processor, causes the at least one data processor to perform operations comprising: | *See* claim 11[pre] above. |
| 18[a] receiving, at a client including an executable game instance, a stream of pseudo random number seeds characterized by a unique match identifier for an online digital gaming competition, the client enrolled in the online competition; | *See* claim 1[a] above. |
| 18[b] receiving, at the client and from a game server, | *See* claim 1[b] above. |

23