United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., <br> Plaintiff, <br> v. <br> AVIAGAMES INC., <br> Defendant. | Case No. 21-cv-02436-BLF <br><br> **ORDER RE: ADMINISTRATIVE MOTION FOR CLARIFICATION** |

Before the Court is Defendant's Administrative Motion for Clarification, ECF No. 231, of the Court's Order permitting limited discovery, ECF No. 223. The Court intended a modest, focused discovery requirement that would not affect the trial date and did not factor in the reasonable time necessary to conduct a privilege review. The Court is inclined to approve Defendant's proposed clarification without prejudice to Plaintiff's further request for extended discovery upon review of the fruits of this discovery request as interpreted by Defendant. Plaintiff shall respond to Defendant's Motion for Clarification by September 1, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: August 31, 2023

_____
BETH LABSON FREEMAN
United States District Judge