[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>AVIAGAMES INC., a Delaware corporation,<br><br>                Defendant. | Case No. 5:21-cv-02436-BLF<br><br>**JOINT STATEMENT CONCERNING SEALING OF ORDER ON RE-OPENING DISCOVERY** |

Pursuant to the Court's order (Dkt. 225), Plaintiff Skillz Platform Inc. ("Skillz") and Defendant AviaGames Inc. ("AviaGames") submit this joint statement concerning proposed redactions to the Court's order filed under seal at Dkt. 224.

AviaGames' proposed redactions are set forth in Exhibit A. AviaGames' position is that these redactions are limited to discussions of the contents of AviaGames' proprietary source code at the heart of its business.

Skillz does not agree that AviaGames' proposed redactions are appropriate. However, to avoid burdening the Court, Skillz does not oppose AviaGames' request, solely with respect to this filing and without prejudice to its position in Dkt. 222 (pending before the Court) or future filings.

Dated: September 1, 2023

Respectfully submitted,

KING & SPALDING LLP

By:   */s/ Christopher C. Campbell*
Christopher C. Campbell
*Attorneys for Plaintiff*


PERKINS COIE LLP

By:   */s/ Chao "Wendy" Wang*
Chao "Wendy" Wang
*Attorneys for Defendant*

Attestation Pursuant to Civil Local Rule 5-1(h)(3)

I, Chao "Wendy" Wang, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 1, 2023        PERKINS COIE LLP

By:    /s/ Chao "Wendy" Wang
Chao "Wendy" Wang
*Attorneys for Defendant*