Sure, Chao "Wendy" Wang, Bar No. 289325
WWang@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4315
Facsimile: 650.838.4350

Matthew C. Bernstein, Bar No. 199240
MBernstein@perkinscoie.com
Miguel J. Bombach, Bar No. 274287
MBombach@perkinscoie.com
Abigail A. Gardner, Bar No. 334598
AGardner@perkinscoie.com
Eric Maas (Bar No. 345450)
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

*Attorneys for Defendant AviaGames Inc.*

Judith B. Jennison (Bar No. 165929)
PERKINS COIE LLP
JJennison@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-3489
Fax: (206) 359-4489

W. Matthew Pierce (pro hac vice)
WPierce@perkinscoie.com
PERKINS COIE LLP
1900 16th Street, Ste. 1400
Denver, CO 80202
Telephone: (303) 291-2300
Fax: (303) 291-2400

Dakota Paul Kanetzky (*pro hac vice*)
DKanetzky@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Ste 1700
Austin, TX 78701
Telephone: (737) 256-6115
Fax: (737) 256-6300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SKILLZ PLATFORM INC., a Delaware corporation,

Plaintiff,

v.

AVIAGAMES INC., a Delaware corporation,

Defendant.

Case No.: 5:21-cv-02436-BLF

**DECLARATION OF CHAO "WENDY" WANG IN SUPPORT OF JOINT STATEMENT CONCERNING SEALING OF ORDER ON RE-OPENING DISCOVERY**

I, Chao “Wendy” Wang, declare as follows:

1. I am over 18 years old, and I am competent to make this declaration based upon my personal knowledge.

2. I am a partner with the law firm of Perkins Coie LLP and an attorney of record for Defendant AviaGames Inc. (“AviaGames”). I am admitted to the California bar and am currently in good standing.

3. I submit this declaration in support of the parties’ Joint Statement Concerning Sealing of Order on Re-Opening Discovery.

4. Attached hereto as Exhibit A is a true and correct copy of AviaGames’ proposed redactions to the Court’s August 22, 2023 Order Re: Motion to Reopen Discovery and For Sanctions (Dkt. 224).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2023.

*/s/ Chao “Wendy” Wang*
Chao "Wendy" Wang