1

2

3            **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5                 **SAN JOSE DIVISION**

6

7    SKILLZ PLATFORM INC.,                    Case No.  21-cv-02436-BLF

8                   Plaintiff,

9          v.                                 **ORDER RE: MOTION FOR
                                              CLARIFICATION AND MOTION FOR**
10   AVIAGAMES INC.,                          **SANCTIONS**

11                  Defendant.                [Re:  ECF Nos. 231, 242]

12

13          Before the Court is Defendant AviaGames Inc.'s Administrative Motion for Clarification.

14   ECF No. 231.  Plaintiff Skillz Platform Inc. has filed a response, ECF No. 236, and AviaGames

15   has moved for leave to file a reply.  Because the Court has considered AviaGames' reply, its

16   motion for leave to file a reply is GRANTED.  Skillz has filed a Motion for Sanctions that raises

17   issues related to the request for clarification.  ECF No. 242.  AviaGames has filed a response.

18   ECF No. 249.

19   **I.    MOTION FOR CLARIFICATION**

20          The Court's Order Reopening Discovery directed AviaGames to produce documents "that

21   hit on original search terms and the search terms contained in Schedule A of Skillz's proposed

22   discovery plan."  ECF No. 224 at 5.  AviaGames argues that "and" should be read conjunctively,

23   rather than disjunctively, because a disjunctive reading would require production on a scale that

24   far exceeds what the parties had previously produced during discovery.  ECF No. 231 at 2–3.

25   AviaGames also requests that the Court clarify whether the September 5, 2023, deadline to

26   produce documents applies to documents for which Defendant must conduct a privilege review.

27   *Id.* at 4–5.  Skillz responds that "and" should be read disjunctively, but if the Court is inclined to

28   modify its Order, ECF No. 224, Skillz proposes a compromise that would provide for more

1    limited discovery.  ECF No. 236 at 2.

2          Having considered the parties' arguments, the Court GRANTS AviaGames' Motion for

3    Clarification and adopts Skillz's proposed order with the modifications described below.

4    **II.    MOTION FOR SANCTIONS**

5          In its Motion for Sanctions, Skillz argues that AviaGames should be sanctioned for

6    noncompliance with the Order Reopening Discovery because the Order requires AviaGames to

7    make its source code available for review for longer than one day and using more than one

8    computer.  ECF No. 242 at 4–6.  AviaGames opposes the motion.  ECF No. 249.  AviaGames

9    stated that it is amenable to source code review for three days and, consistent with the Protective

10   Order, one computer.  *Id.* at 3.  AviaGames further argues that sanctions are inappropriate because

11   Skillz's requested sanctions are not proportional to the dispute and the requirements for

12   terminating sanctions have not been met.  *Id.* at 4–6.

13         The Court finds Skillz's requested sanctions under Fed. R. Civ. P. 37(b) inappropriate.

14   Because the Court's Order Reopening Discovery did not specify the time in which AviaGames

15   should allow Skillz to review its source code, the number of computers permitted, or whether that

16   review included collateral documents, the Court does not find AviaGames in contempt of that

17   Order.  Therefore, the Court DENIES Skillz's Motion for Sanctions.

18         However, the papers indicate a point of further clarification is necessary to understand the

19   scope of the source code review.  Therefore, the Court further CLARIFIES that AviaGames shall

20   make its source code available for review for three days, with the ability to request more days if

21   necessary.  The source code review will be conducted on one computer, consistent with the

22   Protective Order, and the source code review will not include collateral documents.

23         The Court further admonishes the parties to comply with the Protective Order, which

24   prohibits the use of confidential information produced in this case for anything other than this

25   litigation.  *See* ECF No. 58 at § 7.1.

26   **III.   ORDER**

27         The Court hereby ORDERS that:

28         1.  Defendant AviaGames Inc.'s Motion for Clarification is GRANTED.  The Court

United States District Court
Northern District of California

2

CLARIFIES as follows:

    a. AviaGames shall produce all documents that hit on the search terms identified in the first bullet of Schedule A (ECF No. 215-1) without regard to whether those documents also hit on the original search terms.

    b. AviaGames shall produce all documents that hit on search terms in the second bullet of Schedule A that also hit on any of the original search terms from all non-IM repositories.

    c. For all documents that hit on any search term run disjunctively but not ordered produced under paragraph (a) or (b), Avia shall no later than September 7, 2023, provide to Skillz a list of all terms, its total hits, the relevant repositories, and any privilege hits, in a chart.

    d. The parties shall meet and confer on any terms identified in paragraph (c) no later than September 8, 2023.

    e. AviaGames may conduct a privilege review and must produce all documents subject to privilege review and privilege logs no later than September 20, 2023.

    f. Without prejudice to Skillz moving for certain documents or logs to be produced earlier, Avia shall produce all logs or documents as appropriate on a rolling basis through September 20, 2023.  AviaGames shall prioritize documents hitting on search terms in Schedule A, first bullet; then Schedule A, second bullet; then the original terms.

    g. AviaGames shall make its source code available for Skillz to review for three days, with the ability to request more if necessary.  This review shall be conducted on one computer and shall not include collateral documents.

2. Defendant AviaGames Inc.'s Motion for Leave to File a Reply in Support of Its Motion for Sanctions is GRANTED.

3. Plaintiff Skillz Platform Inc.'s Motion for Sanctions is DENIED.

United States District Court
Northern District of California

1

2      **IT IS SO ORDERED.**

3

4      Dated:  September 6, 2023

5      _____

6      BETH LABSON FREEMAN
       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4