# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC.,<br>    Plaintiff,<br>v.<br>AVIAGAMES INC.,<br>    Defendant. | Case No. 21-cv-02436-BLF<br><br>**ORDER RE: SEALING MOTION ON OPPOSITION TO SEALING MOTION**<br><br>[Re: ECF No. 223] |

Before the Court is an administrative motion to file under seal relating to Skillz's Opposition to AviaGames' Administrative Motion to File Under Seal, ECF No. 222. *See* ECF No. 223. The Court has considered the motion. The Court's ruling is laid out below.

## I. LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Consequently, access to motions and their attachments that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097.

In addition, in this district, all parties requesting sealing must comply with Civil Local Rule 79-5. That rule requires, inter alia, the moving party to provide "the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive

1  alternative to sealing is not sufficient." Civ. L.R. 79-5(c)(1).  Further, Civil Local Rule 79-5
2  requires the moving party to provide "evidentiary support from declarations where necessary."
3  Civ. L.R. 79-5(c)(2).  And the proposed order must be "narrowly tailored to seal only the sealable
4  material."  Civ. L.R. 79-5(c)(3).

5  Further, when a party seeks to seal a document because it has been designated as
6  confidential by another party, the filing party must file an Administrative Motion to Consider
7  Whether Another Party's Material Should be Sealed.  Civ. L.R. 79-5(f).  In that case, the filing
8  party need not satisfy the requirements of subsection (c)(1).  Civ. L.R. 79-5(f)(1).  Instead, the
9  party who designated the material as confidential must, within seven days of the motion's filing,
10 file a statement and/or declaration that meets the requirements of subsection (c)(1).  Civ. L.R. 79-
11 5(f)(3).  A designating party's failure to file a statement or declaration may result in the unsealing
12 of the provisionally sealed document without further notice to the designating party.  *Id.*  Any
13 party can file a response to that declaration within four days.  Civ. L.R. 79-5(f)(4).

## II. DISCUSSION

15 The good cause standard applies here because the sealing motion relates to an opposition
16 to a sealing motion, which is only tangentially related to the merits of the case.  *Cf. Ctr. for Auto*
17 *Safety*, 809 F.3d at 1097.

18 On August 23, 2023, Skillz filed an administrative motion to file under seal portions of its
19 Opposition, ECF No. 222, to AviaGames' motion to seal.  ECF No. 223.  However, the motion is
20 styled as a motion to consider whether another party's material should be sealed, and the Court
21 will construe it as such.  In the motion, Skillz notes that the highlighted portions of Skillz's
22 opposition contain information that AviaGames has designated as highly confidential.  *Id.* at 2.  As
23 of the date of this Order, AviaGames has not filed a statement and/or declaration under Civ. L.R.
24 79-5(f)(3).  As noted above, failure to file a statement or declaration under Civ. L.R. 79-5(f)(3) is
25 grounds for denial of a motion to consider whether another party's material should be sealed. *See,*
26 *e.g.*, *Plexxikon*, 2022 WL 1131725, at *2.  Thus, the Court will rule as follows:

| ECF No. | Document | Portions to Seal | Ruling |
|---|---|---|---|
| 223-1 | Skillz Platform Inc.'s | Highlighted | DENIED, as failing to comply |

2

| | Opposition to AviaGames Administrative Motion to Consider Whether Another Party's Material Should be Under Seal | Portions | with Civ. L.R. 79-5(f)(3). |
|---|---|---|---|

The denial as to Skillz's motion and these exhibits is WITHOUT PREJUDICE to AviaGames filing a statement and/or declaration that in support of sealing this document within 10 days of the date of this order.

### III. ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff Skillz Platform Inc.'s Administrative Motion to File Under Seal (ECF No. 223), which the Court construed as an Administrative Motion to Consider Whether Another Party's Material Should be Sealed, is DENIED WITHOUT PREJUDICE.  AviaGames may file a statement in support of sealing this document within 10 days of this Order.

Dated:  September 18, 2023

_____
BETH LABSON FREEMAN
United States District Judge