UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>AVIAGAMES INC., a Delaware corporation,<br><br>      Defendant. | Case No.: 5:21-cv-02436-BLF (SVK)<br><br>**AviaGames' Opposition to Skillz's Motion for Hearing (ECF 268) and Motion to Strike Skillz's Motion to Compel (ECF. 266)** |

1   Skillz's motion for an emergency hearing is in violation of the Court's order and in
2   disregard of AviaGames' right to respond. AviaGames respectfully asks that the Court vacate the
3   improperly noticed September 22 hearing and deny Skillz's motion to compel due to their failure
4   to follow Court order.

5   After business hours on September 20, 2023, Skillz filed a motion to compel AviaGames'
6   further responses to its interrogatories. ECF No. 266. On September 21, the Court properly referred
7   the discovery dispute to Magistrate Judge van Keulen and advised Skillz "that its motion should
8   comply with Magistrate Judge van Keulen's standing orders for discovery dispute briefing." ECF
9   No. 267. Instead of following the Court's order and complying with Judge van Keulen's standing
10  orders, Skillz filed yet another "emergency" motion at 7 p.m. on September 21, demanding a
11  hearing the next day without allowing AviaGames time to oppose the motion. ECF No. 268. This
12  is not the first time that Skillz disregarded the Court's schedule. On September 2, 2023, Skillz
13  similarly filed an "emergency" motion setting the hearing to the next day. ECF No. 243. The Court
14  *sua sponte* vacated the hearing date on September 3.

15  Skillz's refusal to follow Judge van Keulen's standing order is troubling. According to
16  Skillz, Judge van Keulen's joint statement requirement is too time-consuming, and it should not
17  have to follow these requirements. Skillz's feigned urgency is not genuine: depositions cannot
18  possibly proceed when Skillz keeps complaining about AviaGames' already fulsome interrogatory
19  response, which is 35 pages long. Any delay is of Skillz's own making. Even beyond the delay
20  caused by Skillz filing yet another motion trying to expand the limited discovery allowed by the
21  Court, instead of spending the day revising its motion to comply with Judge van Keulen's standing
22  order, Skillz drafted its emergency motion, without notice to AviaGames of its intent to do so and
23  thereby denying AviaGames' any reasonable time to respond to its motion to compel. This
24  gamesmanship should not be permitted.

25  Furthermore, Skillz's motion to compel should be stricken because it violated the Protective
26  Order. Skillz did not redact information that AviaGames designated as HIGHLY CONFIDENTIAL
27  – ATTORNEY'S EYES ONLY under the Protective Order. AviaGames immediately informed
28  Skillz of this violation the morning of September 21 and asked that Skillz lock/remove this docket

entry.  Skillz's counsel confirmed that they would lock this entry, but as of 11 P.M. on September 21. AviaGames' highly confidential information is still on the public docket.  This is not the first time Skillz has violated the Protective Order, and Skillz has already been admonished by the Court for this behavior.  ECF No. 251.

Skillz's litigation misconduct must stop.  AviaGames respectfully asks that the Court vacate the improperly noticed September 22 hearing date and deny Skillz's motion to compel.

| | | |
|---|---|---|
| 1 | DATED: September 21, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Chao "Wendy" Wang* |
| 4 | Matthew C. Bernstein, Bar No. 199240<br>MBernstein@perkinscoie.com | Chao "Wendy" Wang, Bar No. 289325<br>WWang@perkinscoie.com |
| 5 | Joseph P. Reid, Bar No. 211082<br>JReid@perkinscoie.com | PERKINS COIE LLP<br>3150 Porter Drive |
| 6 | Miguel J. Bombach, Bar No. 274287<br>MBombach@perkinscoie.com | Palo Alto, California 94304-1212<br>Tel: 650.838.4300 |
| 7 | Abigail A. Gardner, Bar No. 334598<br>AGardner@perkinscoie.com | Fax: 650.838.4350 |
| 8 | PERKINS COIE LLP<br>11452 El Camino Real, Suite 300 | Andrea W. Jeffries, SBN: 183408<br>ajeffries@jonesday.com |
| 9 | San Diego, CA 92130-2080<br>Telephone: (858) 720-5700 | Sarah G. Conway, SBN: 261414<br>sgconway@jonesday.com |
| 10 | Facsimile: (858) 720-5799 | JONES DAY<br>555 S. Flower Street, 50th Fl. |
| 11 | Judith B. Jennison, Bar No. 165929<br>JJennison@perkinscoie.com | Los Angeles, CA 90071<br>Tel: (213) 489-3939 |
| 12 | Steven S. Beale (*pro hac vice*)<br>SBeale@perkinscoie.com | Fax: (213) 243-2539 |
| 13 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 | Matthew Chung, SBN: 339854<br>mchung@jonesday.com |
| 14 | Seattle, WA 98101-3099<br>Telephone: (203) 359-8000 | JONES DAY<br>555 California St, 26th Fl. |
| 15 | Facsimile: (203) 359-9000 | San Francisco, CA 94109<br>Tel: (415) 626-3939 |
| 16 | W. Matthew Pierce (*pro hac vice*)<br>WPierce@perkinscoie.com | Fax: (415) 875-5700 |
| 17 | PERKINS COIE LLP<br>1900 16th Street, Ste. 1400 | *Attorneys for Defendant* |
| 18 | Denver, CO 80202<br>Telephone: (303) 291-2300 | *AviaGames Inc.* |
| 19 | Fax: (303) 291-2400 | |
| 20 | Dakota Paul Kanetzky (*pro hac vice*)<br>DKanetzky@perkinscoie.com | |
| 21 | PERKINS COIE LLP<br>405 Colorado Street, Ste 1700 | |
| 22 | Austin, TX 78701<br>Telephone: (737) 256-6115 | |
| 23 | Fax: (737) 256-6300 | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |