# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., | Case No. 21-cv-02436-BLF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR HEARING** |
| AVIAGAMES INC., | |
| Defendant. | |

Before the Court is Plaintiff Skillz Platform Inc.'s emergency motion for a hearing, ECF No. 268, on its motion to compel Defendant AviaGames Inc. to complete bot interrogatory responses and data tables, ECF No. 266. Skillz requests that—rather than refer Skillz's motion to compel to Magistrate Judge van Keulen, which the Court has already ordered, ECF No. 267—the Court should address Skillz's motion today. ECF No. 268 at 1. AviaGames opposes the emergency motion for a hearing. ECF No. 269.

The Court DENIES Skillz's emergency motion for a hearing. ECF No. 268. Discovery disputes have consistently been referred to Judge van Keulen. Moreover, Skillz seems to believe that it is exempt from the page limits on this type of motion, having filed a 16-page brief upon which it demands a hearing with 1 day's notice. The Court again refers this dispute to Judge van Keulen. ECF No. 268. If Skillz has any issue complying with Magistrate Judge van Keulen's standing orders, it may raise such concerns with Magistrate Judge van Keulen.

Finally, the Court notes that this is the third emergency motion that Skillz has filed in the past two months in which Skillz has sought a hearing outside of the Court's regular calendar. *See*

ECF Nos. 209, 243, 268.  The Court finds this tactic inappropriate given the nature of Skillz's requests and admonishes Skillz accordingly.

**IT IS SO ORDERED.**

Dated:  September 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge