UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AVIAGAMES INC.,<br><br>    Defendant. | Case No. 21-cv-02436-BLF (SVK)<br><br>**ORDER FOR EXPEDITED BRIEFING AND SETTING EXPEDITED DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 267, 271 |

The Court has been apprised of the Parties' dispute referred to the undersigned. Dkt. 267, 271. In light of the accelerated discovery schedule and impending trial date set by the Presiding Judge, the Parties may submit separate statements not to exceed five pages each addressing only the referred dispute. The Parties' submissions must be accompanied by a <u>joint summary table</u> as required by the undersigned's standing order. **All submissions must be filed no later than 9 a.m. on September 26, 2023**, and unredacted copies are to be emailed directly to SvKCRD@cand.uscourts.com. The Court will hold an **in-person hearing at 2 p.m. on September 26, 2023**. Counsel appearing at the hearing must have full authority to negotiate and compromise regarding a resolution of the dispute and be prepared to remain at court until the matter is resolved.

    **SO ORDERED.**

Dated: September 25, 2023

                                                            *Susan van Keulen*
                                                             SUSAN VAN KEULEN
                                                             United States Magistrate Judge