1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    SKILLZ PLATFORM INC.,                      Case No.  21-cv-02436-BLF   (SVK)

8            Plaintiff,

9        v.                                     **ORDER RE DISCOVERY DISPUTE RE
                                                PLAINTIFF'S MOTION TO COMPEL
10   AVIAGAMES INC.,                            FURTHER INTERROGATORY
                                                RESPONSES AND DATA TABLES;
11           Defendant.                         ORDER RE DISCOVERY DISPUTE
                                                DEADLINE**

12                                              Re: Dkt. No. 266

13       On August 23, 2023, the presiding District Judge issued an order reopening discovery on

14   limited issues on an expedited schedule.  Dkt. 224.  On September 20, 2023, Plaintiff Skillz

15   Platform Inc. filed a motion to compel Defendant AVIAGAMES Inc. to provide further

16   interrogatory responses and data tables.  Dkt. 266.  The District Judge referred the motion to the

17   undersigned, with instructions to comply with the undersigned's standing order for discovery

18   dispute briefing.  Dkt. 267, 271.  In light of the accelerated schedule for additional discovery and

19   the impending trial date, the undersigned allowed the Parties to submit separate statements

20   regarding the discovery dispute and set the matter for an in-person hearing on September 26, 2023.

21   Dkt. 275; *see also* Dkt. 278-280.  The Court has reviewed the submissions, the relevant law and

22   the litigation history in this action and set forth its orders and its reasoning on the record at the

     hearing.  In summary, the Court **ORDERS** as follows:

23       1. Defendant must conduct a reasonable investigation and supplement its response to

24          Interrogatory No. 26 to identify by name, title and description of involvement

25          (1) all individuals who were involved in the development or implementation of

26          AVIAGAMES' response to user inquiries or complaints about playing against bots[1]

27   _____

28   [1] To streamline discussions at the hearing, the Court defined "Bots" broadly to include any house
     opponent other than a live person in real-time, including but not limited to "historical scores" and

United States District Court
Northern District of California

that limited customer awareness of AVIAGAMES' use of bots, and (2) all individuals who were involved in the development or implementation of a strategy that limited references to bots in AVIAGAMES' source code.

2. Defendant must supplement its response to Interrogatory No. 27 to (1) identify the location (by physical location and IP address) and owner of each server, computer or similar device that runs each portion of the described code for bots that use seeds, and (2) for all other bots (the non-seeded bots), provide excerpts of databases sufficient to show that during the damages period a null or not seeded value only is pulled from the database.

3. Defendant must conduct a reasonable investigation and supplement its response to Interrogatory No. 28 to identify whether, and if so where in AVIAGAMES' production of financial documents, revenues from bot matches is allocated or categorized, including the "ratio of profits made by guides."

4. Plaintiff's request for the production of additional data tables is **DENIED**.

5. Defendant must serve the supplemental interrogatory responses ordered above by **September 28, 2023.**

6. All case deadlines, including the dates for the additional discovery ordered in Dkt. 224, remain in place.  Any relief from such deadlines must be sought from the Presiding Judge, the Honorable Beth Freeman.

7. The Court admonished the Parties on the record as to their respective discovery conduct in light of the impending trial dates.  Any further discovery disputes **must be filed no later than October 3, 2023** and strictly comport with the undersigned's standing order, including the obligation for robust meet and confer efforts in person or by video conducted by counsel with authority to negotiate and compromise before filing of a joint statement.

8. By **October 13, 2023,** Defendant must file an omnibus sealing motion that encompasses all requests to seal associated with the present discovery dispute, including Dkt. 265, 278, and 279.  The omnibus sealing motion must comply with

"historical playthroughs" as identified by AVIAGAMES in Appendix A to its brief at Dkt. 279-1. The Court noted on the record that by use of the term "Bots" as defined at the hearing, neither party was admitting or conceding what is or is not a "Bot" for purposes of the litigation.

United States District Court
Northern District of California

1    the requirements of Civil Local Rule 79-5.  The omnibus proposed sealing order

2    should also be submitted in Word format to SvKCRD@cand.uscourts.gov.  The

3    sealing motions at Dkt. 265, 278, and 279 are **TERMINATED**, and the Court will

4    issue an order addressing the sealing issues after it receives the requested omnibus

5    proposed order.

**SO ORDERED.**

Dated: September 27, 2023

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

3