UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC., <br> Plaintiff, <br> v. <br> AVIAGAMES INC., <br> Defendant. | Case No. 21-cv-02436-BLF (SVK) <br><br> **ORDER FOR IN-CAMERA REVIEW** <br> Re: Dkt. No. 300 |

The Court is in receipt of the Parties' Joint Submission pursuant to which Plaintiff SKILLZ asks the Court to review *in-camera* certain documents for which Defendant AVIAGAMES has claimed privileged. Dkt. 300. The basis for SKILLZ' request is that the crime-fraud exception to privilege may apply. *Id*. Having reviewed the Parties' submission and the relevant case law, the Court finds an adequate basis to warrant review by the Court. *United States v. Zolin*, 491 U.S. 554, 572 (1989). Accordingly, the Court **ORDERS** as follows:

Defendant AVIAGAMES is to make the subject documents identified in the Joint Submission available for the Court's *in-camera* review by emailing the documents, or a link to access the documents, to SvKCRD@cand.uscourts.gov no later than 3 p.m. Pacific. In addition, for the Court's use, AVIAGAMES is to provide an index of the documents by bates number in an Excel spreadsheet, including the general description of each document as it appears in the privilege log.

**SO ORDERED.**

Dated:  October 6, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge