UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC.,<br><br>   Plaintiff,<br><br> v.<br><br>AVIAGAMES INC.,<br><br>   Defendant. | Case No. 21-cv-02436-BLF (SVK)<br><br>**FURTHER ORDER IN RE IN-CAMERA REVIEW**<br><br>Re: Dkt. No. 300 |

On October 6, 2023, this Court ordered production of documents for *in-camera* review. Dkt. 325. To assist the Court in its evaluation of the documents, the Court further **ORDERS** as follows:

- By close of business today, Plaintiff SKILLZ is to file, as a single submission, the AVIAGAMES documents SKILLZ references in the Joint Submission re In-Camera Review (Dkt. 300), in particular the relevant opinion letters and customer complaints.
- The submission should contain complete documents with the language SKILLZ relies upon highlighted.
- A courtesy copy of the filed submission should be emailed to SvKCRD@cand.uscourts.gov by close of business today.
- If any documents included in the submission were produced under the protective order, the Court further ORDERS that the submission may be filed UNDER SEAL.

**SO ORDERED.**

Dated: October 10, 2023

                           SUSAN VAN KEULEN
                           United States Magistrate Judge