# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., <br> Plaintiff, <br> v. <br> AVIAGAMES INC., <br> Defendant. | Case No. 21-cv-02436-BLF <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The parties have advised the Court that they would be amenable to a settlement conference before a magistrate judge. ECF No. 332. The Court hereby REFERS this matter to Judge DeMarchi for a settlement conference. The Parties shall contact Judge DeMarchi's chambers for scheduling.

**IT IS SO ORDERED.**

Dated: October 10, 2023

_____
BETH LABSON FREEMAN
United States District Judge