# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., <br> Plaintiff, <br> v. <br> AVIAGAMES INC., <br> Defendant. | Case No. 21-cv-02436-BLF <br><br> **ORDER DENYING MOTION TO ENFORCE** |

Before the Court is Defendant AviaGames Inc.'s motion to enforce (ECF No. 343) the Court's order regarding depositions and settlement conference (ECF No. 318). The Court hereby DENIES the motion. The purpose of the list of issues was to assist AviaGames in its decision whether to answer a deposition question or to raise an objection, rather than to require Plaintiff Skillz Platform Inc. to justify categories of relevant information. As with all discovery disputes, AviaGames is entitled to pose reasonable objections and Skillz may then decide whether to file a motion to compel further responses.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
BETH LABSON FREEMAN
United States District Judge