UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILLZ PLATFORM INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AVIAGAMES INC.,<br><br>　　　　Defendant. | Case No. 21-cv-02436-BLF   (SVK)<br><br>**ORDER RE OCTOBER 24, 2023 HEARING FOLLOWING** *IN-CAMERA* **REVIEW**<br><br>Re: Dkt. Nos. 301, 303 |

The Court has approximately 200 documents under *in-camera* review and has set an in-person hearing on October 24, 2023, regarding the status of these documents. The Court is not prepared to issue tentative rulings, however to facilitate the Parties' preparations for the hearing, the Court has the following remarks.

1. For the documents listed below, the Court will hear from AVIAGAMES as to its basis for asserting privilege[1]:

PrivLog_0400*
PrivLog_0401*
PrivLog_0403*
PrivLog_0404*
PrivLog_0405*
PrivLog_0406*
PrivLog_0407*
PrivLog_0408*
PrivLog_0409
PrivLog_0410
PrivLog_0411
PrivLog_0412
PrivLog_0413
PrivLog_0414
PrivLog_0415

---

[1] An asterisk (*) following the PrivLog number indicates that the document is on both this list and the list under Topic 2 below.

PrivLog_0416
PrivLog_0417
PrivLog_0418
PrivLog_0430*
PrivLog_0431*
PrivLog_0446*
PrivLog_0447*
PrivLog_0462
PrivLog_0557
PrivLog_0558

2. For the documents listed below, the Court will hear from AVIAGAMES as to why the crime/fraud exception to privilege should not apply. The Court will also hear from SKILLZ as appropriate.

PrivLog_0400
PrivLog_0401
PrivLog_0403
PrivLog_0404
PrivLog_0405
PrivLog_0406
PrivLog_0407
PrivLog_0408
PrivLog_0419
PrivLog_0420
PrivLog_0421
PrivLog_0422
PrivLog_0423
PrivLog_0424
PrivLog_0426
PrivLog_0430
PrivLog_0431
PrivLog_0432
PrivLog_0433
PrivLog_0434
PrivLog_0435
PrivLog_0436
PrivLog_0437
PrivLog_0438
PrivLog_0439
PrivLog_0440
PrivLog_0442
PrivLog_0443
PrivLog_0444
PrivLog_0445
PrivLog_0446

PrivLog_0447
PrivLog_0448
PrivLog_0449
PrivLog_0450
PrivLog_0456
PrivLog_0457
PrivLog_0458
PrivLog_0459
PrivLog_0460
PrivLog_0461
PrivLog_0463
PrivLog_0464
PrivLog_0465
PrivLog_0466
PrivLog_0467
PrivLog_0468
PrivLog_0469
PrivLog_0470
PrivLog_0471
PrivLog_0472
PrivLog_0473
PrivLog_0474
PrivLog_0475
PrivLog_0476
PrivLog_0477
PrivLog_0482
PrivLog_0483
PrivLog_0484
PrivLog_0485
PrivLog_0486
PrivLog_0487
PrivLog_0488
PrivLog_0489
PrivLog_0490
PrivLog_0491
PrivLog_0493
PrivLog_0500
PrivLog_0508
PrivLog_0509
PrivLog_0510
PrivLog_0513
PrivLog_0514
PrivLog_0515
PrivLog_0516
PrivLog_0789
PrivLog_0790

PrivLog_0791
PrivLog_0792
PrivLog_0793
PrivLog_0794
PrivLog_0795
PrivLog_0796
PrivLog_0797
PrivLog_0798
PrivLog_0802
PrivLog_0803

3. Should the Court order production of any document that refers to an attachment, the attachment shall be produced with the document.

4. Finally, the Court anticipates that some portions of the proceedings relating to topics 1 & 2 above may be conducted under seal and outside the presence of counsel for SKILLZ.

**SO ORDERED.**

Dated: October 16, 2023

SUSAN VAN KEULEN
United States Magistrate Judge