| | |
|---|---|
| JENNIFER TAYLOR STEWART (SBN 298798)<br>jstewart@kslaw.com<br>**KING & SPALDING LLP**<br>50 California St., Suite 3300<br>San Francisco, CA 94111<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | LAZAR POL RAYNAL (*Pro Hac Vice*)<br>lraynal@kslaw.com<br>**KING & SPALDING LLP**<br>110 N Wacker Dr., Ste. 3800<br>Chicago, IL 60606<br>Telephone: (312) 995-6333<br>Facsimile: (312) 995-6330 |
| CHRISTOPHER C. CAMPBELL (*Pro Hac Vice*)<br>ccampbell@kslaw.com<br>YUSHAN LUO (SBN 329770)<br>yluo@kslaw.com<br>**KING & SPALDING LLP**<br>1700 Pennsylvania Ave. NW Ste. 200<br>Washington, DC 20006<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-7411 | BRITTON F. DAVIS *(Pro Hac Vice)*<br>bdavis@kslaw.com<br>BRIAN J. EUTERMOSER (*Pro Hac Vice*)<br>beutermoser@kslaw.com<br>ROY FALIK *(Pro Hac Vice*)<br>rfalik@kslaw.com<br>ANGELA C. TARASI (*Pro Hac Vice*)<br>atarasi@kslaw.com<br>**KING & SPALDING LLP**<br>1401 Lawrence St. Ste 1900<br>Denver, CO 80202<br>Telephone: (720) 535-2300<br>Facsimile: (720) 535-2400 |
| MATTHEW DAVID WOOD (*Pro Hac Vice*)<br>mwood@kslaw.com<br>**KING & SPALDING LLP**<br>500 W 2nd St.<br>Austin, TX 78701<br>Telephone (512) 457-2000 | JESSICA BENVENISTY (*Pro Hac Vice*)<br>jbenvenisty@kslaw.com<br>RAHUL SARKAR (*Pro Hac Vice*)<br>rsarkar@kslaw.com<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Telephone: (212) 556-2100 |

*Attorneys for Plaintiff*
SKILLZ PLATFORM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SKILLZ PLATFORM INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVIAGAMES INC.,<br><br>Defendant. | Case No. 5:21-cv-02436-BLF<br><br>**[PROPOSED] ORDER RE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Before the Court is Plaintiff Skillz Platform Inc.'s ("Skillz") Motion for Leave to File Second Amended Complaint (the "Motion"). Having considered the Motion, the Motion is **GRANTED**. Skillz has leave to file its Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: October _____, 2023

_____
The Honorable Beth Labson Freeman
United States Judge