# SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT (CLEAN)
# [FILED UNDER SEAL]