# SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT (REDLINED)
# [FILED UNDER SEAL]