Andrew Lin (*pro hac vice*)
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone: (214) 559-2700
Fax: (214) 559-4390

*Attorney for Defendant AviaGames, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., <br><br> Plaintiffs, <br><br> v. <br><br> AVIAGAMES, INC., <br><br> Defendant. | Case No. 5:21-cv-02436-BLF <br><br> **NOTICE OF CHANGE IN COUNSEL** |

1  TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES
2  AND THEIR COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE THAT pursuant to Local Rule 5-1(c)(2)(C), Platt Richmond
4  PLLC and its attorney Andrew Lin withdraw as counsel of record for Defendant AviaGames Inc.
5  in the above-captioned action. Defendant will continue to be represented by Keker, Van Nest &
6  Peters LLP, Jones Day LLP, and Perkins Coie LLP as counsel of record in this action.

Dated: November 8, 2023

By: */s/ Andrew Lin*

Andrew Lin (*pro hac vice*)
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone: (214) 559-2700
Fax: (214) 559-4390