United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., <br> Plaintiff, <br> v. <br> AVIAGAMES INC., <br> Defendant. | Case No. 21-cv-02436-BLF <br><br> **ORDER DIRECTING PARTIES TO SUBMIT JOINT REQUEST FOR ANY PROPOSED REDACTIONS TO ORDER CONTINUING TRIAL** |

On November 16, 2023, the Court issued an order on the Defendant AviaGames Inc.'s motion to continue or bifurcate the trial. ECF No. 501. The order was filed provisionally under seal because it may refer to sealed material or material subject to a pending request to seal.

The parties SHALL submit a joint request for any proposed redactions to the order before it is filed on the public docket, or a statement that no redactions are requested, by November 22, 2023. If the parties request redactions, they shall submit a proposed redacted version of the order with their joint request.

**IT IS SO ORDERED.**

Dated: November 16, 2023

_____
BETH LABSON FREEMAN
United States District Judge