

# U.S. District Court

### California Northern - San Jose

Receipt Date: Nov 17, 2023 10:23AM

Silicon Valley Bank
3003 Tasman
Santa Clara, Ca. 95054

Rcpt. No: 511019091          Trans. Date: Nov 17, 2023 10:23AM          Cashier ID: #CH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DCAN521CV002436 Defendant | 1 | 5000000.00 | 5000000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #223258 | 11/17/2023 | | $5,000,000.00 |
| | | | Total Due Prior to Payment: | | $5,000,000.00 |
| | | | Total Tendered: | | $5,000,000.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Defendant AviaGames Inc. - C21-02436 BLF

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.