Chao "Wendy" Wang, Bar No. 289325
WWang@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4315
Facsimile: 650.838.4350

Miguel J. Bombach, Bar No. 274287
MBombach@perkinscoie.com
Abigail A. Gardner Bar No. 334598
AGardner@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

*Attorneys for Defendant AviaGames Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVIAGAMES INC., a Delaware corporation,<br><br>Defendant. | Case No.: 5:21-cv-02436-BLF (SVK)<br><br>**SUPPLEMENTAL DECLARATION OF PENG ZHANG** |

I, Peng Zhang, declare as follows:

1. I am over 18 years old, and I am competent to make this declaration based upon my personal knowledge of the matters contained herein. If called upon to testify, I could competently do so.

2. I currently am and have been VP of Technology at AviaGames, Inc., since August 2018. I have written or supervised most of AviaGames' current source code in my role as VP of Technology.

3. On August 19, 2023, I submitted a previous declaration in support of AviaGames' Opposition to Plaintiff Skillz Platform Inc.'s Emergency Motion to Reopen Discovery and for Sanctions.

4. I understand that, on November 13, 2023, the Court issued an "Order Granting In Part and Denying In Part Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge." I also understand that, in its Order, the Court viewed "bots" to mean "non-human, non-real-time players." Order at 1:24.

5. I did not use that definition of "bots" in my August 19, 2023 declaration. My view of a "bot" in mobile games, which I used for my previous declaration, is an AI algorithm that interacts with its opponent or the game and makes decisions based on its opponent's moves or the game's circumstances. This would include, for instance, an AI algorithm that plays chess with a human or an AI algorithm that plays solitaire with a shuffled deck of cards based on the rules of that game.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2023 in Beijing, China.

*Peng Zhang*
Peng Zhang