# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SKILLZ PLATFORM INC., <br> Plaintiff, <br> v. <br> AVIAGAMES INC., <br> Defendant. | Case No. 21-cv-02436-BLF <br><br> **ORDER ADMONISHING PLAINTIFF REGARDING COMPLIANCE WITH STANDING ORDERS** <br><br> [Re: ECF No. 640] |

Plaintiff has submitted a trial brief that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The Court will accept the nonconforming filing and DIRECTS Plaintiff to comply with the Court's standing order for all future filings.

Dated: February 20, 2024

_____
BETH LABSON FREEMAN
United States District Judge