# L**I**ONBRIDGE

STATE OF NEW YORK    )
                                        )
                                        )    ss
COUNTY OF NEW YORK   )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached excerpts of a message log.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14th day of August , 20 23 .

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2027

**PTX 69A.1**

```
[
{
        "msg_id": "om_cbd9281487ec8ee8ad84a642468eeef1",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 00:11:53 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "https://aviagames.feishu.cn/docs/doccnY9iy2mIUBGQUkES6ojOllc"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_1efc7fbe74507653dbc8dbbb38c8face",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:39:52 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "就用那个用研工作规划与所需支持群吧"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-80d3-b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_21b44a7578ff5cbab6b00c75a8aa40c0",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:39:58 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "把HR同事去掉就行了"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-80d3-b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_b5cb28229422b4db57fe5ce9aaafa733",
```

```
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:40:08 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "其他制作人，发行的人都在"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_b0ad1506fb79a1f196e1ebe4cf88a106",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:40:35 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "用研的周会参会人员？"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_99b0510105d83075216eb81e62f13dc1",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:40:46 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "讨论"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_c4d3d98b7d8cd5ddfa3ef1fd37f61c0e",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:41:00 +0000 UTC",
        "message_type": "TEXT",
```

```
            "text_content": {
                    "text": "周会还是不用太多人，可以把为舟加上？"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_15d40b125f3025e06df4b93a7f8bb7fb",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:41:12 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "懂，好，周会加上口舟"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_df07e43d64f6a7095efef04cb5f56367",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:41:21 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "还有高斌把"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            },
            "message_reaction": {
                    "OK": {
                            "reaction_type": "OK",
                            "reaction_count": 1,
                            "reaction_info": [
                                    {
                                            "user_id": "e3ab85c3",
                                            "create_time": "2022-07-04 03:41:35 +0000 UTC",
                                            "name": "Jamie",
```

```
                                    "email": "jamie@aviagames.com",
                                    "avatar_url": "https://s3-imfile.feishucdn.com/static-
resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp"
                                }
                            ]
                        }
                    }
                },
                {
                    "msg_id": "om_e0dacdf8508576c69d6e8a4ec967496c",
                    "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                    "create_time": "2022-07-04 03:41:45 +0000 UTC",
                    "message_type": "TEXT",
                    "text_content": {
                        "text": "[赞]"
                    },
                    "sender_info": {
                        "name": "Vickie Chen",
                        "email": "vickie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "f64c143f"
                    }
                },
                {
                    "msg_id": "om_4bf99cf247dfa52e7355232cc30014bb",
                    "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                    "create_time": "2022-07-04 03:41:53 +0000 UTC",
                    "message_type": "TEXT",
                    "text_content": {
                        "text": "现在seven那里怎么样"
                    },
                    "sender_info": {
                        "name": "Vickie Chen",
                        "email": "vickie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "f64c143f"
                    }
                },
                {
                    "msg_id": "om_324743d6bc6a6c3e3f5d261fcb3d2a55",
                    "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                    "create_time": "2022-07-04 03:42:50 +0000 UTC",
                    "message_type": "TEXT",
                    "text_content": {
                        "text": "状态挺好的，进展一切正常，后端上周也正式入职了；  可以开始接入中台了，但
我们没Ready，计划是7月20日开始接入"
                    },
                    "sender_info": {
```

**PTX 69A.5**

```
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_b31d95854dc4b362ac7fdfc9ec835902",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:43:12 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "如果顺利，产品9月初可以上线测试"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_3af2f5f447e2960d61add269c09e924f",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:43:58 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "呃，要9月才能开测啊"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_851f4560cc15e026e380aa1ca6912417",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:44:03 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "有些太晚了"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
```

```
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_c538858703e861d3974954dfd8e8159b",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:44:13 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "后端入职得比较晚"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_7f8e7060c73dee5c699771fe8d2e013d",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:44:15 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "另外，还用得着肯宇吗？"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_3af43ec5881d2dcb9e2e718542080149",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:44:21 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "对接中台、测试这些"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
```

```
            }
    },
    {
            "msg_id": "om_1cae813f01928d6346de1114f1609803",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:44:51 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "需要，对接时更加需要了，我也最好在中间协调一下"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_2248cb349accda499847552839588204",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:47:07 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "haode"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-80d3-b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_979187889bd23aecebce958789e880d3",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:47:47 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "我在想如果不需要他就不要他了"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-80d3-b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
```

```
        "msg_id": "om_a62e9503984f398ea3729e9b34bc87d7",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:47:54 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "不过他这几个月应该可以，孩子放暑假"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_1814e542bc5795a41d93512bf0cf3d4c",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:48:55 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "嗯，最好是等产品上线后一口月吧"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_a5945cd72a83df95716f6c9dd5794a17",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:49:19 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Seven这个竞技娱乐化思路，我觉得对留存会很有帮助的；"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_94d9f11fcbccfabb201cd582475f5796",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 03:50:01 +0000 UTC",
        "message_type": "TEXT",
```

