1  [Counsel Listed On Signature Page]

2

3

4

5

6

7

8

9

10

11

12

13                                    UNITED STATES DISTRICT COURT

14                                    NORTHERN DISTRICT OF CALIFORNIA

15                                            SAN JOSE DIVISION

16  SKILLZ PLATFORM INC., a Delaware        Case No. 5:21-cv-02436-BLF
    corporation,
17                                          **SKILLZ PLATFORM INC.'S AND**
                    Plaintiff,              **AVIAGAMES INC.'S ADMITTED**
18                                          **TRIAL EXHIBITS**
           v.
19
    AVIAGAMES INC., a Delaware
20  corporation,

21                  Defendant.

22

23

24

25

26

27

28

Pursuant to the Court's instructions and Standing Order Re Civil Jury Trial, Plaintiff Skillz Platform Inc. ("Skillz") and Defendant AviaGames Inc. ("AviaGames") (together, the "Parties") hereby submit their Admitted Trial Exhibits.

Respectfully submitted,

Dated:  February 20, 2024         KING & SPALDING LLP

                                  By:    */s/ Christopher C. Cambpell*
                                         Christopher C. Campbell
                                         *Attorneys for Plaintiff*


Dated:  February 20, 2024         PERKINS COIE LLP

                                  By:    */s/ Nathaniel B. Sabri*
                                         Nathaniel B. Sabri
                                         *Attorneys for Defendant*


JENNIFER TAYLOR STEWART (SBN 298798)
jstewart@kslaw.com
**KING & SPALDING LLP**
50 California St., Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

CHRISTOPHER C. CAMPBELL (*Pro Hac Vice*)
ccampbell@kslaw.com
YUSHAN LUO (SBN 329770)
yluo@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Ave. NW Ste. 200
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-7411

LAZAR POL RAYNAL (*Pro Hac Vice*)
lraynal@kslaw.com
MICHAEL A. LOMBARDO (SBN 311365)
mlombardo@kslaw.com
**KING & SPALDING LLP**
110 N Wacker Dr., Ste. 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330

BRITTON F. DAVIS (*Pro Hac Vice*)
bdavis@kslaw.com
BRIAN EUTERMOSER (*Pro Hac Vice*)
beutermoser@kslaw.com
ROY FALIK (*Pro Hac Vice*)
rfalik@kslaw.com
ANGELA C. TARASI (*Pro Hac Vice*)
atarasi@kslaw.com

**KING & SPALDING LLP**
1401 Lawrence St. Ste 1900
Denver, CO 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400

MATTHEW DAVID WOOD (*Pro Hac Vice*)
mwood@kslaw.com
**KING & SPALDING LLP**
500 W 2nd St.

JESSICA BENVENISTY (*Pro Hac Vice*)
jbenvenisty@kslaw.com
RAHUL SARKAR (*Pro Hac Vice*)
rsarkar@kslaw.com

| | | |
|---|---|---|
| 1 | Austin, TX 78701 | **KING & SPALDING LLP** |
| 2 | Telephone (512) 457-2000 | 1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036 |
| 3 | | Telephone: (212) 556-2100 |
| 4 | *Attorneys for Plaintiff*<br>SKILLZ PLATFORM, INC. | |
| 5 | Chao "Wendy" Wang, Bar No. 289325 | Nathaniel B. Sabri, Bar No. 252216 |
| 6 | WWang@perkinscoie.com<br>**PERKINS COIE LLP** | nsabri@perkinscoie.com<br>**PERKINS COIE LLP** |
| 7 | 3150 Porter Drive<br>Palo Alto, California 94304-1212 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 8 | Tel: 650.838.4300 / Fax: 650.838.4350 | Tel: 415.344-7000 / Fax: 415.344.7050 |
| 9 | Miguel J. Bombach, Bar No. 274287<br>MBombach@perkinscoie.com | Ajay Krishnan, Bar No. 222476<br>Akrishnan@keker.com |
| 10 | Abigail A. Gardner, Bar No. 334598<br>AGardner@perkinscoie.com | **KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street |
| 11 | **PERKINS COIE LLP**<br>11452 El Camino Real, Suite 300 | San Francisco, CA 94111-1809<br>Tel: (415) 676-2267 |
| 12 | San Diego, CA 92130-2080<br>Telephone: (858) 720-5700 | Fax: (415) 397-7188 |
| 13 | Facsimile: (858) 720-5799 | Elliot Peters, Bar No. 158708 |
| 14 | Jerry A. Riedinger, (Pro Hac Vice)<br>JRiedinger@perkinscoie.com | Epeters@keker.com<br>**KEKER, VAN NEST & PETERS LLP** |
| 15 | Judith B. Jennison, Bar No. 165929<br>JJennison@perkinscoie.com | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 16 | **PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900 | Tel: (415) 676-2273<br>Fax: (415) 397-7188 |
| 17 | Seattle, WA 98101-3099<br>Tel: (203) 359-8000 / Fax: (203) 359-9000 | |
| 18 | W. Matthew Pierce (pro hac vice) | |
| 19 | WPierce@perkinscoie.com<br>**PERKINS COIE LLP** | |
| 20 | 1900 16th Street, Ste. 1400<br>Denver, CO 80202 | |
| 21 | Tel: (303) 291-2300 / Fax: (303) 291-2400 | |
| 22 | Dakota Paul Kanetzky (pro hac vice)<br>DKanetzky@perkinscoie.com | |
| 23 | **PERKINS COIE LLP**<br>405 Colorado Street, Ste 1700 | |
| 24 | Austin, TX 78701<br>Tel: (737) 256-6115 / Fax: (737) 256-6300 | |
| 25 | *Attorneys for Defendant* | |
| 26 | AVIAGAMES INC. | |
| 27 | | |
| 28 | | |

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Christopher Campbell, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 20, 2024                KING & SPALDING LLP

                                        By:    */s/ Christopher C. Campbell*
                                               Christopher C. Campbell

                                        *Attorneys for Plaintiff*