| | |
|---|---|
| **From:** | Steve Brancale[sbrancale@skillz.com] |
| **Sent:** | Wed 7/20/2016 8:20:02 AM (UTC-07:00) |
| **To:** | Ping Wang[ping@aviagames.com] |
| **Cc:** | Gautam Shah[gshah@skillz.com]; Vickie Chen[vickie@aviagames.com]; Victoria Lin[victoria@aviagames.com] |
| **Subject:** | Re: Aviagames - thank you and follow up |
| **Attachment:** | Skillz Developer Terms of Service 2016-06-28.docx |
| **Attachment:** | SKILLZ OVERVIEW DECK.pdf |

Hey Ping,
It was great meeting you yesterday, glad we got to connect at the show and at our happy hour.
I've attached an overview deck (which includes case studies) for you here, as well as our
standard TOS, that we'll need you to sign so we can start working together.

Please let me know what questions come up and how I can help move things along. Have a great
trip to China, looking forward to reconnecting when you're back!

Steve


------------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin
# SKILL**Z**
Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

On Tue, Jul 19, 2016 at 9:15 PM, Ping Wang <ping@aviagames.com> wrote:

Hi Steve and Gautam,
It was meeting you today, and thanks again for the demo!

Like I mentioned, we are seriously considering working with Skillz for our own products and
potentially other developers in China. Could you send us a product deck about your company
and current case studies? It'll be very helpful for us to pitch the developers during Chinajoy
in the next two weeks.

We'll have an internal discussion as well, and will get back to you soon.


Best,
**Ping Wang**
Co-Founder & VP of Marketing
Mobile: **(408) 242-2468**
Skype: maru.wang

*STANDARD FORM*
*REV 06.28.2016*

**Skillz Inc.**
**Terms of Service**

This Monetization Services Agreement ("Agreement") is made on this ▮▮▮ day of ▮▮▮▮▮▮▮▮▮ ("Effective Date"), by and between Skillz Inc., a Delaware corporation with an address at 1061 Market Street, Sixth Floor, San Francisco, CA 94103 ("Skillz"), and ▮▮▮▮▮▮▮▮▮▮, a ▮▮▮▮▮▮▮ corporation with an address at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ("Company").

BACKGROUND

Skillz designs and provides online, real-money, tournament-based competitions ("Competitions") to developers who wish to enable users of their gaming applications to participate in such Competitions. Company has developed a game ("Game") and wishes to modify such Game to enable the end users who register for such Game ("Users") to participate in Competitions. Skillz is willing to license its software developer kit (together with all content thereof, and all updates, enhancements, modifications and derivative works thereof, including updates, upgrades or error corrections, the "SDK") to Company to allow Company to modify its Game to enable Users to participate in Competitions, and to establish and maintain Competitions that are specific to the Game, all in accordance with this Agreement.

Skillz and Company agree to the following:

**1. Monetization Services**

1.1. Services Upon deployment of the Modified Game (defined in Section 2) in a live production environment and subject to the terms and conditions of this Agreement, Skillz shall (i) establish and manage Competitions through its proprietary online, hosted monetization platform ("Monetization Platform") by creating Game tournaments, facilitating User-entry into Competitions, managing and hosting User's Competition accounts, collecting User entry fees, distributing User payouts, resolving User disputes pertaining to his/her participation in Competitions, and providing all tiers of customer support for User inquiries related to the Competitions (but not related to the Game) and (ii) provide Company with access to reporting data that details activity under such Competitions, including the number of tournaments played, User actions, and related revenue ("Competition Data") (provision of the Monetization Platform and the Competition Data are collectively referred to as "Monetization Services"). Skillz may modify, enhance, update or provide appropriate replacements for Monetization Services or any element thereof at any time, and remove functionalities or features of the Monetization Services at any time, and Skillz may suspend or stop providing Monetization Services altogether.

1.2. SDK License Skillz grants to Company during the Term (defined in Section 9) a limited, non-exclusive and non-transferable license to install, run and copy the SDK solely for the limited purpose of modifying the Game to allow Skillz to provide Monetization Services with respect to such Game. This license does not include the right to reproduce the SDK, the Monetization Platform or the Monetization Services, or to sublicense, resell, or distribute the foregoing. Company shall not allow any third party to access the Monetization Services.

