

Hi everyone! Thanks for joining me in this session. I'm Andrew Paradise, and I'm the CEO and founder of Skillz, the worldwide leader in mobile eSports.

We allow mobile game developers to integrate multiplayer tournaments into their games, creating a new source of revenue for them and a more enjoyable experience for players.

I founded Skillz in 2012 to create the first mobile eSports company ever. We now have offices in San Francisco and Boston, and have raised over $28 million in venture capital funding from sources including the owners of the New England Patriots, Milwaukee Bucks and New York Mets.

Today I'm going to discuss the rise of gaming and eSports, and explain how indie game developers can build titles that become the next big eSports.

0

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242411

**PTX 380.1**



Most traditional sports haven't always been considered as such. In fact, many games never games never transcend to being true sports.

For example: when American football was invented in 1869, it was considered a game. We can clearly map the progression of American football from just a game to acquiring players and competition, and finally widespread distribution and fandom throughout the years.

The rules of the game were written in 1876, but it wasn't until 1920 when the NFL was founded that the game of football was officially considered a sport.

Then in 1956, the sport had such impressive athletes that the Pro Football Hall of Fame was opened to honor the heroes of the game.

Fast forward to 1999, and the Super Bowl has become the most watched program in U.S. TV history, with 127.5 million viewers. And just last year in 2015, advertisements aired during the NFL regular season generated almost 4 billion dollars.

And this isn't the only case where a 50 year time period has turned a game into a sport. Basketball followed a similar path to American football. James Naismith invented the game in 1891, and the NBA was founded 55 years later (in 1941).

So what we can see from these two games that became sports is that it typically takes around 50 years for a game to become a sport.

One generation needs to play a game, then become spectators for the following generation, to popularize it enough to become a sport.

Then once the 50 year mark passes, like in the case of American football, the sport continues to grow in popularity and revenue.

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242412

**PTX 380.2**



What's really exciting about this sports history is its implications for the gaming industry. Gaming is almost at its 50 year mark, and has been maturing in a similar mainstream direction in terms of hardware, content and the number of players.

Looking back at the machines and technology that have enabled people to play games throughout the years, it really starts first with the upright machine in 1972, like this vintage Pong device. People then started to play games on their personal computers in the following decades, which were then overtaken in terms of popularity by console gaming.

Mobile games remained a marginal form of gaming until the Apple App Store was launched in 2008, when it became quick and easy for anyone with an iOS device to download a variety of mobile games.

In terms of content, the predecessor to modern day games originated in 1972 when Pong, the first game created by newly formed Atari, became the first video game to be widely released to the public. This coincides with the adoption of the upright gaming device.

Space Invaders, an arcade video game released in 1978, was one of the forerunners of modern video gaming and helped expand the video game industry from a novelty to a global industry.

The game has been the inspiration for other video games, re-released on numerous platforms, and led to several sequels. The 1980 Atari 2600 version quadrupled the system's sales and became the first "killer app" for video game consoles.

A big change came in 1994: the first mobile game (though, of course, it would still be years before modern smartphone games came about).

Tetris had originally been released by Atari as an arcade title several years before, but was the first game to make the leap to mobile, followed a few years later by Snake.

At the turn of the millennium, we started to truly see video games lead to eSports, with the rise of both popular tournaments and the games that now make up the backbone of the eSports world.

The Electronic Sports League (ESL) hosted the first European National Championship featuring Counter Strike and Warcraft III The ESL s now the largest and most successful of the eSports league, featuring numerous games in a variety of genres and offering lavish prize pools.

In 2009, one of the most popular eSports titles was first launched: League of Legends.

The game was generally well-received at its release, and only grew in popularity afterward. By July 2012, League of Legends was the most played PC game in North America and Europe in terms of the number of hours played.

Just as video games transitioned to mobile, so too did eSports in 2012, when Skillz launched and became the first company ever to offer mobile eSports.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242413

More than 1,100 game studios use the Skillz platform, which awards over $2 million in cash prizes to players every month. Skillz has hosted more than 70 million mobile tournaments for players in over 180 countries.

