

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397020

**PTX 385.1**



Company Overview

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397021

PTX 385.2

# Our Team



**Andrew Paradise**
CEO, Founder
*U. Mass, U. of Auckland*
*14 Years of Experience*



**Casey Chafkin**
COO, Founder
*Duke, HBS*
*12 Years of Experience*



**Craig Churchill**
Chief Revenue Officer
*UWE Bristol, Brunel*
*23 Years of Experience*



**Miriam Aguirre**
Head of Engineering
*MIT*
*18 Years of Experience*



**Mike Yorg**
Head of Server Eng.
*Cal Poly SLO*
*17 Years of Experience*



**Elliot Kaplan**
Head of Customer Advocacy
*UCLA*
*9 Years of Experience*



**Stephen Yu**
Head of Marketing
*Duke*
*8 Years of Experience*



**David Mok**
Head of Developer Relations
*Tufts, Oxford*
*8 Years of Experience*



**Rebecca Fenstermaker**
Corporate Counsel
*Harvard, Northwestern Law*
*8 Years of Experience*



**Favian Garcia**
Controller
*UC Santa Barbara*
*10 Years of Experience*

| Product Development Team: 56 FTEs | Total Headcount: 100 FTEs |
| --- | --- |

**skillz**
*eSports for Everyone*

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397022

PTX 385.3



Skillz Mission:

Enable mobile game development studios to create thriving businesses by transforming their games into eSports, while providing players everywhere with access to fair, fun, and meaningful competition

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397023

**PTX 385.4**



# Recent News

- **CNBC:** Skillz Co-Founders Discuss the Business of eSports
- **Inc.:** How Skillz CEO Andrew Paradise Built an Inc. 5000 Leader
- **VentureBeat:** Skillz Hits $100 Million Revenue Run-Rate with Mobile eSports Platform
- **PocketGamer.biz:** Former Kabam COO Kent Wakeford Joins eSports Platform Skillz' Board of Directors



## #1 fastest-growing private company in America

**With over 50,000% revenue growth, Skillz becomes the first eSports company ever to top the list**



## A CNBC Disruptor for pioneering mobile eSports

**Alongside top innovators like Airbnb, SpaceX, and Pinterest, Skillz becomes the first eSports company to make the list**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397024

**PTX 385.5**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397025

**PTX 385.6**

# The Opportunity of eSports

Both men and women aged 18-25 spend **more time watching eSports** than traditional sports.

**Global Hours/Week of Streamed Video Content**



SOURCE: Limelight Networks, "The State of Online Video 2017"



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397026

**PTX 385.7**

# The Opportunity of eSports

eSports viewership has already **surpassed** the MLB World Series and the NBA Finals.



**Global Audience Size for "League of Legends" and Major Sporting Events**

SOURCE: Sports Media Watch; NCAA; The Nielsen Company; ESPN



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397027

PTX 385.8

# The Opportunity of eSports

Mobile is **the most important platform in gaming** with the highest growth and largest audience.





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        SKLZPAT00397028

PTX 385.9

# The Opportunity of eSports

**41%** of people with mobile phones are willing to **pay to compete for prizes.**



No. I'm not interested in trying this.

Yes. I'd really like to try this.

SOURCE: Crowdvibe independent survey of 1,000 U.S. consumers



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                        SKLZPAT00397029

PTX 385.10

# Very Few Games Have The Tech Needed to Become a Sport



The sports ecosystem exists at many levels of play – each with **technology requirements and player/fan motivators**

| Competition Type | Players / Viewers Want | Technology Required | Example: Golf |
|---|---|---|---|
| **Brand Sponsored** | Fame | Broadcasting Tools; Video Gameplay Streaming; Integrated Sponsorship | **The U.S. Open** Entry Fee: $50; Players: 156; Prizes: $9 Million; Sponsors: Lexus, AmEx, etc. |
| **Player Funded/ Crowd Funded** | Friction | On-Demand Competition; Leagues & Matchmaking; Live In-Game Operations | **Marin Country Club Champ.** Entry Fee: $155; Players: 82; Prizes: $2,500; Net Revenue: $10,210 |
| **Casual Competition** | Fairness | Anti-Cheating & Fairness; Scoring & Heartbeating; Bank-Level Security; Multiplayer Capability | **Local Public Golf Course** Greens Fees: $49; Players: 2-4; Prizes: $0 |
| **Game (No Competition)** | | | **Driving Range** Players: 1 |



