# File Provided Natively

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY AVIA_0095614
PTX 539.1



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**AVIA_0095614**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_______________________
Jacqueline Yorke

Sworn to before me this
January 4, 2024

_______________________
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

_______________________
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

PTX 539.2

```
[
{
        "msg_id": "om_a045f7bd05dd94cf8cba27e20fe7bbd8",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 14:38:01 +0000 UTC",
        "message_type": "SYSTEM",
        "system_content": {
                "template": "{from_user} invited {to_chatters} to this chat.",
                "template_key_value": {
                        "from_user": "Felix - 蒋励",
                        "to_chatters": "Bruce - 卢训涛, Ronnie - 庄子"
                },
                "template_user_info": {
                        "from_user": [
                                {
                                        "user_id": "5gd6a413",
                                        "name": "Felix - 蒋励"
                                }
                        ],
                        "to_chatters": [
                                {
                                        "user_id": "57dd3655",
                                        "name": "Bruce - 卢训涛"
                                },
                                {
                                        "user_id": "21192ff3",
                                        "name": "Ronnie - 庄子"
                                }
                        ]
                }
        }
},
{
        "msg_id": "om_a5f0efbd064576798637a90ea9ae0114",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 14:38:15 +0000 UTC",
        "message_type": "SYSTEM",
        "system_content": {
                "template": "{from_user} changed group name from \"{old_group_name}\" to
\"{group_name}\".",
                "template_key_value": {
                        "from_user": "Felix - 蒋励",
                        "group_name": "P7战力沟通",
                        "old_group_name": "Felix - 蒋励, Ronnie - 庄子, Bruce - 卢训涛"
                },
                "template_user_info": {
                        "from_user": [
                                {
                                        "user_id": "5gd6a413",
                                        "name": "Felix - 蒋励"
                                }
                        ]
                }
        }
},
{
```

        "msg_id": "om_3db821d31899d4388f21cbe4f32884b8",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 14:38:21 +0000 UTC",
"message_type": "IMAGE",
"image_content": {
"source_key": "img_v2_a1ed50c3-ae58-42e2-b321-03734dd1abfg",
"attachment_id":
"aW1nX3YyX2ExZWQ1MGMzLWFINTgtNDJIMi1iMzIxLTAzNzM0ZGQxYWJmZ0Bb5Zu-54mHXUA3MjI1OTA5OTQzODUyMzM1MTA1QDcxMDMxNjc1ODg4MDAzMzE3ODA="
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_bef4182b933fbd5c771d4875e98b8c52",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 14:39:03 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "碰到个奇怪的现象，我2248战力，打对面2172战力 打输了。下一局的 战力 竟然是没变的"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_0ad17f2a6e789de63f6bd6c6af3bbff4",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 14:55:58 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "再多玩一些，各种类型和情况都覆盖到，看看规律[无辜笑]"
},
"sender_info": {
"name": "Bruce - 卢训涛",
"email": "luxuntao@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "57dd3655"
},

