**File Provided Natively**

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
NJ OPRA CONFIDENTIAL TREATMENT REQUESTED BY SKILLZ

AVIA_0260640
NJAG_SKILLZ-0018156

**PTX 557.1**



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**AVIA_0260640**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
January 8, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**PTX 557.2**

```
{
        "msg_id": "om_f531cf7af33b61a71bd479ff5286e785",
        "chat_id": "oc_e3f952f953180660b0f3a782dc5c9e69",
        "create_time": "2022-06-14 09:48:55 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "\u003cat user_id=\"679795762087224934\"\u003e@Kevin\u003c/at\u003e Hello,
Brother Peng. Attached is the name and avatar information of the guides. Of which, there are 419 names, 297
custom avatars (with association/bundling relationship marked), and the remaining 122 guides randomly use system
avatars."
        },
        "sender_info": {
                "name": "Felix - Jiang Li",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498cb3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        },
        "message_reaction": {
                "THUMBSUP": {
                        "reaction_type": "THUMBSUP",
                        "reaction_count": 1,
                        "reaction_info": [
                                {
                                        "user_id": "cd486cge",
                                        "create_time": "2022-06-14 10:16:09 +0000 UTC",
                                        "name": "Kevin",
                                        "email": "zhangpeng@aviagames.com",
                                        "avatar_url": "https://s1-imfile.feishucdn.com/staticresource/
v1/v2_fbf68e1c-0e9c-4b74-910f-
6686f57a015g~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp"
                                }
                        ]
                }
        }
},
{
        "msg_id": "om_69b65b809cbd4ec3b39e6f4ad4dce22e",
        "chat_id": "oc_e3f952f953180660b0f3a782dc5c9e69",
        "create_time": "2022-06-14 09:49:22 +0000 UTC",
        "message_type": "TEXT",
        "text_content": {
                "text": "Brother Peng, please help to take care of this if you have time. Thank you~"
        },
        "sender_info": {
                "name": "Felix - Jiang Li",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498cb3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
},
```

```
{
        "msg_id": "om_1b599a4526ae53cbac6a13158e65d608",
        "chat_id": "oc_e3f952f953180660b0f3a782dc5c9e69",
        "create_time": "2022-06-14 09:51:30 +0000 UTC",
        "message_type": "FOLDER",
        "file_content": {
                "source_key": "file_v2_b0a68bb8-559a-4e9c-ac8e-59ca9b2d942g",
                "attachment_id":
"ZmlsZV92Ml9iMGE2OGJiOC01NTlhLTRlOWMtYWM4ZS01OWNhOWIyZDk0MmdAWaWh-
S7tuWkuV1ANzIyNTc0Njg1MDQ5NzQ3ODY1OEA3MDAwMjUzMzYxMTIzNjIyOTTE0"
        },
        "sender_info": {
                "name": "Felix - Jiang Li",
                "email": "jiangli@aviagames.com",
                "avatar_url": "https://s3-imfile.feishucdn.com/static-resource/v1/v2_4bd3ea30-0ee8-498cb3a2-
08beddb997fg~?image_size=noop\u0026cut_type=\u0026quality=\u0026format=image\u0026sticker_for
mat=.webp",
                "user_id": "5gd6a413"
        }
},
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 557**

Date Admitted: 2/5/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 557.5**