**LETTER OF INTENT TO CLOSE CONTRACTUAL AGREEMENTS**

16 November 2016

**PARTIES**

(1)     **Jarrod Epps**, 945 N. Minstrel Rd., Sequim, WA, 98382, United States (**Consultant**), and

(2)     **Aviagames Limited**, a company incorporated in Hong Kong with company number 65571830-000- 12-15- 2 and having its registered office at RM 1502(90) EASEY COMM BLDG 253-261 Hennessy RD Wanchai Hong Kong (**Company**).

The Consultant and the Company agree to work toward the closing of a full Contractual Agreement by 1 December 2016.

**SCOPE OF WORK**

Phase 1

The goal in this phase is for the Consultant to assist in the approval of the Company as a client for payment processor, to gain approval for Avia's first game launch on Apple and to introduce Avia to the right people at Facebook to begin their discussion on the approval process. In order to reach those goals, the Consultant will:

> Provide introductions to key partners (KPs)– Apple, payment providers, Facebook and others who can add value to the real money skill gaming effort.
>
> Facilitate the exchange of initial information between KPs and Avia.
>
> Review non-legal documents that Client produces in the effort to gain approvals from KPs
>
> Suggest processes and policies that will need to be in place to gain approvals from KPs.

Although the Consultant cannot provide guarantees that these approvals will be granted by the KPs, he commits to work toward those above-listed goals.

The Consultant will also introduce initial Technical (backend development, server administration) and Customer Support staff who can advise and help with the setup of the system and the relaunch of the platform.

Phase 2: Ongoing Scope of Work

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121465

**PTX 558.1**

Once the initial game is launched, for a Term of two years from the signature of this LOI, the Consultant will:

Advise on which games can be appropriate for the platform

Advise on best practices for where and how to include platform on games

Advise on how to convert player to payers through in-game techniques

**TIME SPEND**

It is anticipated that the Consultant will spend 5 – 10 hours per week over the first month of this agreement for the initial introductions and handover period, and will then scale back to no less than 15 hours per month to work on an as-needed basis going forward.

**COMPENSATION**

The total fee to be paid to the Consultant from the Company for this Agreement is as follows:

a. $10,000USD due on signature of this Letter of Intent,

b. $3,500USD to be paid the 1st of every month for 12 months starting 1 January 2017, and

c. $20,000USD on the first day the first real money game developed or published by the Company is live and available for public download on the Apple App Store (https://itunes.apple.com/) in any territory worldwide.

 i. All payments will be made to the account:

 U.S. Bank

 Account Number: 153565419501

 Routing Number: 125000105

 unless the Company is otherwise instructed in writing by the Consultant of a change in account information in advance of a subsequent payment becoming due.

Agreed on behalf of Aviagames Limited

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121466

**PTX 558.2**

Vickie Chen
Nov 21, 2016

..........................................

Vickie Chen

Agreed by Jarrod Epps

..........................................

Jarrod Epps

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121467

**PTX 558.3**

DATED

22 November 2016

## SOFTWARE LICENSE AGREEMENT

between

**Jarrod Epps**

and

**Aviagames Limited**

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121468

**PTX 558.4**

**THIS AGREEMENT** is dated 22 November 2016

## PARTIES

(1)    Jarrod Epps, 945 N. Minstrel Rd., Sequim, WA, 98382, United States (**Licensor**), and

(2)    Aviagames Limited, a company incorporated in Hong Kong with company number 65571830-000- 12-15- 2 and having its registered office at RM 1502(90) EASEY COMM BLDG 253-261 Hennessy RD Wanchai Hong Kong (**Licensee**).

## BACKGROUND

The Licensor agrees to assign to the Licensee the non-exclusive right to use a copy of the Licensor's Software on the terms and subject to the conditions of this agreement.

## AGREED TERMS

*1.*    LICENSE

*1.*    The Licensor grants to the Licensee, subject to the  terms of this agreement, a non-exclusive, worldwide, non-transferable license to use, reproduce and exploit the Software described in Schedule 1 of this Agreement, including, but not limited to, the unlimited right to change, copy, alter, add to, take from, adapt or translate the Software (the "**License**").

*2.*    No rights or licenses are conferred on the Licensee pursuant to this agreement except those expressly set out in this agreement.

*2.*    FEE

*1.*    The fees to be paid to the Licensor from the Licensee for this Agreement are as follows:

*a.*    $20,000USD due on signature of this agreement,

2

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121469

**PTX 558.5**

*b.* $20,000USD to be placed into www.escrow.com to be allocated to the Licensor upon the Licensee having access to the Software, after which time the Licensee will have 5 days to verify the entirety of the Software.

*c.* During the initial 5 day period allotted for the Licensee's verification of software, the Licensor is responsible to work with the chosen technical consultants to configure the initial servers provided by the Licensor for running the software, to provide guidance and assistance as needed with that software setup and also, during this initial 5 day confirmation period, to cover the fees of the technical consultants used for this initial server setup.

