

Case 5:21-cv-02436-BLF   Document 645-41   Filed 02/20/24   Page 2 of 5

8/17/23, 2:47 PM                                                    4 Casual Games To Play With Real People (Win Some Money Too!)

Isn't it funny when games that are meant to be fun can sometimes turn into all-out family feuds? Everyone knows at least one family member or friend that takes games way too seriously. People who let their competitive nature get the best of them.

But never fear, there are also those who love casual games that lend themselves to good, clean fun. In fact, there is a whole world of casual, social games for you to discover. Let's take a look at some of the best ones online, and what you could be missing out on.

## What is a casual game?

Finding the right game for you is a very personal journey. There are so many games out there and each has its pros and cons. For example, some people like to hunker down for a whole day, with snacks, friends, and a complex strategy game. On the other hand, many people just want a quick game to pass the time during their lunch break. Having an understanding of what casual mobile games are and their benefits could help you on your quest to find the perfect game (that doesn't come with drama!).

You can generally download casual mobile games onto your phone either as a stand-alone game app or as part of a suite of games. They are designed for a mobile experience and are usually easy to learn and quick to play. On top of that, a lot of casual mobile games enable you to play against real people from across the US or even the world.

Here are some of the key benefits of casual mobile games:

- You don't have to fill your house with board games because they all live on your phone
- Many of them are free to play
- You'll find plenty of games that take under 5 minutes to play
- You get to play against real people
- There are hundreds of awesome games to choose from
- Some games let you play for real money (more on that later)
- They are fun and addictive in all the right ways

Case 5:21-cv-02436-BLF   Document 645-41   Filed 02/20/24   Page 3 of 5

8/17/23, 2:47 PM                                          4 Casual Games To Play With Real People (Win Some Money Too!)

Casual games are really for everyone, but they especially suit people who like a little competition, have a few minutes a day to spare, enjoy playing games with others, and like the convenience of being able to play on their phones. If you're keen to try casual games on your phone, here are some top picks.

## 4 Casual games to try today

You may not be completely new to online casual games, but there are always new games to discover if you know where to look. From simple, to complex, there is bound to be something that will capture your attention.

## 1. Bingo

It's a good idea to start with something familiar, and is there anything more nostalgic than Bingo? Bingo Clash is an online version of the traditional game. It has all the same ingredients but adds a few extra dynamics. For example, in Bingo Clash you can get more than one Bingo in a round. Winners are also decided on the total number of points at the end of the timer rather than the first person to achieve a Bingo.

## 2.Solitaire

Another classic game that has benefited from the online, mobile format is Solitaire. What defines Solitaire Clash is that instead of it being a solitary game for passing the time, it is a fast-paced experience that you can play against real people from across the US.

## 3. Fruit Frenzy

Here's a game for those with an eye for patterns. Similar to Candy Crush, Fruit Frenzy has you matching fruits to create combinations. The more combinations you make, the more points you earn. You can play Fruit Frenzy one-on-one against other players, or in Tournaments with multiple players at the same time.

## 4. Many, many more

These are just a few games that are offered by AvaiGames, as part of their Pocket7Games suite of casual games. There are loads of other casual games, both familiar and unfamiliar, like 21Gold (BlackJack), Bubble Shot, 8 Ball Strike, and Word Clash for you to try your hand at.

## Can you make money playing casual games?

That's right! You absolutely can. There are lots of ways to make money online, but doing it by playing fun games on your phone has to be the best way, right?

## How does it work?

In the case of AviaGames, it's super simple. You just need to download the game app, create an account, load up some initial playing money, and start playing. Many games allow you to start for free with player tickets and give you chances to win bonuses that let you play real money-making games for free.

Whether you play one-on-one or in game tournaments, the mechanics are pretty much the same. Games start with all players selecting a buy-in amount. Players then compete by trying to score as many points as possible within the game's time limit. The player or players with the most points at the end take the pot. It's that easy.

## Are casual games legit?

Not all online casual games let you play for money and not all that do are legit. The best way to tell if a game is legit is by asking the following questions:

- Do they partner with reputable payment platforms like Paypal, Venmo, or Apple Pay?
- What do players say about the games in their ratings and reviews?
- Does the game have a legit User Policy?
- Do they have anti-cheating mechanisms in place?
- Has the game provider created more than one popular game?

These are just some of the rules of thumb but all the games in the article tick the boxes. Playing casual games is about having fun, and not having to watch out for scams or fakes. Find a game provider that you can trust and take baby steps until you feel comfortable and confident.

So, is your interest piqued? Do you know which game you're going to try first? If so, welcome to the world of casual online games! Try out all the games discussed in this article on Pocket7Games. Keep a lookout because new tiles are being released all the time!

SKLZPAT00570662

PTX 575.4

**PTX 575.5**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 575**

Date Admitted: 2/7/2024

By: Tiffany Salinas-Harwell, Deputy Clerk