| | |
|---|---|
| From: | Hopeann Pettway [hpettway@skillz.com] |
| Sent: | 10/5/2016 2:26:39 PM |
| To: | Jamie Leung [jamie@aviagames.com] |
| CC: | Steve Brancale [sbrancale@skillz.com]; Vickie Chen [vickie@aviagames.com]; Andy Zhong [andy@aviagames.com]; Michael Woo [michael@aviagames.com]; Victoria Lin [victoria@aviagames.com]; Ping Wang [ping@aviagames.com] |
| Subject: | Re: Skillz/Avia followup |
| Attachments: | Number Drop Game Feedback - Google Docs.pdf |

Hi Jamie,

I've attached the feedback. The agenda will be as follows:

- Feedback Review
  o Themeing
- Avia's Plan for Launch
- Ways we can help

Looking forward to speaking with you.

Thanks,
Hope

On Tue, Oct 4, 2016 at 6:10 PM, Jamie Leung <jamie@aviagames.com> wrote:
Hope,

Could you send me the feedback and meeting topic of your side before the meeting? And I will send ours to you today.

Thanks
Jamie

On Wed, Oct 5, 2016 at 9:02 AM, Jamie Leung <jamie@aviagames.com> wrote:
Hope,

We are fine in Wednesday 4pm. Could you set up a meeting and set the invitation and meeting number. Ping Wang <ping@aviagames.com> and Andy Zhong <andy@aviagames.com> will join the meeting with us.

Thanks
Jamie

On Tue, Oct 4, 2016 at 11:30 PM, Hopeann Pettway <hpettway@skillz.com> wrote:
Jamie,

Will 10/5 Wednesday 4pm PDT work for your team? We'll go thru the build feedback and discuss any questions you have with regards to launch.

Thanks,
Hope

On Fri, Sep 30, 2016 at 8:36 AM, Hopeann Pettway <hpettway@skillz.com> wrote:

Jamie,

This is great! I will get the builds and the icons over to Bill and Dylan today and give you feedback early next week.  Yes, we should definitely set up a call - let me speak with the team and see when works for them and set something up for next Thursday or Friday.

Thanks,
Hope

On Fri, Sep 30, 2016 at 5:06 AM, Jamie Leung <jamie@aviagames.com> wrote:
> Hey Hope,
>
> We think we have finished the first milestone of the NumberDrop project. We built two different version for you:



📄 number drop icon 2.7z

📄 Z1Game-debug-2.apk

📄 Z1Game-mobile-3.ipa

**The IPA version:** standard gameplay with skill's SDK, you can test it with the devices that has the UDID you gave me today
**The APK version:**  a version that you can configure the tournament conditions of the game, but without skill's SDK


**Here is what we are going to do after the National Day of China, It takes 2~3 days to implement:**
1  A better design for these UI:  main menu, finish game and game over
2  A better BGM with different style
3  Celebrate effect and audio in these situation: get a high score,  get a high combo,   clear the board.
4  Optimize details


**Finally, we have some mock designs for icon of NumberDrop,** and we'd like to get your advice before we throw a test on Facebook.

Please let me know if you have any feedback, and can you set up a time later next week to talk about the next move for the product launch with our marketing team?

Thanks,
Jamie

On Fri, Sep 30, 2016 at 12:30 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
> Hey Jamie,
>
> I've attached a list of UDIDs for you.  If you send over the IPA, we can sideload and start looking at it sooner.

