

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**AVIA_0326939_Clean**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
January 23, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 **27**

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

**PTX 590.1**

## Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 112 | Date Range: 10/7/2016 - 10/8/2016 |

## Outline of Conversations

 **NODISPLAY** •112 messages between 10/07/2016 - 10/08/2016 •Jamie Leung <liangjianwen271531> • PING  • Ronnie Zhuangzi <mc04zhgh> • Vickie Chen <a30315133> • Victoria (ss) <a27074237> •Zhang Peng  •Miao Yifei <woo138491> •Man Daren <reng1234567>

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326939

**PTX 590.2**

**Messages in chronological order** (times are shown in GMT +00:00)

| | **NODISPLAY** |

**VA** — **Victoria (ss) <a27074237>** — 10/7/2016, 6:13 PM
Hi Jaime,

In order to make sure the games are fair, we require people to implement Skillz Random - this will ensure that even tho your layout is randomly generated, it will be the same for both players. Here is a link to our documentation on it:

**VA** — **Victoria (ss) <a27074237>** — 10/7/2016, 6:13 PM
same for both players

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 6:47 PM
For this type of game it is important that the random numbers generated for both opponents in the same match follow the same random, but identicalsequence.

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 6:48 PM
Toward this end, the Skillz SDK provides a few, high-quality random number generation routines that your game must use whenever the outcome of a match can be affected by an element of chance.

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 10:24 PM
Skillz is available on the Android

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 10:24 PM
No web version

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 11:18 PM
@Jamie Leung

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 11:19 PM
Peanut Butter and Jelly Games Inc. is an entertainment company that develops fun interactive games for mobiles, tablets, PCs and Macs. It's the creator of Dollar Candy, the sixty second puzzle game you play for real money! (Dollar Candy is legal in 38 U.S. states and overseas).

Find as many pairs of similar tiles as you can in 60 heart-pounding seconds. Some matches are easier and some require deep thinking. Beat some or all of the other 3 players and win real money! Make up to $300 a game. Entry fees from 9¢. Unlike other real-money skill games, we've filtered out the robo-cheaters and newbie hustling. It's fast enough to play in line at the grocery store, and addictive enough to play all night!

-Fast, thrilling fun.
-100% legal in most U.S states and overseas.
-Make up to $300 a game. Entry fees from 9¢.
-Great odds in tiny, 4 person tournaments. The better you get the more you make.
-Play recreationally or competitively.
-No robo-cheaters or newbie hustling.

More info at: https://www.dollarcandygame.com/

**VA** — **Vickie Chen <a30315133>** — 10/7/2016, 11:21 PM
Research this game. 1. It has legal operations in the US and other countries. Find out what other countries there are. 2. It has 4-person tournaments. 3. How do they filter out the robo-cheaters and newbie hustling? What is the gaming experience like? I see that the strike! bowling featured on Skillz has very poor reviews. There are major issues with matchmaking experience and win rate.

**JL** — **Jamie Leung <liangjianwen271531>** — 10/7/2016, 11:57 PM
PBJ is a web game. I played the 4 person tournament where 4 asynchronous players compete against each other. Player n with the highest scores wins the prize. Cashplay also has this model, a small tournament with a limited number of players. Its ability to filter out robots is perhaps related to its game mode.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326940

**PTX 590.3**

| | | |
|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>** <br> I'll take another look at it today | 10/7/2016, 11:59 PM |
| VA | **Vickie Chen <a30315133>** <br> Check out the revenue and download of this game | 10/7/2016, 11:59 PM |
| VA | **Vickie Chen <a30315133>** <br> I watched a demo with 4 people. Each person contributed 9 US dollars. First place gets 12 cents, second gets 10 cents, third gets 9 cents and the publisher gets 5 dollars, which is 14% | 10/8/2016, 12:00 AM |
| VA | **Vickie Chen <a30315133>** <br> This is good business | 10/8/2016, 12:00 AM |
| VA | **Vickie Chen <a30315133>** <br> @Wu Huimiao I don't think you need to work on the One Dollar Purchase. You can work on this one instead | 10/8/2016, 12:11 AM |
| Man R | **Man Daren <reng1234567>** | 10/8/2016, 12:43 AM |

