| | |
|---|---|
| **From:** | Jamie Leung [jamie@aviagames.com] |
| **Sent:** | 8/18/2016 5:49:31 PM |
| **To:** | Hopeann Pettway [hpettway@skillz.com] |
| **CC:** | Steve Brancale [sbrancale@skillz.com]; Vickie Chen [vickie@aviagames.com]; Andy Zhong [andy@aviagames.com]; Michael Woo [michael@aviagames.com]; Victoria Lin [victoria@aviagames.com]; Ping Wang [ping@aviagames.com] |
| **Subject:** | Re: Skillz/Avia followup |

Hi Hope,

Thanks to answer. I will let you know if we have further question before next monday

Best,
Jamie

On Fri, Aug 19, 2016 at 3:11 AM, Hopeann Pettway <hpettway@skillz.com> wrote:
Hi Jamie,

To answer your questions:

1. We need to ensure the board layout is random but that two players playing against each other are seeing the same board - when integrating the Skillz platform, you will use Skillz Random to generate the board. Head-to-head and tournaments will follow the same logic. Documentation can be found here: https://skillz.zendesk.com/hc/en-us/articles/210107983-Reimplement-Random-Number-Generation-RNG-for-fairness

2. There should only be multiplayer mode

3. We will slowly roll out number of tournaments as we get more players. For example, $1/$5 for cash, then $10 and $20 later as we get enough Cash DAU

Please let me know if that makes sense and if you have any other questions.

Thanks!
Hope

On Thu, Aug 18, 2016 at 1:16 AM, Jamie Leung <jamie@aviagames.com> wrote:
Hi Hope,

Thanks much for the GDD, I have some question:

1 GDD mention that "No Predesigned Layouts" in the game, but do we need to insurance the two guys who compete with each other should be in the same layout ? And whats the difference of layouts or statrting position  between "head-to-head tournament" and tournament?

2 I saw there are both single player mode and multiplayer mode in some games, but there is only multiplayer mode in those most successful skillz games like bubble shooter and cube cube. What's your opinion for this?

3 In GDD, there is an item called "Limit tournament types by number of DAU" , what do we need to do for this?

Best,

CONFIDENTIAL                                                                                              AVIA_0011840

PTX 592.1

Jamie

On Thu, Aug 18, 2016 at 8:10 AM, Ping Wang <ping@aviagames.com> wrote:
Hi Hope,

Thanks much for the detailed document - we'll review the document carefully and get back to you if we have any questions.

Best,
Ping


On Aug 17, 2016, at 4:42 PM, Hopeann Pettway <hpettway@skillz.com> wrote:

Hi Ping,

Attached please find the GDD for Number Drop - as Steve mentioned, this is the name we're suggesting, but we're open to discussion on the title. Please let me know if you have any additional comments or questions once you have read over the document.

Thanks,
Hope

On Wed, Aug 17, 2016 at 1:53 PM, Ping Wang <ping@aviagames.com> wrote:
Great! Thanks for the prompt response! We'll test the 5 you recommended on Facebook, and then our art team can work on the additional suggestions.
We'll share the result with you afterwards.

Best,
Ping


On Aug 17, 2016, at 1:15 PM, Steve Brancale <sbrancale@skillz.com> wrote:

Hey Ping,

Here is some quick feedback from Bill and Dylan:

In general, they think this is great work and were impressed with your diverse set of designs with a quick turnaround.

Favorites: 7, 7_01, 11, 1, 9

Didn't hate any except 5.

Here are the specific notes about the ones they like:

CONFIDENTIAL

AVIA_0011841

PTX 592.2

7 and 7_01: We like it, would like to see both without shadows around the numbers.

11- Like this but not with the peel from the corner. Would the peel always always be there or is that just to show as what the animation would look like? We like the color palate and typography but need better strokes on the numbers to make them more readable.

1: We really like this but pool balls may cause confusion and numbers are hard to read when shrunk down to phone size.

9: like this but would like numbers to be heavier stroked, more legible and stronger contrast between number and the ball.

We're happy to hear that you are going to test them on Facebook, that should provide really good feedback in addition to our initial thoughts.

For the title. we are thinking "Number Drop" would work well. We'd probably want to add some descriptive words after that for ASO purposes, happy to discuss that further.

I'll follow up with the GDD later this afternoon, talk with you soon.

Steve

-----------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin
# SKILL**Z**
Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

On Wed, Aug 17, 2016 at 12:35 PM, Ping Wang <ping@aviagames.com> wrote:
> Hi Steve,
>
> Could you help ask your team about the art style for the drop7 game we are making? We have some mock designs and we'd like to get your advice before we throw a test on Facebook.
>
>
> Best,
> Ping
>
>
>
> On Aug 17, 2016, at 10:55 AM, Steve Brancale <sbrancale@skillz.com> wrote:

Thanks Jamie, this looks good. I'll get the GDD over to you by the end of the day, looking forward to getting your feedback on it.