**PTX 69A.9**

            "text_content": {
                    "text": "能回答今天早上说的，输钱为什么一直在玩； 就是好玩和沉浸"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_c805331534e209cfd0b958a600812a49",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:50:34 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "是一种消费行为，像Slots"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_947ea1cb98b46e521105a29f4cf8b693",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "parent_msg_id": "om_a5945cd72a83df95716f6c9dd5794a17",
            "create_time": "2022-07-04 03:55:38 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "怎么说？ 竞技娱乐化"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-80d3-b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_37b16748a127a12fb6a1d741fd918829",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 03:59:41 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "平台与游戏的一体化设计，多关卡与匹配融合，多主题(Slots是多机台)，游戏内容与外围系统有深度关联"

PTX 69A.10

```
                },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_47512b2a831f803e51be79c78986924e",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 04:45:38 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "发行是不是需要开始参与和准备zuma 发行了？"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_a8f74fc288a71912fb156cb6016c6ddc",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 04:47:00 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "是，现在起名字已经让发行开始参与了"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_862c6f89391d9c1edd10c98e8327e576",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 05:00:24 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "让发行早点儿参与，了解项目和进行准备，跟seven那儿也能尽快默契起来"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
```

```
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
            },
            "message_reaction": {
                "OK": {
                    "reaction_type": "OK",
                    "reaction_count": 1,
                    "reaction_info": [
                        {
                            "user_id": "e3ab85c3",
                            "create_time": "2022-07-04 05:36:39 +0000 UTC",
                            "name": "Jamie",
                            "email": "jamie@aviagames.com",
                            "avatar_url": "https://s3-imfile.feishucdn.com/static-
resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp"
                        }
                    ]
                }
            }
        },
        {
            "msg_id": "om_fa41ad4433cdf29afd29211fd623e4d5",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "parent_msg_id": "om_37b16748a127a12fb6a1d741fd918829",
            "create_time": "2022-07-04 05:01:08 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                "text": "这个目前的P7和MTP没法做吗"
            },
            "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
            }
        },
        {
            "msg_id": "om_f0cc0ef3acafdd722f0ca94409c730ac",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-04 05:38:05 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                "text": "这样会偏单品思路； 我理解P7和MTP现在是在做平台化策略； 像Seven的项目和
同步桌球项目，其实偏单品爆款策略"
            },
            "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
```

**PTX 69A.12**

                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_7648eb4069249cdbfa9952228dee7cc2",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 05:38:26 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "这样也挺好的，两条腿走路；"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_5d62fd1ef9049b37bdec1ed16f755828",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 05:57:44 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "成 先各自看效果吧"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_e9bd9ff60459a3cc73400696cd1d5b0f",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 06:00:29 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "seven的项目9月才能测有点儿慢"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",

**PTX 69A.13**

```
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_259488de1fd919c0877915fd3bb8ab97",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 06:00:37 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "这个看看还有没有可能加快"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_e7d4186f236e307b3a6f3e14bc5736d5",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 06:10:34 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "已经很很很紧了，后端上周在入职，两个月要做完：接入中台、引导员、档位、匹
配、结算、基本运营活动框架"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_8c7b2506142c9396950f2c8e0c4931ac",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-04 06:12:04 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "也就是他之前做过，不然我都觉得这个时间不可能"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
```