SKLZPAT00091818

**PTX 377.3**

*STANDARD FORM*
*REV 06.28.2016*

Company shall not itself and shall not allow any third party to (i) decompile, disassemble, or otherwise reverse engineer or attempt to reconstruct or discover any source code or underlying ideas, user interface techniques or algorithms, file formats or programming or interoperability interfaces of the Monetization Services, the SDK or any portion thereof, (ii) remove any product identification, copyright or other notices, or (iii) modify the Monetization Services or the SDK or incorporate the Monetization Services or SDK into or with other software or services or make derivative works thereof, or (iv) take any action that would cause the Monetization Services or the SDK to be placed in the public domain. All rights not expressly granted to Company herein are expressly reserved by Skillz, and nothing in this Agreement will be deemed to grant, by implication or estoppel, a license under any of Skillz's or its licensor's existing or future rights in or to the SDK, Monetization Platform or Competition Data.

1.3. Suspension Company may suspend its User's access to and/or participation in a Game's Competitions at any time in its sole discretion and upon notice to Skillz. Skillz may suspend or terminate provision of Monetization Services or part thereof (including without limitation provision of Competitions) at any time in its sole discretion upon notice to Company. Company may display Advertisements preceding, following, or during any virtual currency tournament-based competitions that do not include a real money entry fee. Skillz may immediately suspend Monetization Services or part thereof in the event that Company displays any content that promotes or references a third-party product or service or any hyperlinked content (collectively, "Advertisements") preceding, immediately following, or during any Competition.

1.4. Promotion Skillz and the entities that participate in Skillz's affiliate program ("Affiliates") may use Company's name, trademarks and logos solely for the purpose of indicating that Company is a client of Skillz in Skillz's and its Affiliates' advertising, marketing or other promotional materials, and Skillz and its Affiliates may identify the Company and the Game as part of Skillz's network.

1.5. User Information As a condition to access to Competitions, each User shall be required to read and agree to the Competition terms of use provided by Skillz from time to time ("Terms of Use"). Skillz may suspend or terminate any User's access to a Competition, in Skillz's sole discretion. Skillz may collect and store personally identifiable information from Users in providing Monetization Services, in which case Skillz will comply with all applicable laws and its then-current privacy policy (see http://skillz.com/corporate/privacy-policy). Skillz may collect anonymous aggregated and/or statistical data reflecting Company's and Users' use of Monetization Services and may use such data for tracking, reporting and other activities in connection with Skillz's business. Skillz will not (i) sell personally identifiable User data to any third party, nor (ii) aggregate or present User data in a form or manner that would permit a third party to identify any individual's personal information or identify the data as associated with Company or the Game. Skillz will endeavor to resolve User disputes regarding participation in Competitions. If there is a dispute between Company and a User apart from Monetization Services, however, Skillz is under no obligation to become involved,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PTX 377.4**

*STANDARD FORM*
*REV 06.28.2016*

and Company will manage such dispute or disagreement directly. Company will not make any claims against Skillz with respect to Company's User dealings.

1.6. <u>Exclusivity</u> From the Effective Date through the later of either (i) the first anniversary of the Effective Date (even if such anniversary occurs after termination of this Agreement); or (ii) ninety (90) days after termination or expiration of this Agreement, Company shall not enter into any agreement with any third party that provides services similar to the Monetization Services or Monetization Platform, nor will Company offer to customers any in-Game competition functionality similar to the Monetization Services or Monetization Platform.

**2. Company Obligations and Restrictions** Company shall modify and upload the Game(s) through the SDK and www.skillz.com/developers ("Modified Game"). Skillz may review each Modified Game and determine, in Skillz's sole discretion, if the Modified Game is eligible for the Monetization Services. Company represents and warrants that it owns or has all necessary rights to the Game and its content and components ("Content") in order to allow both parties to perform this Agreement. Company represents and warrants that the Game and Content shall not contain, or contain links to, content that is unlawful, libelous, defamatory, or contrary to public policy.