With the innovation and progress being made in hardware and content, the number of people being reached by gaming has also increased over the past 50 years.

We've gone from only about 10,000 gamers in the 1970s to a projected 132 million in the year to come.

The main benefit of bringing video games and eSports to mobile platforms is the ability to democratize the industries and bring gameplay to more people around the world, which is one of the factors that has most contributed to this massive growth in player numbers. I'll talk more about the powerful impact of mobile devices in a bit.

So, what's next?

Gaming is about to hit its 50 year mark.

Parents who played Pong and Frogger are now watching their kids play League of Legends and Call of Duty.

We'll see the same pattern that we witnessed with the growth of American football and basketball into full-fledged sports after existing for about 50 years.

Video games, and consequently eSports, are on the path to being considered true sports.

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                      SKLZPAT00242414

**PTX 380.4**



In recent years, the eSports industry has been experiencing rapid growth across the board: consumer reach, studios and developers, streamers, viewers, and venture capitalist investments.

It's really interesting to look at this eSports growth in terms of console and PC vs. mobile, to see the true opportunities that haven't yet been taken advantage of in the eSports market.

To start, all console and computer gaming only touch about 800 million people, whereas mobile touches over 2 billion—that's almost 2 times as many, just with mobile alone!

When examining the number of game developers and studios, we see the same result: there are only about 9,000 console and PC game developers worldwide, but there are already 670,000 in just the United States, not to mention the thousands more throughout the world.

However, despite this overwhelming dominance of mobile in terms of consumer reach and developers, the number of streamers in the world are dominated by people streaming console games. Look at the incredible opportunity there is to stream mobile games! All the necessary developers and players are in place for mobile game streamers, but people aren't seizing the opportunity.

Viewership for console and PC eSports have been impressive. For example, there were 36 million people watching the final match of the League of Legends World Championship this past October.

To put that number in perspective, there were only 28.7 million viewers watching the final game of the 2015 NBA Finals. So eSports tournament viewership has already surpassed that of some major traditional sports.

Viewership for mobile eSports aren't nearly at that stage yet, which is likely linked to the lack of mobile eSports streamers. Twitch reported that 35% of its viewership last year was for mobile titles. Sports fan base equal to many traditional sports.

With respect to prizes paid to eSports athletes, competitors in console and PC games earned roughly $65 million in 2015 up over 100% from 2014. Athletes in mobile games won over $16 million in 2015, which was up over 400% from 2014.

3

**PTX 380.5**

# What Make Sports (& eSports) Popular?

1) Competitive gameplay

2) Tournament technology

3) Viewing & spectating technology

  

 

Take a sport like the NFL. In order to turn football from a game into a sport, there were certain necessary items, including:
A tournament structure (think AFC vs. NFC and the path to the superbowl)
A rule book for competitive play (this is the NFL rule book)
Viewing technology (this was just standing around fields at first, but then TV made it huge)
eSports have the same type of needs that have to be fulfilled in order to become mainstream. They are:
Competitive gameplay
Tournament technology
Viewing & spectating technology
Popular eSports titles share these common elements.

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242416

**PTX 380.6**

# 1) Competitive Gameplay

 

 

Easy to pick up, difficult to master

**skillz**
eSports for Everyone

casual connect
Amsterdam, 16-18 February

5

The key to successful, competitive gameplay is creating a game that is easy to pick up, yet difficult to master.
One great example of this is Hearthstone: the mechanics of playing the game are relatively simple, but the ability to combine your deck into virtually endless combinations creates a more complex level of strategy. Players also have to react to the actions of other competitors, adding to the game's complexity without hurting the player onboarding process.