10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397030

PTX 385.11

# eSports Value Chain

Riot Games employs 2,500 people to support one game

**The Skillz platform enables any game to potentially be the next League of Legends**



Streamers <u>contractually obligated</u> to stream "League"

Area of development

Game-specific infrastructure

Player log-in unique to single game

In-house game development

| | | |
|---|---|---|
| | **Destination Site** twitch YouTube | |
| | **Streamers** | |
| | **Broadcasting System** Open Broadcaster Software  XSplit | |
| | **Online Multiplayer System** - Anti-cheat / anti-fraud - Player matching - Tournaments - Heartbeating - Spectator mode | |
| | **Players** | |
| | **Game** | |
| | **Game Engine** unity  UNREAL  lumberyard | |



Streamers <u>choose</u> to host live tournaments with Skillz

Area of development

Full eSports technology stack

Players log-in with Skillz account across all games

Developers <u>choose</u> to add games to Skillz network



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397031

**PTX 385.12**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397032

**PTX 385.13**

# Skillz Comprehensive Mobile eSports Platform







### For Players

- Single sign-on multiplayer competition network
- Players are rewarded with prizes, recognition on leaderboards, and Skillz loyalty perks
- Skill-based player matching

### For Developers

- Turnkey eSports technology stack for seamless integration
- Skillz handles all live operations including 24/7 technical support, segmentation, and special events

### For Streamers & Viewers

- Free, engaging mobile eSports tournaments with real-world prizes provided by Skillz
- Steady monthly payments, performance bonuses, and profit sharing



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397033

PTX 385.14

# Demos




HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

14

SKLZPAT00397034

**PTX 385.15**

# Skillz Demographics: eSports for Everyone

The Skillz ecosystem includes **all ages, incomes, education levels, and genders**

The platform includes content that skews towards nearly **every demographic**







Note: [1] Percentages normalized for respondents who gave an answer regarding annual income; demographics may vary between titles
Source: Third Party Survey of Skillz Player Demographics


eSports for Everyone

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SKLZPAT00397035

PTX 385.16

# Market Comparison – Mobile eSports

| **'Buy vs. Build' Decision** | | **Direct Competition** |
|---|---|---|
| **Indie Developers** | **Large Developers** | **Other Platforms** |

Skillz developer adoption shows that for many companies **partnership potential outweighs the option of building in-house**

**Indie Developers**
- 7K+ developers have partnered with the Skillz platform
- 12 developers rely on Skillz for 90%+ of their revenue

  
  
  

**Large Developers**
- Large developers including Doodle Jump and Color Switch are actively integrating with Skillz
- Skillz has not actively targeted AAA developers (Supercell, Super Evil Megacorp, etc.)



**Other Platforms**
- Sparcade (GSN) is a direct competitor, but does not allow developers to retain their game
- Large technology platforms are exploring competitive multiplayer systems
- Several small startups including Gumbler and Gamytech

 
 
   



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397036

PTX 385.17

# Market Comparison – Mobile eSports

Skillz offers mobile game developers a **full Esports technology stack**



| Features | skillz | sparcade | unity | Platforms<br>Instant Games | Startups<br>Gamytech / FACEIT |
|---|---|---|---|---|---|
| Player Network | ✓ | ✓ | | ✓ | ✓ |
| Developer Network | ✓ | | ✓ | ✓ | |
| Streamer Network | ✓ | | | | |
| Multiplayer System | ✓ | ✓ | | | |
| Tournament Management System | ✓ | ✓ | | | |
| Live Operations | ✓ | | ✓ | | |
| Real World Prizes | ✓ | ✓ | | | ✓ |
| Anti-Cheat / Anti-Fraud | ✓ | | | ✓ | |
| Player Matching | ✓ | ✓ | | | ✓ |
| Broadcast Engine | ✓ | | | | |


**eSports for Everyone**

17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397037

PTX 385.18



Strategy & Finance Overview

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397038

**PTX 385.19**

# Strategy Overview

**Strategy Highlights:**

1. In-house Platform Development

2. 3rd-party Content: Self-Service & Enterprise GTM

3. Organic & Paid Distribution



### Content

**GTM 1: Self-Service (since inception)**
- Lower-quality content
- Long-trail aggregation
- Prove out monetization
- Use content to seed network and grow consumer logins
- *100% of growth to-date*

**GTM 2: Enterprise (2017+)**
- Improved content
- Each title becomes a node for organic traffic back to Skillz hub
- Path to winning mobile eSports market

**Platform**

**Multiplayer System**

Spectator mode
Social
Heartbeating
Tournaments
Player matching
Anti-cheat / anti-fraud
Etc.