"message_reaction": {
"OK": {
"reaction_type": "OK",
"reaction_count": 1,
"reaction_info": [
{
"user_id": "5gd6a413",
"create_time": "2022-05-29 14:56:11 +0000 UTC",
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp"
}
]
}
}
},
{
"msg_id": "om_a0551fe290097c70e08e2615cecf5184",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:01:58 +0000 UTC",
"message_type": "IMAGE",
"image_content": {
"source_key": "img_v2_8c9330bb-c532-4710-aec6-2ab47f6a21dg",
"attachment_id": "aW1nX3YyXzhjOTMzMGJiLWM1MzItNDcxMC1hZWM2LTJhYjQ3ZjZhMjFkZ0Bb5Zu-54mHXUA3MjI1OTA5OTQzODUyMzM1MTA1QDcxMDMxNjc1ODg4MDAzMzE3ODA="
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_75da0e3bb57f0059b66b7eed89af1010",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:02:27 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "2197战力 玩输了口局，赢了一局。。 结果战力 还升到 2201 了。。"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"

```
        }
},
{
        "msg_id": "om_01ece3b1a0fda1cef2d0f73abdd88b49",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:04:08 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "确认下183/184是不是共用战力？ [抠鼻]"
        },
        "sender_info": {
                "name": "Bruce - 卢训涛",
                "email": "luxuntao@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-
bcff-
00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "57dd3655"
        }
},
{
        "msg_id": "om_332b97a25c18e93b86f997ba8547624a",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:04:27 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "不是。两套的，我试过了。"
        },
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-
b3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
},
{
        "msg_id": "om_cf961a67e409602bf6ba553f2eae981c",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "parent_msg_id": "om_75da0e3bb57f0059b66b7eed89af1010",
        "create_time": "2022-05-29 15:06:03 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "而且有一句我是输给 2021，比我口力低了一截的，所以 这局计算战力时 理应下降
非常多。"
        },
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-
b3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
```

```
        }
},
{
        "msg_id": "om_877ce66903f6633c5f1a758df9da5d9d",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:08:02 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "找几个玩的场次比较多的玩家，把他口的对战和战力变化记录拿出来排查一下，看
看有没有异常。  如果有异常，明天拉上玉朋详细看下。"
        },
        "sender_info": {
                "name": "Bruce - 卢训涛",
                "email": "luxuntao@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-
bcff-
00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "57dd3655"
        }
},
{
        "msg_id": "om_58025f9465dd0fbbdf2b737f6b48f99d",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:08:54 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "嗯嗯，好的。 上面两个情况 请\u003cat
user_id=\"6974586049762803715\"\u003e@Ronnie - 庄子\u003c/at\u003e 庄哥看到 也给 解读下哇。看
是不是 机制如此。"
        },
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-
b3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
},
{
        "msg_id": "om_b9ae18742b308dc0ce5cec02675f0a75",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:15:56 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "确实有点奇怪，而且你那三场的战力都是一样的"
        },
        "sender_info": {
                "name": "Ronnie - 庄子",
                "email": "ronnie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-
8755-
c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
```

"user_id": "21192ff3"
}
},
{
"msg_id": "om_4311206b2c54cc34d539b0d13ec69dd4",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:16:02 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "我多开 "
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_05963b09b27b208c869fe87572f2a397",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:16:09 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "那是1V3多开"
},
"sender_info": {
"name": "Bruce - 卢训涛",
"email": "luxuntao@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "57dd3655"
}
},
{
"msg_id": "om_5cc55625b18dcb34b1fadb07aa881ab7",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:16:13 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "1V3"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}

 },
{
"msg_id": "om_4ee19375c635163b9c99a4dc71f7127a",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:16:20 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "哦，那要看看多开的战力计算是否有问题"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{
"msg_id": "om_a12b134cd0adc758a28b6240ed001b31",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:16:53 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "有可能按照了你最后一场算的"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{
"msg_id": "om_82ff0def893e673c2f397d50f8c2af39",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:17:15 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "从多开逻辑上看，确实没法一起都算"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{

        "msg_id": "om_7b1348718eb26316283e8e473c8a5d75",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:17:23 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "我试过 三场都输，  是会 降·~~"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_11813b735bda1e09f17dad501e4b6a28",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:17:39 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "看起来像是这样。取其中一场结果计算"
},
"sender_info": {
"name": "Bruce - 卢训涛",
"email": "luxuntao@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "57dd3655"
}
},
{
"msg_id": "om_52b3f28ee0c04cdf3cec0c891dcc320d",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:17:45 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "问题应该处在多开逻辑上，你明天找玉朋确认下逻辑"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
},
"message_reaction": {
"OK": {
"reaction_type": "OK",
"reaction_count": 2,

"reaction_info": [
{
"user_id": "57dd3655",
"create_time": "2022-05-29 15:18:29 +0000 UTC",
"name": "Bruce - 卢训涛",
"email": "luxuntao@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp"
},
{
"user_id": "5gd6a413",
"create_time": "2022-05-29 15:18:33 +0000 UTC",
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp"
}
]
}
}
},
{
"msg_id": "om_83a7b5ea505527be0f3187b82431ab8a",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:18:38 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "第一个 呢 庄哥"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_47f77cc04877992303d9b1647a3a10fa",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:19:48 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "会不会是时间间隔太短，还没算完呢[打脸]"
},
"sender_info": {
"name": "Bruce - 卢训涛",
"email": "luxuntao@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-