All payments will be made to the account:

U.S. Bank

Account Number: 153565419501

Routing Number: 125000105

unless the Licensee is otherwise instructed in writing by the Licensor of a change in account information in advance of a subsequent payment becoming due.

4.      INTELLECTUAL PROPERTY RIGHTS

*1.*      With the exception of clause 2.1 nothing in this agreement shall affect the Licensor's nor the Licensee's ownership of, or right to exploit the Software in its original form.

2.      The Licensee shall own the Intellectual Property in any modifications it makes to the Software.

5.      INFRINGEMENT

The Licensor confirms he owns the right to provide this License to the Licensee; however, the Licensor gives no warranty and makes no representation in or pursuant to this agreement that the use of the Software does not or will not infringe the rights of others. Further, the Licensor is providing the Licensee with Software on an as-is

3

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    AVIA_0121470

**PTX 558.6**

basis, and the Licensor gives no warranty and makes no representation as to the condition of the Software for its intended use.

6.    TERM AND TERMINATION

This License is perpetual and interminable except in the case that the Licensee fails to complete Fee payments to be associated with this agreement.    In the case of failure to complete payment within the terms of this agreement, the Licensee's rights to use this Software, and any income derived from the Software and the use of this License becomes the property of the Licensor.

7.    ASSIGNMENT AND OTHER DEALINGS

*1.*    This License for the software code base is non-transferrable.    Except in the case of a sale of the entire company acquiring the License to use this software, in the event that the Licensee wishes to sell, transfer or otherwise dispose of the Software to any third party, it may do so only with the consent of the Licensor. As a condition of any company sale or transfer of the Business, the Licensee agrees that all rights, limits and obligations of the Licensee under this agreement will be transferred in their entirety to the acquiring third party.

*2.*    The Licensee will be allowed to provide 3rd party companies and individuals the opportunity to integrate their games to this software via SDK or API, and to profit from those activities as they see fit.

8.    CONFIDENTIALITY

*1.*    Each party may have access to Confidential Information of the other party under this agreement. A party's Confidential Information shall not include information that:

  *(a)*    is or becomes publicly known through no act or omission of the receiving party; or

  *(b)*    was in the other party's lawful possession prior to the disclosure; or

  *(c)*    is lawfully disclosed to the receiving party by a third party without restriction on disclosure; or

  *(d)*    is independently developed by the receiving party, which independent development can be shown by written evidence; or

4

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                AVIA_0121471

**PTX 558.7**

(e)     is required to be disclosed by law, by any court of competent jurisdiction or by any regulatory or administrative body.

2.     Each party shall hold the other's Confidential Information in confidence and, unless required by law, not make the other's Confidential Information available to any third party or use the other's Confidential Information for any purpose other than the implementation of this agreement. A party shall have the right to make Confidential Information available to such party's professional advisors, shareholders or investors who in such event shall be bound by the same confidentiality obligation as set out in this clause 8.

3.     Each party agrees to take all reasonable steps to ensure that the other's Confidential Information to which it has access is not disclosed or distributed by its employees or agents in violation of the terms of this agreement.

4.     This clause 8 shall survive termination or expiry of this agreement, however arising.

9.     GOVERNING LAW AND JURISDICTION

1.     This agreement and any dispute or claim arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) shall be governed by, and construed in accordance with, the law of England and Wales.

2.     The parties irrevocably agree that the courts of England have exclusive jurisdiction to settle any dispute or claim that arises out of or in connection with this license or its subject matter or formation (including non-contractual disputes or claims).

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                          AVIA_0121472

**PTX 558.8**

This agreement has been entered into on the date stated at the beginning of it.

Executed as a deed by Jarrod Epps

.........................................
Jarrod Epps

Executed as a deed by AVIAGAMES Limited

.........................................

Vickie Chen

CEO

6

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121473

**PTX 558.9**

**Schedule 1: The Software**

The software includes a backend system to run competitive skill-based games for a real money prize. The system includes a real money wallet which allows for deposits and withdrawals from a variety of 3rd party payment providers, once those providers are integrated.

The key elements of the software include the creation of a variety of tournaments structures, as well as management and settlement of those tournaments, a secure cash transfer experience, client identification functionality (KYC), geo-blocking, cheat protections (for custom integrations), incomplete game identification/resolution rules and an internal admin backend for companies to run cash-related customer service & support.

The software integrates its backend services to games via mobile SDKs (Software Development Kits) and mobile and online/console games via APIs (Application Protocol Interfaces.)

In reference to Clause 2.1, the Licensee will be verifying the following will be functioning:

- Server API system source code

- Developer back-end system source code

- Player system administration backend source code and interface

- Payment reconciliation system source code

- SDK integration files for games

- System deployment configuration scripts.

- Multitool for sample game testing environment.

7

Doc ID: 07209e05855f17a7407e72f9c80ec64d102ba5a6

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0121474

**PTX 558.10**

PTX 558.11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v.
AviaGames Inc.

Plaintiff Exh. No.:  PTX 558
Date Admitted: 2/6/2024

By: Tiffany Salinas-Harwell, Deputy Clerk