CONFIDENTIAL

AVIA_0012970

PTX 588.2

Thanks,
Hope

On Thu, Sep 29, 2016 at 9:25 AM, Jamie Leung <jamie@aviagames.com> wrote:
> Hi Hope,
>
> We have built an IOS version with skill's SDK, and applied for testflight. But It may takes 2~3 days to be approved. I was wondering if you can tell me the UDID of your devices so that you can test the game immediately.
>
> Thanks,
> Jamie
>
> On Sat, Sep 24, 2016 at 9:09 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
>> Jaime,
>>
>> Thanks for sending over the Android demo - it was great to play it on a phone! I have attached the feedback from Bill and Dylan on this round.
>>
>> I appreciate you sending the list of remaining items in development. I'm excited to hear they should all be done by next week.
>>
>> Please let me know if you have any questions.
>>
>> Hope you had a great weekend!
>>
>> Thanks again,
>> Hope
>>
>> On Fri, Sep 23, 2016 at 5:41 AM, Jamie Leung <jamie@aviagames.com> wrote:
>>> Hope,
>>>
>>> Hops you are well.
>>>
>>> We made a apk for android, and here is what we are developing:
>>> 1  Optimize the fluency
>>> 2  Implement gameplay Tutorial
>>> 3  Implement tournament conditions as variables （including change the number from 1~6 or 1~8）
>>> 4  BGM
>>> 5  Integrate  SDK
>>> 6  IOS version
>>>
>>> We think we can finish the above items before next friday.
>>>
>>> Have a nice weekend.
>>>
>>> Jamie
>>>
>>> On Thu, Sep 22, 2016 at 12:27 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
>>>> Great! Thanks Jamie. I'll have our team take a look and provide feedback by the end of the week.

Thanks,
Hope

On Wed, Sep 21, 2016 at 3:17 AM, Jamie Leung <jamie@aviagames.com> wrote:
> Hi Hope,
>
> Thanks for your concern. Here is the new version of NumberDrop. We will polish detail and integrate SDK in this week. The sound effect is made by ourself, but the BGM is still under development. By the way, values of difficulty can be adjusted by the sever in final version.
>
> Please let me know if you have any feedbacks.
>
> Jamie,
> Best

On Wed, Sep 21, 2016 at 6:11 PM, Jamie Leung <jamie@aviagames.com> wrote:
> Hi Hope,
>
> Thanks for your concern. Here is the new version of NumberDrop. We will polish detail and integrate SDK in this week. The sound effect is made by ourself, but the BGM is still under development. By the way, values of difficulty can be adjusted by the sever in final version.
>
> Please let me know if you have any feedbacks.
>
> Jamie,
> Best

On Wed, Sep 21, 2016 at 6:43 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
> Hi Jamie,
>
> I just wanted to see if there's anything I can assist you with at this time and check in on the progress of the updated demo.
>
> Hope you're having a great week.
>
> Thanks,
> Hope

On Wed, Sep 14, 2016 at 8:50 AM, Jamie Leung <jamie@aviagames.com> wrote:
> Hope,
>
> Thanks to your patient and detail feedback.
>
> As you said, this version is an early preview. Most of feedbacks you mentioned are under developing, however, I will let the team know all your feedbacks and keep an eye on the next version.
>
> Thanks,
> Jamie

On Wed, Sep 14, 2016 at 9:50 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
> Jamie,
>
> Thanks again for the early preview! We've been playing it quite a bit in the office. Attached, please find some feedback from our Product team. Could you take a look and let me know if you have any questions?

CONFIDENTIAL

PTX 588.4

AVIA_0012972

Looking forward to the next version.