*Attachment: 8046.pic (151 KB)*

| | | |
|---|---|---|
| Man R | **Man Daren <reng1234567>** <br> Their strategy is simpler. I don't know which one is better compared to Skillz | 10/8/2016, 12:45 AM |
| Man R | **Man Daren <reng1234567>** <br> Is peanut butter a character from BoJack Hoseman [sic: Horseman]? | 10/8/2016, 12:46 AM |
| VA | **Vickie Chen <a30315133>** <br> We can work on the platform while we develop our own game | 10/8/2016, 12:48 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> Is the mahjong market big? [Leisure] | 10/8/2016, 12:50 AM |
| Man R | **Man Daren <reng1234567>** <br> Hahaha | 10/8/2016, 12:50 AM |
| Man R | **Man Daren <reng1234567>** <br> I get excited just thinking about it | 10/8/2016, 12:50 AM |
| VA | **Victoria (ss) <a27074237>** <br> Which mahjong? | 10/8/2016, 12:51 AM |
| VA | **Vickie Chen <a30315133>** <br> In this Dollar Candy, a maximum bet of 99 US dollars can be placed at one time, and the platform can take out a commission of 50-60 US dollars. | 10/8/2016, 12:51 AM |
| VA | **Vickie Chen <a30315133>** <br> Only a 2-4% fee is required for PayPal or credit card | 10/8/2016, 12:51 AM |
| Man R | **Man Daren <reng1234567>** <br> What are the statistics of this game on App Annie? | 10/8/2016, 12:52 AM |
| Man R | **Man Daren <reng1234567>** <br> The cost is so high | 10/8/2016, 12:53 AM |
| VA | **Vickie Chen <a30315133>** <br> Vic has checked and there are no statistics. It's probably not on the app store | 10/8/2016, 12:53 AM |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326941

| | | |
|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>** <br> It's a web game | 10/8/2016, 12:54 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> China's Mahjong, of course | 10/8/2016, 12:54 AM |
| VA | **Vickie Chen <a30315133>** <br> It's also available on iOS | 10/8/2016, 12:54 AM |
| Man R | **Man Daren <reng1234567>** <br> [The fee] for domestic Alipay can get to 0.3% | 10/8/2016, 12:54 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> Online mahjong gambling among American Chinese | 10/8/2016, 12:55 AM |
| Miao W | **Miao Yifei <woo138491>** <br> Then a different form of 4-person tournament should be fine. | 10/8/2016, 12:57 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br><br> *Attachment: 8065.pic (44 KB)* | 10/8/2016, 1:00 AM |
| VA | **Vickie Chen <a30315133>** <br> Do we need to hold a meeting today? | 10/8/2016, 1:00 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> No for Xun Long | 10/8/2016, 1:00 AM |
| VA | **Vickie Chen <a30315133>** <br> Don't they need any more QA from us? | 10/8/2016, 1:01 AM |
| VA | **Vickie Chen <a30315133>** <br> I consulted 2 American lawyers today. The cost for other countries is relatively high. First, it's impossible to do it in every country. Secondly, the lawyers charge more than 300 US dollars per hour. | 10/8/2016, 1:01 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> They do. We will send you a pack today after we receive it. We changed a language pack 2 days ago, and the R&D team will give it to us today. You will use that one | 10/8/2016, 1:02 AM |
| VA | **Vickie Chen <a30315133>** <br> Let's do it first, and then we'll talk about the problems in the major countries when the operations is up and running. So far, there are no issues. | 10/8/2016, 1:02 AM |
| VA | **Vickie Chen <a30315133>** <br> @MARU | 10/8/2016, 1:02 AM |
| PW | **PING ** <br> @Jamie Leung Let's have a quick call | 10/8/2016, 1:04 AM |
| PW | **PING ** <br> @Jamie Leung @Jamie Leung @Jamie Leung | 10/8/2016, 1:06 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> [Seduce] | 10/8/2016, 1:06 AM |
| PW | **PING ** | 10/8/2016, 1:06 AM |