Steve

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin

**SKILLZ**

Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

On Tue, Aug 16, 2016 at 11:43 PM, Jamie Leung <jamie@aviagames.com> wrote:
> Hi Steve,
>> I have discuss with our product team and fill out the integration timeline sheet that I've attached for you. Please feel free to discuss with me if you have any feedback, thanks again.
>
> Best,

On Wed, Aug 17, 2016 at 12:01 AM, Steve Brancale <sbrancale@skillz.com> wrote:
> Hi Jamie,
>
> No need to worry about the 90-day usage report, that's why I put "N/A" for the expected date. That applies to games that are already live and have a large existing audience, so we can determine how much server capacity they will need and prepare for that.
>
> Regarding GDD's, I've attached a generic GDD for Match-3 type games so you can get an idea of what to expect in the GDD we will make for Drop-7 and I'll make sure your concerns about difficulty will be addressed in that document. We'll have that over to you by eod Wednesday and I'll keep my eyes out for your integration timeline at the end of the week. Looking forward to talking again soon!
>
> Steve
>
> \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
> **Steve Brancale, Director of Developer Partnerships**
> sbrancale@skillz.com | 781-223-0941 | Linkedin
>
> **SKILLZ**
>
> Follow us on social media
> Facebook: https://www.facebook.com/SkillzGames
> Twitter: https://twitter.com/skillz
>
> On Tue, Aug 16, 2016 at 2:58 AM, Jamie Leung <jamie@aviagames.com> wrote:
>> Hi all,
>>
>> There is an issue called "Trailing 90-days Game Usage Report** delivered by Avia Games to Skillz" in the "integration timeline", What do we need to prepare for this report? Could you tell me more details about it?

As Ping said, we will start to work on Drop7, the first step is to make Game Design Document, could you tell me what will be included in GDD you will give us?  About the Drop7,   what I concern is it maybe difficult for most of the players, what do you think? Will you give us some advice about this concern in GDD?

Also, we will fill out the integration timeline sheet before eod on Friday of China

Thanks again. Hoping that we'll be in close touch during the development.

Best,
Jamie

On Tue, Aug 16, 2016 at 12:31 PM, Steve Brancale <sbrancale@skillz.com> wrote:
> Sounds good, thanks Ping!

Steve

-----------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin

# SKILLZ

Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

On Mon, Aug 15, 2016 at 8:49 PM, Ping Wang <ping@aviagames.com> wrote:
> Hi guys,
>
> Likewise - thanks much for the call, and we are excited to working with Skillz.
>
> I've briefly talked with Jamie - we'll start to work on Drop7 and Onet at the game time with Drop7 top priority.
>
> Jamie will send you the feedback/questions and also fill out the integration timeline sheet.
>
> Thanks again for organizing the meeting. We'll be in touch shortly.
>
> Best,
> Ping
>
>
>
>
>
>> On Aug 15, 2016, at 8:42 PM, Steve Brancale <sbrancale@skillz.com> wrote:
>>
>> Hi everyone,

Great talking with you this evening, we're really excited to get our partnership started and we're looking forward to seeing your work!

I've copied Hope Pettway here, who was on our call, and she'll be working as your Game Launch Manager. Please copy both Hope and I on all correspondence you have and you can direct support, game-design, and game-launch questions towards Hope and business questions towards me.

As a next step, Skillz will deliver our Drop7 Game Design Document to you by eod on Wednesday, if not earlier, and Avia will share their feedback/questions for us after playing both Drop7 and Cube Cube.

Also, I've attached your integration timeline for you to fill out here. I've gone ahead and put in the GDD delivery date as 8/17/16 and you can fill out the additional dates and send back to me. I've plugged in some placeholder dates for you that seem correct based on our conversation but feel free to adjust them. Again, this is not a binding document but is something to make sure both sides are on the same page and so we can properly forecast additional games coming live to our technical team.

Please let me know if there are any initial questions/feedbacl and we'll get you the GDD for a Drop7 type game by Wednesday. Thanks again, we're very excited to be working together!

Steve

---------------------------------------
**Steve Brancale, Director of Developer Partnerships**
sbrancale@skillz.com | 781-223-0941 | Linkedin

**SKILLZ**
Follow us on social media
Facebook: https://www.facebook.com/SkillzGames
Twitter: https://twitter.com/skillz

<AviaGamesDeveloperPartnershipIntegrationTimeline.docx>

<NumberDropGDD.pdf>

CONFIDENTIAL
AVIA_0011845

**PTX 592.7**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 592**

Date Admitted: 2/7/2024

By: Tiffany Salinas-Harwell, Deputy Clerk