**PTX 69A.14**

```
{
        "msg_id": "om_9bbf93edf8291c737200ebd0ce384b6a",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 00:38:21 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "https://aviagames.feishu.cn/wiki/wikcnqC58oYvbWP28RZZgI1GCsb"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_18b8b18cb359310bea35c845bcb055f6",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 00:38:24 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Who did this?"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_138b106ca54810a9d6061e15f21f0d4e",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 00:57:05 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Xun Tao, he did it and gave it to the newcomers in P7 to introduce it"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_8e103710cb6119a77b382ec8cd33e43d",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
```

          "create_time": "2022-07-05 07:36:30 +0000 UTC",
          "message_type": "TEXT",
          "text_content": {
                 "text":  "There is also a guide here"
          },
          "sender_info": {
                 "name": "Vickie Chen",
                 "email": "vickie@aviagames.com",
                 "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                 "user_id": "f64c143f"
          }
    },
    {
          "msg_id": "om_7203d0317be0f0f31c9618b9ba56eebd",
          "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
          "create_time": "2022-07-05 07:38:08 +0000 UTC",
          "message_type": "TEXT",
          "text_content": {
                 "text": "The monetary system has also put down a ratio" }
          ,
          "sender_info": {
                 "name": "Vickie Chen",
                 "email": "vickie@aviagames.com",
                 "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                 "user_id": "f64c143f"
          }
    },
    {
          "msg_id": "om_5419ed0c5d84df0f5ff62a4083377333",
          "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
          "message_type": "TEXT",07-05 07:38:35 +0000 UTC",
                 "text": "In addition to the link I sent, there is the
customer service part inside"},
          "sender_info": {
                 "name": "Vickie Chen",
                 "email": "vickie@aviagames.com",
                 "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                 "user_id": "f64c143f"
          }
    },
    {
          "msg_id": "om_56b6344b86be972b0c06796459c4e6ba",
          "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
          "create_time": "2022-07-05 07:39:49 +0000 UTC",
          "message_type": "TEXT",

**PTX 69A.16**

```
            "text_content": {
                    "text": "Take a look at the customer service one"},
            "sender_info": {

                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_6372ff0f400781d58239f98390eee567",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-05 07:40:03 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "Cannot arbitrarily provide this kind of materials"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_ea073538f3c649349eea6aef7b563ed7",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-05 07:40:37 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "Eh, I told him at the time that he must first give it to me to confirm before giving it to HR"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_c6c3aa8f73f1a904e6ef7e44d14f330b",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-05 07:40:55 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "And not sure how it was just sent over"
            },
    },
```

**PTX 69A.17**

```
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_b3734bfff562b63e4b6ba1c262c9f8a0",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-05 07:41:00 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "I will reach out to them"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_9e229aec79a5ba85adad38c6bdcb3f46",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-05 07:42:04 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "There are also this withdrawal process and rule"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            },
            "message_reaction": {
                    "OK": {
                            "reaction_type": "OK",
                            "reaction_count": 1,
                            "reaction_info": [
                                    {
                                            "user_id": "e3ab85c3",
                                            "create_time": "2022-07-05 07:45:17 +0000 UTC",
                                            "name": "Jamie",
                                            "email": "jamie@aviagames.com",
                                            "avatar_url": "https://s3-imfile.feishucdn.com/static-
resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
```

```
mat=.webp"
                                }
                        ]
                }
        }
},
{
        "msg_id": "om_e2e96e81d4fe631198ef4e16fb2cc6f2",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758","
        create_time": "2022-07-05 07:42:25 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Cannot just give it out even if the other departments want it, not just HR"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_babd9e9ddb86bd0d585e4833aa214a6a",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 07:42:42 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Also checked by the department head"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_d0491c680095c6e4eb53792886b6584c",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 07:44:22 +0000 UTC",
        "message_type": "IMAGE",
        "image_content": {
                "source_key": "img_v2_57d7a3e5-80c9-4e36-a6ab-e48c04b56d4g",
                "attachment_id":
"aW1nX3YyXzU3ZDdhM2U1LTgwYzktNGU2Ni1hNmFiLWU0OGMwNGI1NmQ0Z0Bb5Zu-
54mHXUA3MjI1OTAxOTczMzc0NzMwMjQxQxQDY5ODIzNjAxOTk2NzU3NzI5MzE="
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
```