**3. Revenue Share** Skillz shall pay the Company a percentage of Net Revenue as a monthly revenue share ("Revenue Share"), where the Revenue Share shall be determined based upon the following:

- 70% of Net Revenue paid to the Company for all Users attributed to the Company

- 30% of Net Revenue paid to the Company for all Users attributed to Skillz

"Net Revenue" means all amounts received by Skillz from Users participating in Competitions, less deductions for taxes and for all costs and expenses directly attributable to Competitions and Users within the Game, and for amounts owed to Affiliates. If the foregoing deductions exceed the corresponding Net Revenue in any given month, then Skillz will treat such loss as a cost, and will deduct this cost from subsequent Revenue Share payments. In no event must the Company pay Skillz any amounts in respect of Net Revenue or the Revenue Share. For Revenue Share that exceeds two hundred fifty dollars ($250) in any given calendar month, Skillz shall pay Company the Revenue Share within forty-five (45) days following the end of the calendar month in which the applicable Net Revenue was received. For Revenue Share that does not exceed two hundred fifty dollars ($250) in any given calendar month, Skillz will accrue and hold such Revenue Share until the aggregate Revenue Share held exceeds two hundred fifty dollars ($250), at which time Skillz will pay Company such Revenue Share in the next-occurring calendar month.

3.1. <u>User Attribution</u> A User shall be attributed to Skillz if the User has a pre-existing Skillz account that was created outside of the Company's Modified Game(s) or if

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091820

**PTX 377.5**

*STANDARD FORM*
*REV 06.28.2016*

the User's account originated from a Skillz-generated tracking link. A User shall be attributed to the Company if the User's account originated from a Company-generated tracking link. Each User who cannot be attributed to either the Company or Skillz based on the foregoing methodology ("Unattributed Users") shall be attributed to the Company. However, if during the calendar month in which an Unattributed User first enters a Competition, more than 50% of total new Users in the Modified game are attributed to Skillz, then the Unattributed User will be attributed to Skillz.

**4. Company Information** Company shall provide Skillz with access to Company's Game information and data to enable Skillz to perform Monetization Services. Company is responsible for ensuring all Game information is accurate, and acknowledges that Skillz may rely upon such information without investigation, and is not responsible for any inaccuracies therein, or for Skillz's reliance upon Company's instructions. Company shall notify Skillz immediately if Company receives complaints related to the Monetization Services. If any error results from incorrect input supplied by Company, Company shall be responsible for discovering and reporting such error to Skillz and supplying all information necessary to correct such error at the earliest possible time.

**5. Confidential Information** "Confidential Information" means this Agreement, and all confidential or proprietary information disclosed by one party ("Disclosing Party") to the other party ("Receiving Party") hereunder, including information that is orally or visually disclosed to the Receiving Party. The Receiving Party shall: (a) not use any of the Disclosing Party's Confidential Information for any purpose except in performance of its rights and obligations hereunder; (b) disclose the Disclosing Party's Confidential Information only to its employees or contractors who need to know such information in order to carry out obligations hereunder, and certifies that such individuals have previously agreed, either as a condition to employment or in order to obtain the Confidential Information, to be bound by terms and conditions substantially similar to those of this Section; and (c) treat all of the Disclosing Party's Confidential Information with the same degree of care as it accords its own Confidential Information of a similar nature, but in no case less than reasonable care. The forgoing obligations shall continue for a period of five (5) years following termination of this Agreement. The Receiving Party shall have no obligation with respect to information of the Disclosing Party which (i) was rightfully in possession of or known to the Receiving Party without any obligation of confidentiality prior to receiving it from the Disclosing Party as evidenced by the Receiving Party's contemporaneous written records; (ii) is, or subsequently becomes, legally and publicly available without breach of this Agreement or wrongful act by the Receiving Party; or (iii) is rightfully obtained by the Receiving Party from a source other than the Disclosing Party without any obligation of confidentiality. The Receiving Party may disclose the Disclosing Party's Confidential Information to the extent required by a valid order of a court or government agency having jurisdiction, provided that the Receiving Party provides prior written notice to the Disclosing Party of such obligation and the opportunity to oppose such disclosure. Upon written demand of the Disclosing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PTX 377.6**

*STANDARD FORM*
*REV 06.28.2016*

Party, the Receiving Party shall cease using the Disclosing Party's Confidential Information and return the Confidential Information and all copies, notes or extracts thereof in the Receiving Party's possession to the Disclosing Party within seven (7) days of receipt of notice.

**6. Disclaimer** MONETIZATION SERVICES, COMPETITION DATA AND COMPETITIONS ARE MADE AVAILABLE "AS IS" AND WITHOUT WARRANTY. SKILLZ MAKES NO REPRESENTATION OR WARRANTY EXPRESS OR IMPLIED WITH RESPECT TO ANY PRODUCTS, SERVICES, INFORMATION OR TECHNOLOGY PROVIDED OR MADE AVAILABLE HEREUNDER, INCLUDING WITHOUT LIMITATION, NETWORK FAILURES, THIRD-PARTY PRODUCTS AND SERVICES, SOFTWARE PROGRAMS, AND OUTPUT OR RESULTS OF THE MONETIZATION SERVICES. SKILLZ DOES NOT WARRANT THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR FREE, NOR DOES THE COMPANY MAKE ANY WARRANTY AS TO ANY RESULTS THAT MAY BE OBTAINED BY USE OF THE SERVICE. SKILLZ DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE.