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SKLZPAT00242417

**PTX 380.7**

# 1) Competitive Gameplay

 

Gameplay variability

 

Another characteristic of good competitive gameplay is variability:
Imagine taking a level of from Halo's single player mode and translating it into multiplayer – fastest time to complete the level.
In a competition like this, each match would be almost identical, with the fastest most precise tactical execution prevailing.
Compare this to Halo's existing multiplayer mode, in which every competition is different.
The final element of competitive gameplay is strategy. Take chess and checkers, for example. Both are competitive, but chess is a more competitive game, because checkers is more straightforward and has a dominant strategy, while chess pieces have different functions and abilities, resulting in a deeper strategy and mental investment required to win the match.

6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242418

**PTX 380.8**



The final element of competitive gameplay is strategy. Take chess and checkers, for example. Both are competitive, but chess is a more competitive game, because checkers is more straightforward and has a dominant strategy, while chess pieces have different functions and abilities, resulting in a deeper strategy and mental investment required to win the match.

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PTX 380.9**

# 2) Tournament Technology



**Tournament Lobby**



**Match History**



**Leaderboards**



**Leagues**

The second key element needed to create a popular eSport is to have a comprehensive tournament technology. This kind of innovation is what has helped to make titles like Starcraft so successful and widely enjoyed.
Offline this is really easy to build, this is your common set of rules for competitive gameplay.
For online gameplay, the core features for tournament technology should include:
A tournament lobby - so players can see the tournament options available to them.
Match history - so competitors can track how many games they've played, their lifetime performance, and their improvement as they play more.
Leaderboards - so players can see how they stack up against other competitors on the system and have fun trying to be the best.
Leagues - like those that are so popular in Clash of Clans, so different players can team up for an added layer of fun and competition added to their gaming experience.

8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242420

**PTX 380.10**











As part of your tournament technology, it's also essential to implement an effective player matching system.

This ensures that beginners aren't dominated (and therefore discouraged from playing the game) due to being matched against expert players.

An unfair player matching system (or lacking a system at all) can result in new players deleting the app before they've even had a chance to beef up their skills and truly compete.

Traditional sports (e.g. soccer, basketball, tennis) encompass all levels of game play, from recreational youth leagues to paid professional teams.

People often think of eSports players as only the top gamers who train extensively, travel to competitions and win thousands of dollars. But it truly encompasses all levels, from casual players to professional teams.

It's the same as traditional sports like soccer, which aren't just categorized by the top 1% of pro players. You can call yourself a "soccer player" whether you're in your local children's league or you're David Beckham—and you can call yourself an eSports player without hours of dedication and top-notch skills too.

It's important to include elements of skill progression at both the low and high end, so players of all diverse skill levels will enjoy your game and keep playing.

You need to enable players of all ability levels to actually have a chance to win.

There's a reason that pro soccer players don't play against beginners! It takes time and practice to build up your skills to be at the top of your game, whether it's soccer or NBA Live.

EXAMPLE: A great example of effective player matching can be seen with Xbox Live. Xbox Live has been pushing online multiplayer gaming forward since its launch in November 2002.

The TrueSkill ranking system is a skill based ranking system for Xbox Live developed at Microsoft Research. The TrueSkill ranking system only uses the final standings of all teams in a game in order to update the skill estimates (also known as ranks) of all competitors playing in this game.

Their system not only allows you to report players, but also provide feedback to Microsoft's Xbox Live service. Your feedback to the new system isn't the only factor that will be incorporated; if you mute or block a player, the service will also take note and give each player a "Social Reputation" which can range from "good" to "needs improvement" and "avoid me" due to their gameplay practices in the past.

9

SKLZPAT00242421
PTX 380.11



Another vital part of this tournament technology is the principle of fairness. Even if you have all the features we just discussed, it will only be successful if the entire tournament experience is fair for your players.

To make it fair, you need to institute anti-cheating measures.

One example of an eSport that has built out anti-cheating technology is Counter-Strike: Global Offensive.

They use Valve Anti-Cheat (or VAC), an anti-cheating system created by Valve and used mainly for multiplayer Steam games. It has succeeded in stopping many players from cheating online.

When a player is detected cheating in a VAC-Secure server, the player will be marked for cheating and will get banned from VAC servers permanently. VAC bans are delayed approximately 3-4 weeks.