### Distribution

**Developer Partnerships**
- Games with native traffic
- Game engines and App stores

**Traditional Marketing**
- Digital acquisition
- Affiliates

**Strategic Partnerships**
- Live content – linear TV
- Live content – OTT
- Charity enablement
- Event / Venue enablement



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397039

**PTX 385.20**

# Skillz Strategic Objectives

**2017 Core Objective:**
Maintain growth rate and reduce/eliminate dependencies

**2018 Core Objective:**
Scaling and winning the mobile gaming market

| | 2017 | 2018 |
|---|---|---|
| **Capital** | • Raise incremental capital to continue growth | • Opportunistic and strategic capital for distribution or acceleration |
| **Revenue** | • Improve unit economics and payback period | • Increase marketing budget, grow user base, continue LTV enhancements, increase partnership focus |
| **Platform** | • New products & features to maintain technological lead | • Full native integration and expansion to new platforms (PC, web, console, AR, VR, wearables, etc.) |
| **Content** | • CapCom's Street Fighter, Color Switch, Bubble Genius, Mahjongg, Tens, Pinball, Dominos Gold | • Launch higher quality games<br>• Launch large traffic enterprise games |
| **Distribution** | • Focused on maintaining existing marketing ROI while doubling marketing budget<br>• Android | • Digital paid acquisition, games with native traffic, affiliates, live content (linear TV, OTT), charity enablement, event / venue enablement |
| **Team** | • Added Craig Churchill (CRO, Top 10 IGT executive)<br>• Expansion in enterprise dev. partnerships | • Head of People<br>• Head of BD<br>• Head of Operations |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397040

**PTX 385.21**

# **What's Next** for Skillz?



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397041

PTX 385.22

# Monthly Layer Cake: Gross Profit (Actuals Only)

Cohorts become an annuity stream – **all cohorts since inception contributed to revenue in Dec. 2017**





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397042

PTX 385.23

# Unit Economics: Payback and ROI (Actuals Only)

Recent cohorts become **unit economic profitable in under 6 months**

Continued **ROI growth for mature cohorts 48+ months** after inception





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PTX 385.24**

# Gross Revenue Dollar Retention

More titles, better content & player network effect drive cohort performance

**Cohorts contribute ~15-20% of Month 1 gross revenue into perpetuity**




eSports for Everyone

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

24

SKLZPAT00397044

**PTX 385.25**

# 98% Revenue Retention from 2016 to 2017

**Revenue has more than doubled** from 2016 to 2017, with **98% revenue retention year over year**



| | 2016A | 2017A | Δ # | Δ % |
|---|---|---|---|---|
| **Total Entry Fee Revenue** | $54,034,362 | $120,333,652 | $66,299,290 | 123% |
| | | | | |
| Existing Users | $11,482,429 | $53,017,283 | $41,534,854 | 362% |
| New Users | $42,551,933 | $67,316,369 | $24,764,436 | 58% |
| | | | | |
| **% Contribution** | | | | |
| New Users | | 79% | 56% | **37%** |
| Existing Users | | 21% | 44% | **63%** |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397045