00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "57dd3655"
}
},
{
"msg_id": "om_15cd3ac90605b5cb88f02cc0d7898b29",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"parent_msg_id": "om_47f77cc04877992303d9b1647a3a10fa",
"create_time": "2022-05-29 15:20:54 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "\u003cat user_id=\"7019171554118434817\"\u003e@Bruce - 卢训涛\u003c/at\u003e 哦 还真有可能。。"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_f1cbb92918a7de3e84fea449d0169ab2",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:20:55 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "第一个有可能能是第一场还没结算，第二场就匹配上了"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{
"msg_id": "om_50345bdb80012e3b8f923e129187b2ed",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-29 15:21:12 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "所以第一场变成无效结算"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-

```
c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "21192ff3"
        }
},
{
        "msg_id": "om_cf0bb74a3ce059b8d50c7d0bac0caa8a",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:21:53 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "嗯嗯  明白了 "
        },
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-
b3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
},
{
        "msg_id": "om_2ca763f05b25c293de4722e1fbaddc3f",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:22:05 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "[抱拳]"
        },
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-
b3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
},
{
        "msg_id": "om_c63db55b30603d42c41b16669a27dabb",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-29 15:22:57 +0000 UTC",
        "message_type": "TEXT",
        "text": "[消息已撤回，无法查看内容]",
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-
b3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
```

```
},
{
        "msg_id": "om_7ae51218596e1257740e4413bc85e522",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-30 07:31:42 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "\u003cat user_id=\"all\"\u003e所有人\u003c/at\u003e 你们电脑需要升级吗"
        },
        "sender_info": {
                "name": "Ronnie - 庄子",
                "email": "ronnie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-
8755-
c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "21192ff3"
        }
},
{
        "msg_id": "om_41b65637159d81f5faf5cf4a667f13c4",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-30 07:31:57 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "需要的话配置发我一下, 我给你们申请"
        },
        "sender_info": {
                "name": "Ronnie - 庄子",
                "email": "ronnie@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-
8755-
c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "21192ff3"
        }
},
{
        "msg_id": "om_9f52dd26b68b523058ab0fde2d05bb80",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-30 08:08:35 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "我想申请换个16寸的M1 Pro款最低配。"
        },
        "sender_info": {
                "name": "Bruce - 卢训涛",
                "email": "luxuntao@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-
bcff-
00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "57dd3655"
        }
},
{
```

"msg_id": "om_7293bf15de6a749a357c4dd83fce50a5",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-30 08:12:59 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "我想申请 14寸 M1 低配就好 。"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_c0ab755f4b9393bb2841026d2a3d7db6",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 13:40:17 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "\u003cat user_id=\"6974586049762803715\"\u003e@Ronnie - 庄子\u003c/at\u003e 庄哥同步下， 付费用户的 战力回调 已经完成。抽查了 线上部分数据， 都已经生效了。"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
},
"message_reaction": {
"THUMBSUP": {
"reaction_type": "THUMBSUP",
"reaction_count": 1,
"reaction_info": [
{
"user_id": "21192ff3",
"create_time": "2022-05-31 14:23:20 +0000 UTC",
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp"
}
]
}
}
},
{

        "msg_id": "om_5777639dba84d0134cd024a8909bacab",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 14:28:04 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "I just checked the □ account, 240 games, 90 wins and 30 losses. Level 4 Big Shark~"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_8ffe2451563a3f22be46790bd3110da8",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 14:28:28 +0000 UTC",
"message_type": "IMAGE",
"image_content": {
"source_key": "img_v2_18e30f31-9e46-4bfb-b499-e047bd3a104g",
"attachment_id": "aW1nX3YyXzE4ZTMwZjMxLTllNDYtNGJmYi1iNDk5LWUwNDdiZDNhMTA0Z0Bb5Zu-54mHXUA3MjI1OTA5OTQzODUyMzM1MTA1QDcxMDMxNjc1ODg4MDAzMzE3ODA="
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_f02c1793e7a45b30d1744c7db8f0aae1",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 14:29:09 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "By sheer fighting capability, it feels that we cannot hold back this kind of player. .. It is necessary to call in the guider~"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},