Thanks,
Hope

On Fri, Sep 9, 2016 at 12:59 PM, Hopeann Pettway <hpettway@skillz.com> wrote:
> Jamie,
>
> Thanks for sending over the demo! I'll have Bill and Dylan take a look and we'll provide feedback first thing next week.
>
> Have a great weekend!
>
> Best,
> Hope
>
> On Fri, Sep 9, 2016 at 1:25 AM, Jamie Leung <jamie@aviagames.com> wrote:
>> Hope,
>>
>> Hope you are well.
>>
>> Here is the first demo of gameplay, without any effect and audio. And you can see the better version next week and final version the week after next.
>>
>> Run the program: unzip the attachment and open index.html with firefox
>>
>> Thanks,
>> Jamie
>>
>> On Fri, Sep 9, 2016 at 4:24 PM, Jamie Leung <jamie@aviagames.com> wrote:
>>> Hope,
>>>
>>> Hope you are well.
>>>
>>> Here is the first demo of gameplay, without any effect and audio. And you can see the better version next week and final version the week after next.
>>>
>>> Run the program: unzip the attachment and open index.html with firefox
>>>
>>> Thanks
>>>
>>> On Wed, Sep 7, 2016 at 2:20 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
>>>> Jaime,
>>>>
>>>> Thanks for the update - glad to hear things are going well. Looking forward to seeing the demo when it's ready.
>>>>
>>>> Talk soon,
>>>> Hope
>>>>
>>>> On Mon, Sep 5, 2016 at 7:54 AM, Jamie Leung <jamie@aviagames.com> wrote:
>>>>> Hi Hope,

Thanks for your concern, all the app developments are going well, I will send you the demo at the first time.

Best,
Jamie

On Fri, Sep 2, 2016 at 4:30 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
Hello!

I just wanted to check in and see how the app development and SDK integration is going and if there's anything I can help you with. Please let me know when you have a chance.

Hope you're having a great week!

Thanks,
Hope

On Thu, Aug 25, 2016 at 5:32 PM, Hopeann Pettway <hpettway@skillz.com> wrote:
Hey Jamie,

I have passed on your UI screens to Bill and Dylan, they lean more towards the ones with higher contrast. You do have the ability to customize the theme of our UI within our [Dev Portal](). Have you had a chance to look around in there yet? Please try and take a look and let me know if you have any questions about how it all works. We'd be happy to set up a demo with you if you think that will be helpful.

Thanks!
Hope

On Thu, Aug 25, 2016 at 6:49 AM, Jamie Leung <jamie@aviagames.com> wrote:
Hi Hope,

We have made some demo for the Skillz main UI, tell me what you think, please.

Jamie

On Thu, Aug 25, 2016 at 9:16 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
Jamie -

Glad the tutorial notes were helpful!

We would love it if you do a video Tutorial at the games landing page - the documentation in the GDD about static images refers to what can be done after entering the Skillz platform. Please do what you think is best as part of the start of the game.

Talk soon,
Hope

On Wed, Aug 24, 2016 at 9:54 AM, Jamie Leung <jamie@aviagames.com> wrote:
Hope,

Thank you very much for your ideas, it's really helpful for us.

CONFIDENTIAL

AVIA_0012974

PTX 588.6

We also think it can be better if the Tutorial can be shown with the form of video or gif, however, GDD said the Tutorial should be shown as some static images.

Best,


On Wed, Aug 24, 2016 at 6:49 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
Jamie,

As promised, here are some ideas from Dylan and Bill about the types of things that should be covered in the intro Tutorial:

1.   When you drop a tile in a row or column of tiles the same length as the number on it, it will explode and scores points.

2.   Dropping a tile to make it explode right away is pretty easy; it'll score, but not very many points.

3.   The goal of the game is to score the most points by setting up long combo chains.

4.   (Blitz mode) You have a limited number of random drops, then a row of covered tiles appears at the bottom of the board.

5.   Covered tiles can be cracked open by exploding tiles adjacent to them twice. Once opened, they reveal a number.

6.   The game will end early if you fill up the board and have nowhere left to drop tiles.

7.   Clearing the entire board is worth a lot of points.

Please let me know if you have any questions.

Thanks,
Hope

On Tue, Aug 23, 2016 at 10:28 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
Jamie

Thanks for sending this over. First off, regarding UA--these metrics vary greatly depending on the game. That being said, I can provide the following baseline metrics:

- Our attributed CPD (Cost Per Depositor) target: no higher than $50/ attributed NDU (this target depends on LTV)

- i2d (install to deposit) conversion typically varies between 2% and 6% depending on the quality of the traffic we're buying (highly targeted traffic is often more expensive but may be more likely to convert).