| | | |
|---|---|---|
| | ——Why didn't you answer? | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 1:18 AM |
| | I tested several Skillz games yesterday and watched the video replays. As expected, all the elements of the two opponents were exactly the same. | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 1:22 AM |
| | They have also made changes to the issue of the tournament. A tournament on Skillz will now last 3 days. The amount of bonus each rank receives will be determined when the tournament is created and will not change within the first 3 days. | |
| VA | **Victoria (ss) <a27074237>** | 10/8/2016, 1:31 AM |
| | @Jamie Leung what's minimum os for Android? | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 1:45 AM |
| | Hold on | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 2:55 AM |
| | @MARU @Wu Huimiao Are there apps like HHpoker in the United States? | |
| PW | **PING ** | 10/8/2016, 3:04 AM |
| | Yeah but social app not real money | |
| PW | **PING ** | 10/8/2016, 3:04 AM |
| | Real money gamble online is prohibited | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 3:04 AM |
| | whats the name? | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 3:05 AM |
| | the most succeesful | |
| PW | **PING ** | 10/8/2016, 3:07 AM |
| | Driving | |
| PW | **PING ** | 10/8/2016, 3:07 AM |
| | Hold on | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 3:09 AM |
| | ok take your time | |
| PW | **PING ** | 10/8/2016, 3:34 AM |
| | Ok I don't think there are many such app . The one I know is called air poker to use Bluetooth to let your friends play with you.  But because in the US - a lot of states can legally gamble so many ppl go to the casino and a lot of home games too. Not so many ppl use such app to play with friends | |
| PW | **PING ** | 10/8/2016, 3:34 AM |
| | Some other Holdem games are like zynga and wsop apps that allow ppl play virtual coins | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/8/2016, 3:35 AM |
| | ok | |
| Miao W | **Miao Yifei <woo138491>** | 10/8/2016, 4:02 AM |
| | HHpoker is feasible. | |
| Miao W | **Miao Yifei <woo138491>** | 10/8/2016, 4:05 AM |
| | @Vickie Chen @AviaGames-North American Distribution Request to create an email address for Wang Shuai nina@aviagames.com | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326943

**PTX 590.6**

| | | |
|---|---|---|
| VA | **Vickie Chen <a30315133>**<br>ok | 10/8/2016, 4:06 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>@Wu Huimiao @Victoria (ss) Arrange to speak with more payment companies. Many cash withdrawals are processed through third party providers and they should be aware of the legal requirements in their respective regions | 10/8/2016, 4:07 AM |
| VA | **Victoria (ss) <a27074237>**<br>The most common payment methods here are PayPal and Braintree | 10/8/2016, 4:08 AM |
| VA | **Victoria (ss) <a27074237>**<br>stripe | 10/8/2016, 4:08 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Those [*sic:* Which] third parties | 10/8/2016, 4:08 AM |
| VA | **Vickie Chen <a30315133>**<br>Check which third-party providers Skillz is connected to | 10/8/2016, 4:13 AM |
| VA | **Vickie Chen <a30315133>**<br>Show [*sic:* Withdrawals] do not necessarily go through a third party | 10/8/2016, 4:13 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Withdrawals on PBJ are processed via a third-party provider | 10/8/2016, 4:17 AM |
| VA | **Vickie Chen <a30315133>**<br>Which company? | 10/8/2016, 4:24 AM |
| Miao W | **Miao Yifei <woo138491>**<br>Ok. Withdrawals for betting products are usually processed via three parties or paid out directly on site | 10/8/2016, 4:25 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br><br>*Attachment: 8104.pic (89 KB)* | 10/8/2016, 4:51 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Both Skillz and Cashplay accept this certificate, which appears to be necessary for cash withdrawals | 10/8/2016, 4:52 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>There are several companies that offer this certificate service. You can also contact these companies to find out more about it | 10/8/2016, 4:52 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>@Wu Huimiao Make an appointment with Google Play to pitch Xun Long? | 10/8/2016, 5:08 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br><br>*Attachment: 8108.pic (126 KB)* | 10/8/2016, 5:10 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>@Vickie Chen @AviaGames-North American Distribution Is this what you signed up for us? | 10/8/2016, 5:10 AM |
| Miao W | **Miao Yifei <woo138491>**<br>Ok. I'll run through it with you. | 10/8/2016, 5:14 AM |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326944