**PTX 69A.19**

                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_f53483d561d18e8fad4dfdbbc83b68f2",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 07:44:36 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Where is customer service's?"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_ee27ee2b1498b9371ab3e157ea0a23ee",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758","
        create_time": "2022-07-05 07:44:51 +0000 UTC",
        "message_type": "TEXT",
        "text": "[The message has been recalled, unable to view the content]",
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_808a81f3e39967ce037498fb505945ad",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 07:52:10 +0000 UTC",
        "message_type": "IMAGE",
        "image_content": {
                "source_key": "img_v2_023c02a9-1259-418d-9d2f-11dccb303feg",
                "attachment_id":
"aW1nX3YyXzAyM2MwMmE5LTEyNTktNDE4ZC05ZDJmLTExZGNjYjMwM2ZlZ0Bb5Zu-
54mHXUA3MjI1OTAxOTczMzc0NzMwMjQxQxQDY5ODIzNjAxOTk2NzU3NzI5MzE="
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"

```
                }
        },
        {
                "msg_id": "om_01bf388064f06b9ec566db7d717cf8f6",
                "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                "create_time": "2022-07-05 07:52:12 +0000 UTC",
                "message_type": "TEXT",
                "text_content": {
                        "text": "So strange"
                },
                "sender_info": {
                        "name": "Jamie",
                        "email": "jamie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "e3ab85c3"
                }
        },
        {
                "msg_id": "om_67dc16f108666cae55ec8078f96c44a8",
                "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                "create_time": "2022-07-05 07:52:23 +0000 UTC",
                "message_type": "TEXT",
                "text_content": {
                        "text": "Customer service never gave it to HR"
                },
                "sender_info": {
                        "name": "Jamie",
                        "email": "jamie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "e3ab85c3"
                }
        },
        {
                "msg_id": "om_50f0f93d39f6f3a49f06f11b95d380de",
                "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                "create_time": "2022-07-05 07:52:29 +0000 UTC",
                "message_type": "TEXT",
                "text_content": {
                        "text": "They know they have to give it to me first to review"
                },
                "sender_info": {
                        "name": "Jamie",
                        "email": "jamie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "e3ab85c3"
                }
        },
        {
                "msg_id": "om_343346ad6b081d0483be181f44d69a58",
                "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
```

```
        "create_time": "2022-07-05 14:13:26 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "There is a customer service one"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_d21aae152daacd4f6d60a4a787ad1623",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 14:13:37 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Gave it to me at the time, I said no good"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_5b7ed86cbcf9b8f1b16f8f830fb97810",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 14:13:53 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Zhang Ran probably did not put it here"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_afb141d8a22844eb7e4cfcc73520b95b",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 14:14:10 +0000 UTC",
        "message_type": "TEXT",
```

```
        "text_content": {
                "text": "He said it was given by customer service"
                },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_e888e3c296d623bac85e2266dbc3e4b3",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 14:14:24 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "There are a lot of regulatory contents in there"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_ac21d0f3535ce10fc465fbe7757b82e2",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-05 14:18:03 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Understood"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_864e115455769b4106e97b701e57fe22",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:11:18 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "https://aviagames.feishu.cn/docx/doxcnLaPLh45JEAiNAyZtKfe4ue"
        },
```

```
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_0f829b374c54d59717b5c422a04c38e9",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:11:26 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "What I said that has already been removed is this"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_4e6adc44cb782e1a524373ebe76275d8",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:12:21 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Received"
        },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_2c2bff9235d689d56e34421f1555ca22",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:12:31 +0000 UTC",
        "message_type": "IMAGE",
        "image_content": {
                "source_key": "img_v2_c3d25c87-5e8a-4e09-90f2-158e80f02d1g",
                "attachment_id":
"aW1nX3YyX2MzZDI1Yzg3LTVlOGEtNGUwOS05MGYyLTE1OGU4MGYwMmQxZ0Bb5Zu-
54mHXUA3MjI1OTAxOTczMzc0NzMwMjQxQDY5ODIzNjAxOTk3NzU3NzI5Nzl5MzE="
        },
```

```
                "sender_info": {
                        "name": "Vickie Chen",
                        "email": "vickie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "f64c143f"
                }
        },
        {
                "msg_id": "om_b88885f72ad1a4c579afc3bb2e9d818d","
                chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                "create_time": "2022-07-06 03:12:54 +0000 UTC",
                "message_type": "TEXT",
                "text_content": {
                        "text": "How can we prevent this matter, think about it"
                },
                "sender_info": {
                        "name": "Vickie Chen",
                        "email": "vickie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "f64c143f"
                }
        },
        {
                "msg_id": "om_dfa725eeffcd923a0a73ae890a800202",
                "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                "create_time": "2022-07-06 03:13:02 +0000 UTC",
                "message_type": "TEXT",
                "text_content": {
                        "text": "Maybe other departments will have similar ones"
                },
                "sender_info": {
                        "name": "Vickie Chen",
                        "email": "vickie@aviagames.com",
                        "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                        "user_id": "f64c143f"
                }
        },
        {
                "msg_id": "om_e056aa158fb0c6cecbce8148de866e11",
                "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
                "create_time": "2022-07-06 03:19:22 +0000 UTC",
                "message_type": "TEXT",
                "text_content": {
                        "text": "好"
                },
                "sender_info": {
                        "name": "Jamie",
```