Skillz is not responsible or liable for any damage, loss, or injury resulting from, relating to or arising out of (1) use, access, or attempted use or access of Services, Digital Assets, the Software or the Website; (2) downloading any information from the Software, Services or Website; and/or (3) violations of these Terms by other users. Skillz has no responsibility to enforce these terms for the benefit of any user.

Some states do not allow the disclaimer of implied warranties; as such the foregoing disclaimer may not apply to you in its entirety.

**7. Limitations of Liability** TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW: (1) SKILLZ'S TOTAL AGGREGATE LIABILITY ARISING OUT OF OR RELATING TO THIS AGREEMENT, WHETHER BASED ON CONTRACT, TORT OR OTHERWISE, SHALL NOT EXCEED THE LESSER OF EITHER (A) THE FEES PAID AND PAYABLE BY SKILLZ TO COMPANY DURING THE THREE (3) MONTHS IMMEDIATELY PRECEDING THE COMPANY'S FIRST CAUSE OF ACTION ARISING HEREUNDER, OR (B) $1,000; AND (2) EXCEPT FOR DAMAGES CAUSED BY A BREACH OF SECTION 2 OR SECTION 6, FOR INFRINGEMENT OR MISAPPROPRIATION OF THE OTHER PARTY'S INTELLECTUAL PROPERTY RIGHTS, AND AMOUNTS OWED BY A PARTY PURSUANT TO ITS INDEMNIFICATION OBLIGATIONS IN SECTION 8, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOSS OF DATA, LOSS OF USE, OR LOSS OF PROFITS), ARISING OUT OF OR RELATING TO THIS AGREEMENT, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR THEY WERE OTHERWISE FORESEEABLE.

**8. Indemnification**

SKLZPAT00091822

**PTX 377.7**

*STANDARD FORM*
*REV 06.28.2016*

8.1. <u>By Company</u> Company shall defend, hold harmless and indemnify Skillz, its officers, directors, employees, agents, representatives and Affiliates from and against any and all third-party claims, actions, proceedings, and suits brought against any of the foregoing persons or entities, and pay all related third party liabilities, damages, judgments, settlements, penalties, fines, costs or expenses (including, without limitation, reasonable attorneys' fees and other litigation expenses) to the extent arising out of or relating to Company's breach of Section 1.6 and/or Content.

8.2. <u>By Skillz</u> Skillz shall defend, indemnify, and hold Company, its officers, directors, employees, agents, representatives and Affiliates harmless from and against any and all third-party claims, actions, proceedings, and suits brought against any of the foregoing persons or entities, and pay all related third party liabilities, damages, judgments, settlements, penalties, fines, costs or expenses (including, without limitation, reasonable attorneys' fees and other litigation expenses) to the extent arising out of or relating to a third-party claim that the Monetization Platform or SDK infringes or misappropriate such third party intellectual property right. Skillz shall have no obligation under this Section with respect to any claim based upon (i) Content; (ii) modification of the SDK by Company; (iii) the combination, operation or use of the SDK with non-Skillz software program(s) or data; or (iii) use of the SDK or Monetization Platform other than in compliance with this Agreement. If any portion of the SDK or Monetization Platform, in the opinion of Skillz, is likely to or does become the subject of a claim of infringement or misappropriation, Skillz may, at its sole option and expense: (x) modify the SDK or Monetization Platform (as applicable) to be non-infringing, provided that such modification does not materially diminish the terms of usage of the Monetization Platform; (y) obtain for Company a right to continue using the SDK or Monetization Platform at no additional charge; or (z) terminate this Agreement upon notice to Company. This Section represents Skillz's sole liability, and Company's sole and exclusive remedy, regarding infringement or misappropriation of intellectual property rights.