With the second version, Valve instituted a policy of 'delayed bans', the theory being that once a new hack is developed which circumvents the VAC system, it will spread amongst the 'cheating' community - by delaying the initial ban, Valve hopes to identify (and ban) as many cheaters as possible.

Like any software detection system, some cheats are not detected by VAC, and at times the only effective, anti-cheating solution is a human administrator watching an online game. Some servers implement a vote system, in which case players can call for a vote to kick or ban the cheater.

No matter what method you pursue, it's crucial that your tournament system has an effective anti-cheating mechanism to keep gameplay fun and fair.

10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SKLZPAT00242422

**PTX 380.12**



Once the actual game and player matching system are solid, the next key ingredient to the growth of any game or sport is enabling others to watch people compete.

After all, what would the NBA or MLS be if you couldn't watch live and have replays?

Just like how traditional sports have a huge spectator following, and eSports like League of Legends and Dota 2 built up millions of viewers, so too should your title strive to cultivate a following of fans.

Start by enabling live streams and instant replays first, and then build out a larger spectatorship features from there, like hosting and commentary tools.

If that sounds too daunting or time consuming in light of your other business priorities, don't worry. There are also third party sources that provide these services, if you don't want to build them in house. But this spectator component is what can convert your game from a fun way to the pass the time into a full-fledged mobile eSport that could be broadcast in huge stadiums.

11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PTX 380.13**






Once the actual game and player matching system are solid, the next key ingredient to the growth of any game or sport is enabling others to watch people compete.
After all, what would the NBA or MLS be if you couldn't watch live and have replays?
Just like how traditional sports have a huge spectator following, and eSports like League of Legends and Dota 2 built up millions of viewers, so too should your title strive to cultivate a following of fans.
Start by enabling live streams and instant replays first, and then build out a larger spectatorship features from there, like hosting and commentary tools.
If that sounds too daunting or time consuming in light of your other business priorities, don't worry. There are also third party sources that provide these services, if you don't want to build them in house. But this spectator component is what can convert your game from a fun way to the pass the time into a full-fledged mobile eSport that could be broadcast in huge stadiums.

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PTX 380.14



Once the actual game and player matching system are solid, the next key ingredient to the growth of any game or sport is enabling others to watch people compete.

After all, what would the NBA or MLS be if you couldn't watch live and have replays?

Just like how traditional sports have a huge spectator following, and eSports like League of Legends and Dota 2 built up millions of viewers, so too should your title strive to cultivate a following of fans.

Start by enabling live streams and instant replays first, and then build out a larger spectatorship features from there, like hosting and commentary tools.

If that sounds too daunting or time consuming in light of your other business priorities, don't worry. There are also third party sources that provide these services, if you don't want to build them in house. But this spectator component is what can convert your game from a fun way to the pass the time into a full-fledged mobile eSport that could be broadcast in huge stadiums.

13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Enabling eSports requires a complete technology stack.
The foundation of the technology stack are the mechanics for enabling fair competition while collecting entry fees and paying prizes and ensuring that players can be matched
Once you have the transactional pieces in place, you'll need the key technology components for the actual tournaments
At the top of the stack, are components for allowing streamers to broadcast competitions and for spectators to consume them.
This technology needs to facilitate both live streaming and instant replays and ideally, should facilitate