PTX 385.26

# Annual P&L (Base Case)

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E |
|---|---|---|---|---|---|---|
| **Gross Revenue** | $4,058,828 | $20,609,152 | $54,034,362 | $120,333,652 | $289,875,665 | $965,142,537 |
| **Total Net Revenue** | **$527,057** | **$2,612,946** | **$7,961,007** | **$18,511,511** | **$54,534,671** | **$216,369,974** |
| *YoY Growth* | | *395.8%* | *204.7%* | *132.5%* | *194.6%* | *296.8%* |
| | | | | | | |
| Total Cost of Goods Sold | $(331,472) | $(1,347,781) | $(2,685,280) | $(5,916,973) | $(18,678,338) | $(85,910,055) |
| **Gross Profit** | **$195,585** | **$1,265,166** | **$5,275,727** | **$12,594,538** | **$35,856,333** | **$130,459,919** |
| *Gross Profit Margin (Net Revenue)* | *37.1%* | *48.4%* | *66.3%* | *68.0%* | *65.7%* | *60.3%* |
| | | | | | | |
| Total Operating Expenses | $(5,367,669) | $(9,040,563) | $(15,474,387) | $(18,850,072) | $(45,114,731) | $(92,842,324) |
| **EBITDA** | **$(5,172,084)** | **$(7,775,397)** | **$(10,198,660)** | **$(6,255,535)** | **$(9,258,397)** | **$37,617,595** |
| *EBITDA Margin %* | *NA* | *NA* | *NA* | *NA* | *NA* | *17.4%* |
| | | | | | | |
| **Headcount** | 34 | 41 | 58 | 94 | 204 | 362 |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

26

SKLZPAT00397046

**PTX 385.27**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397047

**PTX 385.28**



Appendix

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397048

**PTX 385.29**

# Demos (click images below to view)

| **For Players** | **For Developers** | **For Streamers** |
|---|---|---|

| **Selected Skillz Games** | **Skillz Website** | **Streamer Portal** |
|---|---|---|

  
  





| | **Developer Portal** | **Streaming Videos** |
|---|---|---|

  



 

**Password: skillz**

**skillz**
*eSports for Everyone*

29

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397049

# Skillz Players By Genre

| Demographic | Male | Female | 18 - 24 | 25 - 34 | 35 - 44 | 45 - 54 |
|---|---|---|---|---|---|---|
| Puzzle | 41% | 59% | 27% | 45% | 21% | 7% |
| Bubble | 32% | 68% | 34% | 46% | 15% | 5% |
| Match 3 | 20% | 80% | 15% | 48% | 26% | 10% |
| Sports | 90% | 10% | 33% | 45% | 15% | 6% |
| Trivia | 66% | 34% | 17% | 47% | 28% | 8% |
| Card | 23% | 77% | 21% | 48% | 21% | 10% |
| Other | 46% | 54% | 27% | 36% | 24% | 13% |

| Education | High School | College | Grad School |
|---|---|---|---|
| Puzzle | 22% | 71% | 6% |
| Bubble | 25% | 70% | 5% |
| Match 3 | 23% | 70% | 7% |
| Sports | 28% | 68% | 5% |
| Trivia | 10% | 74% | 15% |
| Card | 22% | 72% | 6% |
| Other | 30% | 65% | 5% |

| Income | $30,000 - $49,999 | $50,000 - $74,999 | $75,000 - $99,999 | $100,000 - $149,999 | $150,000+ |
|---|---|---|---|---|---|
| Puzzle | 24% | 32% | 18% | 11% | 14% |
| Bubble | 31% | 32% | 16% | 11% | 10% |
| Match 3 | 32% | 31% | 16% | 10% | 10% |
| Sports | 28% | 31% | 17% | 11% | 14% |
| Trivia | 21% | 30% | 18% | 14% | 18% |
| Card | 28% | 35% | 22% | 8% | 8% |
| Other | 32% | 30% | 15% | 11% | 11% |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    SKLZPAT00397050

**PTX 385.31**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397051

PTX 385.32

# Why Skillz is Legal

| Historical Context | Current Laws | Trends in Legislation |
|---|---|---|
| <u>Cultural significance</u><br>Tournaments, including those with an entry fees and prize, have long been a celebrated part of human culture and are practiced at many levels.<br><br>Examples include:<br><br>• New York City Marathon<br>• U.S National Spelling Bee<br>• Local bowling alley contests<br><br><u>Modern applications</u><br>Today, online tournaments with prizes are available on major media sites like AOL, MSN, or Yahoo. No legal differences based on number of participants | What makes it legal?<br>An outcome that is not determined by chance:<br><br>1. Predominance Test – if a game falls closer to "pure skill" than "pure chance"<br>2. Material Element Test – tests if chance plays a material role in the game's outcome<br><br>The Unlawful Internet Gambling Enforcement Act of 2006 bans wagers only where such a wager is unlawful under any applicable federal or state law | Movement for approval<br>Competitions are approved in the majority of US States with an ongoing trend towards increased legalization:<br><br>• Vermont passed a new law in May 2013 making it legal to require consideration for entry in a skill contest<br>• New Jersey division of gaming enforcement began accepting applications for skill-based gaming in October 2014<br>• Iowa passed a bill in May 2015 broadly legalizing skill-based video game tournaments |