{
        "msg_id": "om_05ed8ecff765bed110300a8b6819f5e4",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-31 14:29:14 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "For top predators on the platform, we have to take big steps."
        },
        "sender_info": {
                "name": "Bruce - 卢训涛",
                "email": "luxuntao@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                "user_id": "57dd3655"
        }
},
{
        "msg_id": "om_b0b2a5a7a175464e78d925462c8bb0ed",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-31 14:29:15 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "[笑哭]"
        },
        "sender_info": {
                "name": "Felix - 蒋励",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                "user_id": "5gd6a413"
        }
},
{
        "msg_id": "om_6143fd83266013c38cc57f99af573307",
        "chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
        "create_time": "2022-05-31 14:29:35 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "视频拿来学习学习[思考]"
        },
        "sender_info": {
                "name": "Bruce - 卢训涛",
                "email": "luxuntao@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
                "user_id": "57dd3655"
        },
        "message_reaction": {
                "OK": {
                        "reaction_type": "OK",

                        "reaction_count": 1,
"reaction_info": [
{
"user_id": "5gd6a413",
"create_time": "2022-05-31 14:29:55 +0000 UTC",
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp"
}
]
}
}
},
{
"msg_id": "om_62f299e725efa8f667eac9d329812931",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 14:51:36 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "这种玩家用战力隔离掉"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
},
"message_reaction": {
"OK": {
"reaction_type": "OK",
"reaction_count": 1,
"reaction_info": [
{
"user_id": "57dd3655",
"create_time": "2022-05-31 14:59:58 +0000 UTC",
"name": "Bruce - 卢训涛",
"email": "luxuntao@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_e5664789-da07-48f7-bcff-00a2feb1613g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp"
}
]
}
}
},
{
"msg_id": "om_c2ecafc24c0d56fc551cbd3f2ac4c4c6",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 14:51:44 +0000 UTC",

"message_type": "TEXT",
"text_content": {
"text": "看下有没作弊"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{
"msg_id": "om_63ab1b57fa46fe537cb8f1a765b116c2",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"parent_msg_id": "om_c2ecafc24c0d56fc551cbd3f2ac4c4c6",
"create_time": "2022-05-31 14:53:42 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "\u003cat user_id=\"6974586049762803715\"\u003e@Ronnie - 庄子\u003c/at\u003e 好的, 我看看他的操作视频。"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
},
{
"msg_id": "om_70e728847d84f59cbf492d7d8a43311a",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 15:05:36 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "到时调整战力的时候需要把这些鲨鱼晒出来"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{
"msg_id": "om_64ad19a07f7f8ff548ac25831de55443",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 15:05:52 +0000 UTC",

"message_type": "TEXT",
"text_content": {
"text": "免得压缩战力之后他□反而可以获利"
},
"sender_info": {
"name": "Ronnie - 庄子",
"email": "ronnie@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/9cbf47ea-b7a4-470c-8755-c0b0c17418eg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "21192ff3"
}
},
{
"msg_id": "om_6c87860b217ad7af170815ea6ccef419",
"chat_id": "oc_95676a992380b9cfa32428daebbe1d50",
"create_time": "2022-05-31 15:11:26 +0000 UTC",
"message_type": "TEXT",
"text_content": {
"text": "嗯嗯 明白。这块我好好研究下"
},
"sender_info": {
"name": "Felix - 蒋励",
"email": "jiangli@aviagames.com",
"avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498c-b3a2-08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_format=.webp",
"user_id": "5gd6a413"
}
}
]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 539**

Date Admitted: 2/7/2024

By: Tiffany Salinas-Harwell, Deputy Clerk