- The combination of these numbers means that we're typically buying at CPIs between $1 and $3 but this is highly dependent on traffic quality (for example, these are US CPIs)

- We generally target men and women, ages 18-55. Typically games over index with one gender vs the other so we end up skewing towards either men or women based on the initial traction the game gets.

- Facebook's lookalike audiences (based on uploaded email lists) are great for developing an acquisition target. This is an area that Skillz UA team will be able to help you with upon launch.

- As you get closer to game launch, our UA team will be happy to share best practices and lookalike audiences to make your ad spend as effective as possible. Our UA team is some of the best in the business and they are happy to provide guidance.

Regarding the tutorial:
Bill and Dylan will put some best practices and specific ideas for you and we'll get that sent over later today

CONFIDENTIAL

AVIA_0012975

PTX 588.7

Regarding the UI:
The Skillz UI is already set up and handled by our SDK so you actually don't need to do any work there. You will be able to customize the theming but you won't be creating a new Skillz UI; however, we would love to see any additional UI screenshots you have for the gameplay, menus, etc... Bill really likes the #9 image that tested the best so we fully supports you using that one.

Let me know if there are additional questions and I'll follow up this afternoon with the thoughts on your tutorial.

Hope

On Tue, Aug 23, 2016 at 4:15 AM, Jamie Leung <jamie@aviagames.com> wrote:
> Hi Hope,
>
> We feel good about the GDD, there is no idea conflict with our product design thoughts.
>
> There is one thing, about tutorial, we want advice for you. How to design the tutorial for drop7 can make American understand easily?
>
> We design a demo for the main UI, here is the link:
> https://modao.cc/app/yoWPKarONLpCeVmDCBbOLPXcWOpbFZm
> It's a Chines version, but I think you can understand, please fell free to tell me if you have any comment.
>
> Best,
> Jamie
>
> On Fri, Aug 19, 2016 at 8:49 AM, Jamie Leung <jamie@aviagames.com> wrote:
>> Hi Hope,
>>
>> Thanks to answer. I will let you know if we have further question before next monday
>>
>> Best,
>> Jamie
>>
>> On Fri, Aug 19, 2016 at 3:11 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
>>> Hi Jamie,
>>>
>>> To answer your questions:
>>>
>>> 1. We need to ensure the board layout is random but that two players playing against each other are seeing the same board - when integrating the Skillz platform, you will use Skillz Random to generate the board. Head-to-head and tournaments will follow the same logic. Documentation can be found here: https://skillz.zendesk.com/hc/en-us/articles/210107983-Reimplement-Random-Number-Generation-RNG-for-fairness
>>>
>>> 2. There should only be multiplayer mode
>>>
>>> 3. We will slowly roll out number of tournaments as we get more players. For example, $1/$5 for cash, then $10 and $20 later as we get enough Cash DAU

Please let me know if that makes sense and if you have any other questions.

Thanks!
Hope

On Thu, Aug 18, 2016 at 1:16 AM, Jamie Leung <jamie@aviagames.com> wrote:
Hi Hope,

Thanks much for the GDD, I have some question:

1 GDD mention that "No Predesigned Layouts" in the game, but do we need to insurance the two guys who compete with each other should be in the same layout ?  And whats the difference of layouts or statrting position  between "head-to-head tournament" and tournament?

2 I saw there are both single player mode and multiplayer mode  in some games, but there is only multiplayer mode in those most successful skillz games like bubble shooter and cube cube. What's your opinion for this?

3 In GDD, there is an item called "Limit tournament types by number of DAU" , what do we need to do for this?

Best,
Jamie


On Thu, Aug 18, 2016 at 8:10 AM, Ping Wang <ping@aviagames.com> wrote:
Hi Hope,

Thanks much for the detailed document - we'll review the document carefully and get back to you if we have any questions.