**PTX 590.7**

| | | |
|---|---|---|
| VA | **Vickie Chen <a30315133>**<br>Yes | 10/8/2016, 5:19 AM |
| Miao W | **Miao Yifei <woo138491>**<br>I've received it. | 10/8/2016, 5:20 AM |
| Man R | **Man Daren <reng1234567>**<br>@Vickie Chen @AviaGames-North American Distribution @MARU @Wu Huimiao Does the company have a PayPal account? | 10/8/2016, 5:24 AM |
| Miao W | **Miao Yifei <woo138491>**<br>No. | 10/8/2016, 5:24 AM |
| Man R | **Man Daren <reng1234567>**<br>Jamie needs to use PayPal to pay for the game | 10/8/2016, 5:25 AM |
| Man R | **Man Daren <reng1234567>**<br>Should we register a PayPal account? | 10/8/2016, 5:25 AM |
| VA | **Vickie Chen <a30315133>**<br>Okay | 10/8/2016, 5:27 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>PBJ's game does not accept credit cards, only PayPal. During withdrawal process, the account details will be identified, so we cannot use the one from China. | 10/8/2016, 5:28 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>In addition, PBJ can actually access GP, but it does not accept payments from GP… | 10/8/2016, 5:28 AM |
| VA | **Vickie Chen <a30315133>**<br>Dollar Candy? Yes. It's the same for App Store | 10/8/2016, 5:31 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>But the games on Cashplay and Skillz have no access to GP | 10/8/2016, 5:34 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Only Dollar Candy has access | 10/8/2016, 5:34 AM |
| Man R | **Man Daren <reng1234567>**<br>To register an American PayPal, we need to use an American credit card. Our current American credit card is Vickie's personal credit card | 10/8/2016, 5:34 AM |
| VA | **Vickie Chen <a30315133>**<br>I'll register an account for you | 10/8/2016, 5:35 AM |
| Man R | **Man Daren <reng1234567>**<br>Okay | 10/8/2016, 5:35 AM |
| Man R | **Man Daren <reng1234567>**<br>Sure | 10/8/2016, 5:35 AM |
| Miao W | **Miao Yifei <woo138491>**<br>Dollar Candy is probably not significant enough for GP to have noticed. I checked. Its global downloads are not high, and on Apple, it only has 14,000 downloads. | 10/8/2016, 6:27 AM |
| Miao W | **Miao Yifei <woo138491>**<br>On GP, it only has a few hundred downloads. | 10/8/2016, 6:27 AM |
| Miao W | **Miao Yifei <woo138491>** | 10/8/2016, 6:28 AM |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326945

**PTX 590.8**

| | | | |
|---|---|---|---|
| | | It is very easy to prevent cheating in this game. It is similar to the image verification code system. Many pictures are given and players have to find the same elements such as tennis balls, boats, animals, etc. This is what 12306 in China uses. | |
| VA | Vickie Chen <a30315133> | | 10/8/2016, 6:30 AM |
| | We can check the historical traffic of Dollar Candy's web | | |
| VA | Vickie Chen <a30315133> | | 10/8/2016, 6:30 AM |
| | This company should do quite well | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:30 AM |
| | There are too few downloads of the game. Let me check the countries where it is available on Apple. | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:30 AM |
| | Let me check the historical traffic of its web. | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:31 AM |
| | Any website recommendations? | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:32 AM |
| | I sent an email regarding the One Dollar Purchase. We will discuss its removal at the regular meeting tomorrow. Compared to games, its user acquisition cost is substantially lower. | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:46 AM |
| | *Attachment: 8136.pic (40 KB)* | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:46 AM |
| | The ranking of its website traffic within three months was not high, and it was worse than the ranking of LilithGames' official website. | | |
| VA | Vickie Chen <a30315133> | | 10/8/2016, 6:48 AM |
| | Look at its ranking over the past 2 years | | |
| VA | Vickie Chen <a30315133> | | 10/8/2016, 6:48 AM |
| | This company was founded long ago | | |
| JL | Jamie Leung <liangjianwen271531> | | 10/8/2016, 6:57 AM |
| | I am not sure how accurate these website traffic analyses are. I checked Dollar Candy's website on the same platform, and it ranks higher than both Skillz and Cashplay | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:58 AM |
| | That [*sic:* Which] platform?  I looked it up on Alex. It's still acceptable for those ranked highly, but it's inaccurate for those ranked too low. | | |
| Miao W | Miao Yifei <woo138491> | | 10/8/2016, 6:59 AM |
| | What you are talking about should be normal. Dollar Candy's game is a web version, and all players access it there. Are corporate clients or gamers the target audience for Skillz and Cashplay's websites? | | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0326946

PTX 590.10

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 590**

Date Admitted: 2/5/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 590.10**