                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_0a654ac50addf7676e2b31cc37aaef82",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 03:22:13 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "These are the game rules organized by the Guangzhou Gaming side to be used by customer
service; Zheng Ran reached out to customer service to have it when he first started in his position. At the time, it was relatively
early and it was not emphasized to him to keep it confidential and to give it to me for review"
            }
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_71752b68c14f47e50510b7bf4f1430eb",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 03:22:46 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "This doesn't work"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_d7efadff8b05b7dc05ec3548e0697377",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "message_type": "TEXT",   "create_time": "2022-07-06 03:22:51 +0000 UTC",
                    "text": "This type does not need to be emphasized"
            },
            "sender_info": {

                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-

**PTX 69A.26**

b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_113427a6a3977c86ba986bfdcebba46b",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 03:23:05 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "The sharing of all documents has been confirmed by you first"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_ee8d34bb70d8da6a68c009fbdf6d11f1",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 03:23:23 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "Otherwise, it may be spread within the entire industry"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_5442c205fdff196d343e49a47779f38c",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 03:23:26 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "Who will be responsible for the consequences"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",

```
                    "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_a5d73575a5999857fb1f68bb7ef8b3f1",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:47:36 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "The company's awareness of this aspect is relatively weak. On the other hand, its awareness of sharing
        },          is too strong [covers face]"
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_4f1f8f69ab50d28ae71056fbc63aaacd",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:48:11 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "I think the rules must be defined first, and then emphasize to Leader, responsibility and monitoring must
        },          be matched"
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_fe908fe86bb39826f00eb53dcacddf0a",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 03:51:11 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "'Let's work together on this, three VP[s], [respectively] sort out the rules and awareness of
        },          subordinates?"
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
        }
},
{
        "msg_id": "om_95805b25999d0ff8caf7cf48eb6bb046",
```

```
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "parent_msg_id": "om_a5d73575a5999857fb1f68bb7ef8b3f1",
            "create_time": "2022-07-06 04:03:45 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "It couldn't be that I would have to recruit a CIO"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_cc63062906458d60705cfa3822d25343",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 04:04:21 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": ""It turns out the CIO is responsible for information confidentiality"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_2aa798e9989682eef9194af13b3a134e",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 04:04:28 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "Including this one"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_aa228669db83431a725f3b7c969a6886",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 04:04:37 +0000 UTC",
```

```
        "message_type": "TEXT",
        "text_content": {
                "text": "The flow of all information and data"
                },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
                }
},
{
        "msg_id": "om_5c3898158057eaec45f7768da8281077",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 04:05:37 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Must have a large Title [covers face]"
                },
        "sender_info": {
                "name": "Jamie",
                "email": "jamie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "e3ab85c3"
                }
},
{
        "msg_id": "om_ddb7b3d476baa19ecc7692fac82733a2",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 04:07:39 +0000 UTC",
        "message_type": "TEXT",
                "text": "The rules must be set"
                },
        "sender_info": {


                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
                }
},
{
        "msg_id": "om_f766bb8d3da3e125cec5feaba439063b",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 04:07:49 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "But it is impossible to wash it without setting it"
```