8.3. <u>Process</u> The indemnified party shall promptly notify the indemnifying party in writing of any claim covered by this Section. The indemnified party shall give the indemnifying party sole control over the defense and/or settlement of any such claim, except that the indemnifying party shall not agree to any settlement or compromise that (1) would require the indemnified party to make any payments, admit liability, or bear any obligations, or (2) does not include an unconditional release of the indemnified party, unless the indemnifying party obtains the indemnified party's prior written approval. The indemnified party shall give the indemnifying Party reasonable assistance and cooperation in such defense at the indemnifying party's expense.

8.4. <u>Other Claims</u> If any U.S. governmental or regulatory agency, or any consumer resident within the U.S., brings any claim, suit or proceeding against Company alleging that the Monetization Platform (excluding the Game and Content) in the form provided by Skillz violates applicable laws, rules or regulations, then Skillz, at

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091823

**PTX 377.8**

*STANDARD FORM*
*REV 06.28.2016*

its own expense, shall defend (or at its option settle) such claim, suit or proceeding, and shall pay any final and non-appealable fine, penalty or judgment entered or settlement against the Company thereon; provided, however, that (a) Skillz shall not be responsible for any compromise or settlement made without its prior consent; and (b) Skillz shall have no such obligation unless Company gives Skillz prompt notice of the claim, the right to control and direct the investigation, preparation, defense and settlement of the claim, and full cooperation (at Skillz's expense), in any such investigation, preparation, defense and/or settlement.

**9. Term and Termination** This Agreement shall have an initial term of one (1) year from the Effective Date ("Initial Term") and shall automatically renew for periods of six months thereafter (each a "Renewal Term", together with the Initial Term, the "Term") unless either party provides forty-five (45) days written notice of its intent to terminate the Agreement prior to the expiration of any Initial Term or Renewal Term, in which case this Agreement will terminate upon expiration of the then-current Initial Term or Renewal Term, as applicable. This Agreement may be terminated by either party's convenience upon thirty (30) days written notice from the other party. This Agreement may be terminated by a party if the other party materially breaches any provision hereof and does not cure such breach within thirty (30) days of receipt of notice describing such breach. Sections 1.6, 6, 7, 8, 9 and 10 and this sentence shall survive termination of this Agreement, as well as any other obligations of the parties that contemplate performance by a party following such termination. Termination of this Agreement shall automatically terminate all licenses granted in this Agreement. Upon termination of this Agreement, Company will return or destroy all materials regarding the Monetization Services and Monetization Platform in its possession or control, including deleting all references to Skillz on its website and in marketing materials.

**10. Miscellaneous** Nothing in this Agreement shall be deemed to create a partnership or joint venture between the parties and neither Skillz nor Company shall hold itself out as the agent of the other, except as set forth in this Agreement. Neither party shall be liable to the other for delays or failures in performance resulting from causes beyond the reasonable control of that party. Any notice required or permitted to be given by either party under this Agreement shall be in writing and shall be personally delivered or sent by a reputable overnight mail service (e.g., Federal Express), or by prepaid first class mail (certified or registered). Notices to Skillz shall be sent to Skillz Inc., Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150 N, Sacramento, CA 95833, and notices to Company shall be sent to the name and physical address provided on the account page of Company's profile or, if no physical address is submitted, then to the email address provided on the account page. Any amendment or other modification of any provision of this Agreement shall be effective only if in writing and signed by the parties. This Agreement shall be interpreted under the laws of the Commonwealth of Massachusetts without regard to conflict of laws principles dictating another states' laws. The United Nations Convention for the International Sale of Goods shall not apply to this

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              SKLZPAT00091824

**PTX 377.9**

*STANDARD FORM*
*REV 06.28.2016*

Agreement. This Agreement may not be assigned by Company without the prior written consent by Skillz. This Agreement shall be binding on permitted successors and assigns. This Agreement and its Appendix constitutes the entire agreement between the parties with respect to the subject matter hereof, and supersedes and replaces all prior and contemporaneous understandings or agreements, written or oral, regarding such subject matter. This Agreement may be executed in counterparts, each of which will be considered an original, but all of which together will constitute the same instrument. All rights and remedies, whether conferred hereunder, or by any other instrument or law, unless otherwise expressly stated, will be cumulative and may be exercised singularly or concurrently. The failure of any party to enforce any of the provisions hereof will not be construed to be a waiver of the right of such party thereafter to enforce such provisions. If one or more provisions in this Agreement are ruled entirely or partly invalid or unenforceable by any court or governmental authority of competent jurisdiction, then the validity and enforceability of all provisions not ruled to be invalid or unenforceable shall remain unaffected. EVERY PROVISION OF THIS AGREEMENT WHICH PROVIDES LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES OR EXCLUSION OF DAMAGES IS A FUNDAMENTAL PART OF THE BASIS OF THE BARGAIN HEREUNDER. IF ANY REMEDY HEREUNDER IS DETERMINED TO HAVE FAILED OF ITS ESSENTIAL PURPOSE, ALL LIMITATIONS OF LIABILITY AND EXCLUSIONS OF DAMAGES SET FORTH HEREIN SHALL REMAIN IN EFFECT TO THE MAXIMUM ALLOWED BY APPLICABLE LAW.