14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SKLZPAT00242426

**PTX 380.16**



When games first came about, it wasn't professionals that created them—it was hobbyists.
The tile-matching game that Alexey Pajitnov created on a whim while working at an R&D center in 1984 quickly became a global sensation, going on to be played on more than 50 gaming platforms in over 185 countries
In 1984, Pajitnov wrote Tetris as a program to help assess the power of a Soviet computer (the Ekectronika 60).
It was picked up by an American, Henk Rogers, owner of Bullet Proof Software, who was responsible for bringing games from around the world to Japan. And he was certain Tetris was a perfect fit for Nintendo's upcoming Game Boy system.
There were also modifications (or "mods" to those that are familiar with the term) of popular games that became popular, like the Counter Strike: Global Offensive mod developed by Minh Le, A.K.A. Gooseman to his online acquaintances.
Le began work on Counter-Strike as a mod for Half-Life while he was in the middle of his fourth year at Simon Fraser University
He spent about 20 hours a week on making the mod, expending more effort on it than he did on his schoolwork,[3] and released the first beta version in June 1999.
By the fourth beta version, Valve Software, the developer who created Half-Life, began assisting in the development of Counter-Strike.
Other examples of games invented by people who weren't part of big studios are Lights Off, Temple Run and Flappy Bird. These indie developers made games that took off amongst the general public, using innovative concepts rather than the big bucks approach that the largest studios were using.
Lights Off: In August 2007, the first native iPhone game was released by Lucas Newman and Adam Betts.
It was called Lights Off and was a clone of an old electronic game Lights Out.
At the time, the App Store had not yet been announced and so the only way to install the game was to jailbreak your iPhone.
Still, it was a sign of things to come and showed the first example of the iPhone as a gamideveloped by Vietnam-based developerng device.
Temple Run: Produced, designed and programmed by husband and wife team Keith Shepherd and Natalia Luckyanova,
Since its initial release on the App Store on August 4, 2011,[3] the popularity of the game has soared,[11] to the point that Imangi Studios became more popular than Zynga
As of June 2014, Temple Run and its sequel have been downloaded over 1 billion times.
Flappy Bird:  At the end of January 2014, it was the most downloaded free game in the iOS App Store.
Developed by Vietnam-based indie developer, Dong Nyguen (pronounced Dong Wen)
Nguyen believes that contemporary Western games are overly complex.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
PTX 380.17

His company, .GEARS (pronounced "dot Gears") Studios, describes its games as "heavily influenced by retro pixelated games in its golden age. Everything is pure, extremely hard and incredibly fun to play."
Indie developers have always led the way in gaming, and continue to drive growth and progress in the industry.

15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242428

**PTX 380.18**



 

Indies have a successful history of creating popular mobile games that can compete with releases from big studio powerhouses.
In fact, 43% of top 100 games on the Apple App Store are from indies or single-hit studios (like Clash of Clans, Dots and Trivia Crack).
So, why shouldn't 43% of the top mobile eSports titles come from indies too?

16

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SKLZPAT00242429

**PTX 380.19**



Across all genres in PC and console, we've seen the emergence of eSports titles.
Mobile is the next platform that is going to follow suit in this trend.
So far, there have been a few mobile eSports titles, including Vainglory in the MOBA genre. Clash of Clans is also building out their competitive eSports experiences on Twitch, as evidenced by the popularity of the game's live streams and replays on the network.
The takeaway here is that there are many other genres ripe for mobile indie developers to lead the charge.
I'm extending a challenge to all of you indie developers out there: be the one to build the next great mobile eSport!

17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242430

**PTX 380.20**

Questions?

## Andrew Paradise
## CEO & Founder of Skillz

 www.skillz.com

 www.developers.skillz.com

 launch@skillz.com

 skillz
eSports for Everyone

 casual connect
Amsterdam, 16-18 February

18

Thank you all for your time today! I hope you've enjoyed learning a bit more about how all mobile game developers, from big studios to indies, can create really successful eSports titles.

Again, I'm Andrew Paradise, the CEO and founder of Skillz, which powers mobile eSports for everyone. To learn more, visit our website (skillz.com). If you're a developer, you should check out our separate site dedicated just showing you how Skillz can create fun, lucrative tournaments inside your mobile games. Go to developers.skillz.com to see more, or email launch@skillz.com to talk to our team.

I'll be hanging around, so please feel free to come up and say hi, or ask any individual questions we couldn't get to as a group. I'll also be attending the various evening networking events and other sessions throughout the week, so I hope we have a chance to connect! Have a great rest of your week!

18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242431

**PTX 380.21**



19

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00242432

**PTX 380.22**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v.
AviaGames Inc.

Plaintiff Exh. No.:   **PTX 380**

Date Admitted:   2/6/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 380.23**