> "Paying an entrance fee in order to participate in a game of skill… in the hope of winning prize money guaranteed by some sponsor to successful participants, is a traditional part of American social life"   –Arizona Supreme Court



32

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397052

PTX 385.33

# Skillz is not Daily Fantasy Sports

| Daily Fantasy | Skillz |
|---|---|
| ✗ Investigated as to whether it is a game of skill | ✓ All games are statistically proven and legally vetted as games of skill |
| ✗ Top players win all the time, allegations of "sharking" | ✓ Fair player matching |
| ✗ Betting on an athlete (Outcome depends on <u>other</u> players' performance) | ✓ Being the athlete (Outcome depends on player's <u>own</u> performance) |



33

**PTX 385.34**

# Skillz Only Enables Prizes In Games of Skill

**<u>Patent: US 8882576 B1 - Algorithmic Skill Classification</u>**

Determines the skill vs chance in any video game

• Authored by Dr. Peter Winkler: Professor of Math, Statistics, and Computer Science at Dartmouth

• Classifies a game as a game of skill or a game of chance by examining the distribution of player score outcomes

• Determines the skill factor in a game based on whether a player is able/ unable to improve overtime (e.g., slots vs. chess)





| Skillz games are games of skill similar to physical sports including pool, golf, and bowling | Skillz <u>does NOT</u> award prizes in games of chance including poker, blackjack, and bingo |


eSports for Everyone

34

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397054

# Skillz Compliance and Approvals

| | | | |
|---|---|---|---|
| **Apple** | (Apple logo) | • All Skillz-powered titles available on iOS App Store | ✓ |
| **Amazon** | amazon.com | • All Skillz-powered titles approved by Amazon App Store | ✓ |
| **Lewis Roca Rotherberger** | LEWIS ROCA ROTHGERBER | • Leading third-party gaming law firm for legal compliance<br>• State by state analysis of the legal precedence and laws where Skillz operates player-funded competitions | ✓ |
| **Visa** | VISA | • Audited and approved for business and player transactions | ✓ |
| **Mastercard** | (Mastercard logo) mastercard | • Audited and approved for business and player transactions | ✓ |
| **Vantiv** | vantiv | • Audited and approved for business and player transactions<br>• Dropped FanDuel and DraftKings, kept Skillz | ✓ |
| **Paypal** | PayPal | • Audited and approved for business and player transactions | ✓ |
| **BMM Testlabs** | bmm testlabs | • KYC (Know Your Customer) checks and age-gating audited and approved by leading independent test lab | ✓ |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397055

**PTX 385.36**

# Player-Funded Tournaments: Geo Overview

## US Snapshot

Players can compete for cash prizes in 80%+ of the world

Players can compete in virtual currency and sponsored prizes in all countries and nationwide

### Tier 1 - Currently Live

- Cash tournaments are legal and subject to a homogenous set of laws



☐ Cash tournaments available
☐ Virtual currency tournaments only

### Tier 2 - Coming Soon

- 11 States
- Cash tournaments are permitted but subject to non-standard laws



☐ Tier 2 states

### Tier 3 - Pending Approval

- 2 States
- Expansion requires clarification of laws or policy changes



☐ Tier 3 states



36

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397056

**PTX 385.37**

# Player-Funded Tournaments: Age Overview

Player-funded tournaments with prizes have a long history in offline sports/activities, which is legally 12+ in most jurisdictions

  

## Examples include marathons, spelling bees, carnival games, golf / bowling competitions, etc



37

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SKLZPAT00397057

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v.
AviaGames Inc.

Plaintiff Exh. No.:  **PTX 385**

Date Admitted:  2/6/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 385.39**