Best,
Ping



On Aug 17, 2016, at 4:42 PM, Hopeann Pettway <hpettway@skillz.com> wrote:

Hi Ping,

Attached please find the GDD for Number Drop - as Steve mentioned, this is the name we're suggesting, but we're open to discussion on the title.  Please let me know if you have any additional comments or questions once you have read over the document.

Thanks,

CONFIDENTIAL

AVIA_0012977

PTX 588.9

Hope

On Wed, Aug 17, 2016 at 1:53 PM, Ping Wang <ping@aviagames.com> wrote:
Great! Thanks for the prompt response! We'll test the 5 you recommended on Facebook, and then our art team can work on the additional suggestions. We'll share the result with you afterwards.

Best,
Ping

On Aug 17, 2016, at 1:15 PM, Steve Brancale <sbrancale@skillz.com> wrote:

Hey Ping,

Here is some quick feedback from Bill and Dylan:

In general, they think this is great work and were impressed with your diverse set of designs with a quick turnaround.

Favorites: 7, 7_01, 11, 1, 9

Didn't hate any except 5.

Here are the specific notes about the ones they like:

7 and 7_01: We like it, would like to see both without shadows around the numbers.

11- Like this but not with the peel from the corner. Would the peel always always be there or is that just to show as what the animation would look like? We like the color palate and typography but need better strokes on the numbers to make them more readable.

1: We really like this but pool balls may cause confusion and numbers are hard to read when shrunk down to phone size.

9: like this but would like numbers to be heavier stroked, more legible and stronger contrast between number and the ball.

We're happy to hear that you are going to test them on Facebook, that should provide really good feedback in addition to our initial thoughts.

For the title. we are thinking "Number Drop" would work well. We'd probably want to add some descriptive words after that for ASO purposes, happy to discuss that further.

I'll follow up with the GDD later this afternoon, talk with you soon.

Steve

----------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin

**SKILLZ**

Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

On Wed, Aug 17, 2016 at 12:35 PM, Ping Wang <ping@aviagames.com> wrote:
  Hi Steve,

  Could you help ask your team about the art style for the drop7 game we are making? We have some mock designs and we'd like to get your advice before we throw a test on Facebook.



  Best,
  Ping



On Aug 17, 2016, at 10:55 AM, Steve Brancale <sbrancale@skillz.com> wrote:

Thanks Jamie, this looks good. I'll get the GDD over to you by the end of the day, looking forward to getting your feedback on it.

Steve



----------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin

**SKILLZ**

Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

On Tue, Aug 16, 2016 at 11:43 PM, Jamie Leung <jamie@aviagames.com> wrote:
   Hi Steve,

> I have discuss with our product team and fill out the integration timeline sheet that I've attached for you.
> Please feel free to discuss with me if you have any feedback, thanks again.

Best,

On Wed, Aug 17, 2016 at 12:01 AM, Steve Brancale <sbrancale@skillz.com> wrote:
> Hi Jamie,
>
> No need to worry about the 90-day usage report, that's why I put "N/A" for the expected date. That applies to games that are already live and have a large existing audience, so we can determine how much server capacity they will need and prepare for that.
>
> Regarding GDD's, I've attached a generic GDD for Match-3 type games so you can get an idea of what to expect in the GDD we will make for Drop-7 and I'll make sure your concerns about difficulty will be addressed in that document. We'll have that over to you by eod Wednesday and I'll keep my eyes out for your integration timeline at the end of the week. Looking forward to talking again soon!
>
> Steve
>
> ---------------------------------------
> **Steve Brancale, Director of Developer Partnerships**
> sbrancale@skillz.com | 781-223-0941 | Linkedin
> # SKILLZ
> Follow us on social media
> Facebook: https://www.facebook.com/SkillzGames
> Twitter: https://twitter.com/skillz
>
> On Tue, Aug 16, 2016 at 2:58 AM, Jamie Leung <jamie@aviagames.com> wrote:
>> Hi all,
>>
>> There is an issue called "**Trailing 90-days Game Usage Report** delivered by Avia Games to Skillz" in the "integration timeline", What do we need to prepare for this report? Could you tell me more details about it?
>>
>> As Ping said, we will start to work on Drop7, the first step is to make Game Design Document, could you tell me what will be included in GDD you will give us? About the Drop7, what I concern is it maybe difficult for most of the players, what do you think? Will you give us some advice about this concern in GDD?
>>
>> Also, we will fill out the integration timeline sheet before eod on Friday of China
>>
>> Thanks again. Hoping that we'll be in close touch during the development.
>>
>> Best,
>> Jamie