**PTX 69A.30**

```
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_a3adc9b343bbefda6787fccc5a05659b",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 04:08:08 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Think about it, I told you all about the information confidentiality matter N years ago"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_04d363792cb3e675fddc2acfab2e1a38",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 04:08:15 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "
                                    But how can such a thing still happen now?"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
},
{
        "msg_id": "om_4a52d993b3dcddac816028cc7a4408d3",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-06 04:08:23 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "This is the rules for all games, I'll go"
        },
        "sender_info": {
```

```
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
              }
        },
        {
              "msg_id": "om_24b50904bc4d0bf1b4cb0ca580d1f720",
              "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
              "create_time": "2022-07-06 04:08:31 +0000 UTC",
              "message_type": "TEXT",
              "text_content": {
                    "text": "Gave it to a new person at HR once [he] came on"
              },
              "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
              }
        },
        {
              "msg_id": "om_d7e5de8fb56383c4199e2490cad83f04",
              "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
              "create_time": "2022-07-06 04:08:57 +0000 UTC",
              "message_type": "TEXT",
              "text_content": {
                    "text": "I need to dismiss this HR, there is still a very big concern"
              },
              "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
              }
        },
        {
              "msg_id": "om_
              "text_content": {
                    "text": "
```

Everyone's awareness is still lacking, our company is very poor in confidentiality all-around. It must be rectified"

```
              },
              "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
```

**PTX 69A.32**

                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_96d0ab80105066a91775fe2e5f4bb514",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 04:52:17 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "The customer service side will conduct a review, and conveniently create possible rules and procedures"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_999fea5cde0c48740742f313ef59ab28",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 04:57:10 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "Finish"
            },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "f64c143f"
            }
    },
    {
            "msg_id": "om_8b75492c0794c093f136b4342020b571",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-06 04:57:27 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "
                                    will speak about this in tomorrow's
[review]" },
            "sender_info": {
                    "name": "Vickie Chen",
                    "email": "vickie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",

```
                    "user_id": "f64c143f"
            },
            "message_reaction": {
                    "OK": {
                            "reaction_type": "OK",
                            "reaction_count": 1,
                            "reaction_info": [
                                    {
                                            "user_id": "e3ab85c3",
                                            "create_time": "2022-07-06 05:26:35 +0000 UTC",
                                            "name": "Jamie",
                                            "email": "jamie@aviagames.com",
                                            "avatar_url": "https://s3-imfile.feishucdn.com/static-
resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp"
                                    }
                            ]
                    }
            }
    },
    {
            "msg_id": "om_8be52aef7f70b3ccf9a0dbbe78bdab1c",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-21 10:51:30 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "https://aviagames.feishu.cn/docx/doxcnz1rSsBSVkk0PO9mCnlGMAg"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
    {
            "msg_id": "om_fba1fe50d4853ca1fbc9ab6f8f174938",
            "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
            "create_time": "2022-07-21 10:54:23 +0000 UTC",
            "message_type": "TEXT",
            "text_content": {
                    "text": "这是Weiming说的"打水漂"的Bingo项目的沟通过程梳理，当时梳理这个文档，就是
为了给Weiming看，让他去和对方协商的，你可以了解下"
            },
            "sender_info": {
                    "name": "Jamie",
                    "email": "jamie@aviagames.com",
                    "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/8df10a30-06e5-4159-af3e-
eb63ccf1d61g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                    "user_id": "e3ab85c3"
            }
    },
```

```
{
        "msg_id": "om_96167e1cb4513f642eab7ebe8ec08d92",
        "chat_id": "oc_a3842b6547f129d2af8cc04da7add758",
        "create_time": "2022-07-21 13:49:35 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "我看看"
        },
        "sender_info": {
                "name": "Vickie Chen",
                "email": "vickie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/fd20d50b-d183-482d-
80d3-
b1725c38799g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "f64c143f"
        }
}
]
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v.
AviaGames Inc.

Plaintiff Exh. No.: **PTX 69A**

Date Admitted: 2/9/2024 Skillz's Offer
of Proof to Court

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 69A.36**