IN WITNESS OF THE FOREGOING, the parties have caused the Agreement to be signed by an authorized representative effective as of the Effective Date.

**SKILLZ INC.**                                          **COMPANY**

**By: _____**          **By: _____**

**Name: _____**          **Name: _____**

**Title: _____**          **Title: _____**

**Addendum A: Integration Timeline**

**Skillz and the Company will strive to achieve the following Integration Timeline:**

| Fill in date | Partnership agreement signed |
|---|---|

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    SKLZPAT00091825

**PTX 377.10**

*STANDARD FORM*
*REV 06.28.2016*

| | |
|---|---|
| Fill in date | Skillz SDK Integration begins |
| Fill in date | Skillz SDK Integration complete |
| Fill in date | Company QA begins |
| Fill in date | Company QA complete |
| Fill in date | Skillz QA begins |
| Fill in date | Skillz QA complete |
| Fill in date | Company finalizes and submits to the App Store |
| Fill in date | Games goes live |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091826

**PTX 377.11**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091827

# Our **Team**

Executive Team

  

**Andrew Paradise**
CEO

**Casey Chafkin**
CMO

**Bill Mooney**
CPO

Advisors

   

**Trip Hawkins**
Electronic Arts

**Clive Downie**
Unity

**Mike Vorhaus**
Magid Advisors

**Rob Dyer**
Sony/Zynga

Investors



**skillz**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

2

SKLZPAT00091828

**PTX 377.13**



# Intersection of **Sports and Interactive** Content

| | Audience | Revenue | Growth |
|---|---|---|---|
| eSports | 225 Million | $460 Million | 43% |
| Sports | 1.75 Billion | $147 Billion | 4% |
| Interactive Content | 2 Billion | $175 Billion | 27% |

- **Skillz** is the leading eSports technology platform bridging sports and interactive content
- **Skillz** paid out 20% of eSports earnings in 2015
- eSports is projected to be a $4B+ business by 2018



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

3

SKLZPAT00091829

# Skillz **eSports Infrastructure**

### Fair Play

- Advanced player matching tuned for real world prizes
- Random seed standardizes random elements in game
- CRM built for eSports feeding reps real-time statistical analysis of game play and live video streaming

### Tournament Management

- Dozens of tournament structures configurable via web interface
- Custom and out of the box branding
- Global/segmented leagues
- Virtual and physical live event platform

### Security

- World class anti-cheat technology
- Real-time transaction logging and secondary audit system
- Automatic quarantine for suspected players
- Anti-fraud machine learning algorithms

### Streaming Platform

- Broadcasting dashboard
- Auto highlights & instant replays
- Event match code provisioning
- Streamer network

### Real World Prizes (Optional)

- Real world prized competitions
- Secure player wallet & micro-payment processing
- Age and jurisdiction verification
- Audited/approved by Vantiv, Mastercard & PayPal

**The Skillz Tournament Management System (TMS) increases player retention, acquisition & monetization**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

4

SKLZPAT00091830

**PTX 377.15**

# Skillz **Overview**

Skillz is an eSports platform that functions as the "Xbox Live" for mobile games.

Players can enter free tournaments, player-funded or brand-funded tournaments to win real prizes.