> On Tue, Aug 16, 2016 at 12:31 PM, Steve Brancale <sbrancale@skillz.com> wrote:
>> Sounds good, thanks Ping!
>
> Steve
>
> \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
> **Steve Brancale, Director of Developer Partnerships**
> sbrancale@skillz.com | 781-223-0941 | Linkedin
> **SKILLZ**
> Follow us on social media
> Facebook: https://www.facebook.com/SkillzGames
> Twitter: https://twitter.com/skillz
>
> On Mon, Aug 15, 2016 at 8:49 PM, Ping Wang <ping@aviagames.com> wrote:
>> Hi guys,
>>
>> Likewise - thanks much for the call, and we are excited to working with Skillz.
>>
>> I've briefly talked with Jamie - we'll start to work on Drop7 and Onet at the game time with Drop7 top priority.
>>
>> Jamie will send you the feedback/questions and also fill out the integration timeline sheet.
>>
>> Thanks again for organizing the meeting. We'll be in touch shortly.
>>
>> Best,
>> Ping
>>
>>
>> On Aug 15, 2016, at 8:42 PM, Steve Brancale <sbrancale@skillz.com> wrote:
>>
>> Hi everyone,
>>
>> Great talking with you this evening, we're really excited to get our partnership started and we're looking forward to seeing your work!
>>
>> I've copied Hope Pettway here, who was on our call, and she'll be working as your Game Launch Manager. Please copy both Hope and I

CONFIDENTIAL
AVIA_0012981
**PTX 588.13**

on all correspondence you have and you can direct support, game-design, and game-launch questions towards Hope and business questions towards me.

As a next step, Skillz will deliver our Drop7 Game Design Document to you by eod on Wednesday, if not earlier, and Avia will share their feedback/questions for us after playing both [Drop7](Drop7) and [Cube Cube](Cube Cube).

Also, I've attached your integration timeline for you to fill out here. I've gone ahead and put in the GDD delivery date as 8/17/16 and you can fill out the additional dates and send back to me. I've plugged in some placeholder dates for you that seem correct based on our conversation but feel free to adjust them. Again, this is not a binding document but is something to make sure both sides are on the same page and so we can properly forecast additional games coming live to our technical team.

Please let me know if there are any initial questions/feedbacl and we'll get you the GDD for a Drop7 type game by Wednesday. Thanks again, we're very excited to be working together!

Steve

---------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin
# SKILL**Z**
Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz
<AviaGamesDeveloperPartnershipIntegrationTimeline.docx>

<NumberDropGDD.pdf>

--
Hope Pettway, Senior Program Manager
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

--
Hope Pettway, Senior Program Manager
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

--
Hope Pettway, Senior Program Manager
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named

addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

--
**Hope Pettway, Senior Program Manager**
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

--
**Hope Pettway, Senior Program Manager**
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

--
**Hope Pettway, Senior Program Manager**
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

--

CONFIDENTIAL                                                              AVIA_0012984

**Hope Pettway, Senior Program Manager**
hpettway@skillz.com | 415.238.5990

**SKILLZ**

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

**PTX 588.18**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 588**
Date Admitted: 2/7/2024

By: Tiffany Salinas-Harwell, Deputy Clerk