### For Players

eSports competition platform

### For Developers

Tournament management system

### For Streamers

Live streaming & video capture tools



5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091831

# Skillz eSports Tournaments

**Customize different tournament types to match your game and keep your players engaged**

## On Demand





- Always available
- Customizable by number of participants and prizes

## Live Events





- Scheduled events with up to 2,000 concurrent players
- Virtual or physically located

## Brackets





- Multi-stage tournaments
- On-demand or scheduled
- Fully custom**izable**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091832

**PTX 377.17**

# Solutions for Players, Developers, Streamers

| Players | Developers | Streamers (Broadcasters) |
|---|---|---|
| • Lack of single-sign on and payment account | • Inability to monetize player base through ads & in-app purchases | • Streamer content is weak and undifferentiated |
| • Lack of competitive multiplayer (eSports) games | • Player retention is low | • Follower retention is low |
| • Lack of player matching in and across games | • User acquisition increasingly difficult and expensive | • Sponsorships and income streams are inconsistent |
| ▼ | ▼ | ▼ |
| **A unified, cross-platform competition network** | **A monetization and retention driver** | **Interactive content to grow and retain followers** |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

7

SKLZPAT00091833

**PTX 377.18**

# eSports Requires a **Full Technology Stack**

Broadcasting Tools

Tournaments

Heartbeating

Random seed

Player matching & player rating

Anti-fraud, anti-cheating & payment system

**Streamer Enablement**
Full stack enables streamers to auto-snip and broadcast highlights and instant replays during in-game live tournaments

**eSports Tournaments**
Geolocated practice/pro leagues for free or prize-based matches

Intermittent gameplay data capture enables auto-detection of important moments

**Payments and Player Fairness Layer**
Remove random elements/chance in the game

Fair/efficient matching based on player abilities

Payment processing for deposits, withdrawals & customer service

**Skillz has built the full technology stack needed to power an eSports content network**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

8

SKLZPAT00091834

**PTX 377.19**

# Tournament Management System

## Overview



9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091835

**PTX 377.20**

# Tournament **Management** System **(TMS)**



Practice and Pro
Competitions



Advanced player
matching
algorithm



1000+
participant
leaderboards



Theming and
brand-sponsored
tournaments

        1,600+ developers



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

10

SKLZPAT00091836

# **Engagement** & Retention Hooks

## Tournaments

- Enter in **pro and practice competitions**
- Synch, asynch and turn-based games
- Play physical or virtual live events

↑**51%** time spent
in app after tournament implementation





## Loyalty

- Tickets **loyalty program** allows users to win prizes including iPads or even a **Porsche**
- **Leaderboard** instill friendly competition

↑**34%** time spent
in app after loyalty implementation





## Video

- Instant replay & **stream of games** played
- **Live video capture** of real people competing within the platform

↑**29%** time spent
in app after video feature implementation







HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091837

PTX 377.22

# **Gameplay** Walkthrough

    



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

12

SKLZPAT00091838

**PTX 377.23**

# Tournament Play Walkthrough



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091839

**PTX 377.24**

# Game **Theming**

Customize look & feel, delivering an integrated experience











14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091840

# Case Study: Diamond Strike

**Goal:** Diamond Strike is an addictive iOS game that has seen strong player engagement but low historical monetization. The game needed ways to leverage multiplayer/tournaments to generate additional revenue.



**Results:**

| | |
|---|---|
| **$3.64** | Average Revenue Per Paying User |
| **12** | Cash Tournaments Per Cash DAU |
| **6%** | Conversion to Paying Users |

By introducing Skillz, **Diamond Strike gained a lucrative revenue stream** from players who loved winning more than just bragging rights.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

27

SKLZPAT00091841

**PTX 377.26**

# Case Study: Bubble Shooter

Ilyon Dynamics found it difficult to boost player revenue with incentivized ads as their only tool



**Results with Skillz:**

| | |
|---|---|
| **$0.42** | Incremental ARPDAU |
| **3x** | Time spent in game |
| **10%** | Increase in D30 retention |

*"In the past, we searched for ways to increase revenue and retention with little luck. However, after integrating with Skillz, Bubble Shooter transformed into a profitable multiplayer experience without taking away from the game's simplicity."*

- **Yonathan Erez,** CEO at Ilyon Dynamics



28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091842

**PTX 377.27**

# Case Study: Mini Golf Stars

Game Masons increased virality and rose to the top of the charts with Skillz



**Results with Skillz:**

| | |
|---|---|
| **2x** | Time spent in game |
| **27%** | D7 retention increase |
| **#28** | Top Free Game on iOS after integrating |

*"The multiplayer mode and Skillz platform has helped increase the depth of Mini Golf Stars. The leaderboards and player-matching have been instrumental for my players"*

-   **Matt Fossati,** CEO at Game Masons



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

29

SKLZPAT00091843

**PTX 377.28**





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00091844

**PTX 377.29**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 377**

Date Admitted: **2/5/2024**

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 377.30**