**From:**      PING [ping@newcode.co]
**Sent:**      7/27/2017 7:49:52 PM
**To:**        Risk Team [riskteam@getbraintree.com]
**CC:**        Vickie Chen [vickie@newcode.co]; Jamie Leung [jamie@aviagames.com]; Fuhai Zhong [andy@aviagames.com];
               Michael Woo [michael@newcode.co]
**Subject:**   Re: Braintree Risk Review (Action Needed) - New Code
**Attachments:** eStmt_2017-04-28.pdf; eStmt_2017-05-31.pdf; eStmt_2017-06-30.pdf; BigBear_Details.docx; Untitled attachment
               158003.txt; Newcode Government Registration.pdf; Untitled attachment 158006.txt

Hi Arthur,

Thanks for your email and your concern.

As you may aware, we use Paypal business account for our marketing service. And our company's business
covers both marketing and game/app publishing. Currently only game/app publishing is using Braintree.
I've attached our company's registration document for your reference (we've submitted at the application
stage).

The transactions you mentioned in your email are not fraud - we just launched our new game Zuma
Tournament, where users can buy the hard coins via Braintree to play games . We are testing the payment
function via different gift cards we bought ourselves. The test period will be completed this week. We
plan to promote the game in 3 months once all the functions are tested.

Other than Zuma Tournament, we'll launch multiple games in the near future in which Braintree service
will be used.

Also I'd like to confirm "funds are currently being held" - what do you mean by that?

Here are some documents for your reference:
1. Business bank statement in the past 3 months;
2. Business account registration document
3. Our publishing service/platform service description

I hope this will clear out everything.
Please let me know if you need anything else.

Best,
Ping

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    AVIA_0274645

**PTX 595.1**



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

NEW CODE INC
213 MORESBY LN
REDWOOD CITY, CA  94063-5505

# Your Business Advantage Checking
# Bus Platinum Privileges

for April 1, 2017 to April 30, 2017                                      Account number: 3250 4106 9002

**NEW CODE INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2017 | $168,067.75 | # of deposits/credits: 7 |
| Deposits and other credits | 265,563.25 | # of withdrawals/debits: 59 |
| Withdrawals and other debits | -179,326.62 | # of items-previous cycle¹: 6 |
| Checks | -5,710.00 | # of days in cycle: 30 |
| Service fees | -504.00 | Average ledger balance: $196,646.41 |
| **Ending balance on April 30, 2017** | **$248,090.38** | ¹Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**

## Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during
**National Small Business Week,** April 30–May 6, and throughout the month of May.

Whatever the size of your business, we take the time to help you find the smartest path
to long-term growth. Visit **bankofamerica.com/bizweek** today.



Bank of America, N.A. ©2017 Bank of America Corporation.  |  ARSG7DYC  |  SSM-01-17-2126.B

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                      AVIA_0274646

**PTX 595.2**

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274647

**PTX 595.3**

**Bank of America** ══

**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/05/17 | WIRE TYPE:BOOK IN DATE:170405 TIME:1529 ET TRN:2017040500269143 SNDR REF:BOA2833-04APR17 ORIG:CUSTOMER SERVICE CLAIMS A ID:006550800015 PMT DET:197103014 20170324-00378620 27 -MAR-17 4,0 00.00/USD RTN AS BENE NAME AND ACCT MISMATCH | 3,960.00 |
| 04/05/17 | WIRE TYPE:BOOK IN DATE:170405 TIME:1446 ET TRN:2017040500312321 SNDR REF:BOA2600-30MAR17 ORIG:YAPI VE KREDI BANKASI AS ID:006550286012 PMT DET:197386832 20170329-00056700 29-MAR -17 3,0 00.00/USD RTRND UTA BNF NAMEAND ACCT DO NOT MATCH | 2,921.25 |
| 04/12/17 | WIRE TYPE:WIRE IN DATE: 170412 TIME:0520 ET TRN:2017041200051550 SEQ:102309599/008850 ORIG:AVIAGAMES LIMITED ID:848825709838 SND BK:HSBC  BANK USA, NA ID:0108 PMT DET:HK112047BI652351 | 99,975.00 |
| 04/12/17 | WIRE TYPE:WIRE IN DATE: 170412 TIME:1010 ET TRN:2017041200212126 SEQ:102425299/001415 ORIG:TENCENT ASSET MANAGEMENT ID:502494826838 SND BK:HSBC BANK USA, NA ID:021001088 PMT DET:HK11 2047HN422429/RFB/ON BEHALF OF PROXIMA BETA /RFB/PT | 51,750.00 |
| 04/18/17 | WIRE TYPE:INTL IN DATE:170418 TIME:0534 ET TRN:2017041800052268 SEQ:PA914117A000014/814782 ORIG:1/BEIJING UNIFLY CULTURE ID:9141015480000562 PMT DET: $18.00 FEE DEDUCT | 14,982.00 |
| 04/19/17 | WIRE TYPE:WIRE IN DATE: 170419 TIME:0515 ET TRN:2017041900057376 SEQ:109309732/017304 ORIG:OASIS GAMES LIMITED ID:801160433838 SND BK:HS BC BANK USA, NA ID:0108 PMT DET:HK119047BI715262PA YMENT FROM OASIS GAMES LIMITED. | 11,975.00 |
| 04/26/17 | WIRE TYPE:WIRE IN DATE: 170426 TIME:1118 ET TRN:2017042600254592 SEQ:116453793/002498 ORIG:SIXJOY HONG KONG LIMITED ID:848066817201 SND BK:HSBC BANK USA, NA ID:021001088 PMT DET:HK12 6047HN465168/INV/WW041417 | 80,000.00 |

**Total deposits and other credits**                                   **$265,563.25**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/17 | TRANSFER NEW CODE INC:Konstantin Othmer Confirmation# 0522552888 | -1,075.00 |
| 04/03/17 | GAYNOR HUDSON    DES:IAT PAYPAL ID:1000845766153  INDN:YANJUAN CHEN        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000060000 | -600.00 |

*continued on the next page*





**TIP OF THE MONTH**

# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**

©2017 Bank of America Corporation.  |  AR86PR99  |  SSM-11-16-0507.B

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274648

**PTX 595.4**

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/17 | WIRE TYPE:INTL OUT DATE:170404 TIME:0534 ET TRN:2017040400060764 SERVICE REF:145398 BNF:ABC TURK TEKN ILETISIM SAN ID:TR68001110000000 BNF BK:FINANSBANK A.S. ID:FNNBTRIS/(CH2703 PMT DET:197956932 HALF PAYMENT FOR SOK | -12,500.00 |
| 04/04/17 | WIRE TYPE:INTL OUT DATE:170404 TIME:0534 ET TRN:2017040400060805 SERVICE REF:145378 BNF:SELIM BAHADIR CAPAK ID:TR09001110000000 BNF BK:FINANSBANK A.S. ID:FNNBTRIS/(CH2703 PMT DET:197956962 PAYMENT FOR SOK | -5,900.00 |
| 04/04/17 | WIRE TYPE:INTL OUT DATE:170404 TIME:1814 ET TRN:2017040400329538 SERVICE REF:688176 BNF:OGUZHAN BOSTAN ID:TR73000460025588 BNF BK:AKBA NK TAS ID:006550986349 PMT DET:198049108 SOK PAYME NT | -3,000.00 |
| 04/05/17 | Online Banking Transfer Conf# qimjh382n; Cen | -609.46 |
| 04/05/17 | PAYPAL          DES:INST XFER  ID:POQITO LLC  INDN:YANJUAN CHEN          CO ID:PAYPALSI77 WEB | -1,000.00 |
| 04/06/17 | TRANSFER NEW CODE INC:Ping Wang Confirmation# 1651931761 | -323.57 |
| 04/07/17 | WIRE TYPE:INTL OUT DATE:170407 TIME:0527 ET TRN:2017040700075429 SERVICE REF:169175 BNF:CAGDAS MOL ID:TR15000620003560 BNF BK:TURKIYE GARANTI BANKASI ID:006550986467 PMT DET:198254402 SOKPAYMENT | -7,030.00 |
| 04/10/17 | WIRE TYPE:INTL OUT DATE:170410 TIME:1649 ET TRN:2017041000396794 SERVICE REF:850541 BNF:MAXMAN TV SDN BHD ID:1470011455 BNF BK:CITIBAN K BERHAD ID:CITIMYKL PMT DET:198491854 FOR VIDEO P RODUCTION UPFRONT DEPOSIPOP SERVICES | -13,300.00 |
| 04/12/17 | WIRE TYPE:INTL OUT DATE:170412 TIME:0526 ET TRN:2017041200072884 SERVICE REF:858882 BNF:FENG TAO ID:6212998605382916 BNF BK:CHINA MERC HANTS BANK, H ID:CMBCHKHH PMT DET:198617448 TALENT  MANAGEMENT FOR SOK POP SERVICES | -3,000.00 |
| 04/12/17 | Online Banking payment to CRD 9693 Confirmation# 4203909805 | -4,155.31 |
| 04/13/17 | WIRE TYPE:INTL OUT DATE:170413 TIME:0522 ET TRN:2017041300010369 SERVICE REF:394392 BNF:CAGDAS MOL ID:TR15000620003560 BNF BK:TURKIYE GARANTI BANKASI ID:006550986467 PMT DET:198692770 SOK PAYMENT | -11,311.00 |
| 04/13/17 | TRANSFER NEW CODE INC:Jorge Gaspar Confirmation# 4210886392 | -7,309.00 |
| 04/13/17 | PAYPAL          DES:INST XFER  ID:ZOOMVIDEOCO  INDN:YANJUAN CHEN          CO ID:PAYPALSI77 WEB | -14.99 |
| 04/14/17 | TRANSFER NEW CODE INC:Law Offices of Jean Confirmation# 0119763041 | -6,250.00 |
| 04/14/17 | TRANSFER NEW CODE INC:Aviloop llc Confirmation# 0121385174 | -4,000.00 |
| 04/14/17 | INTUIT PAYROLL S DES:QUICKBOOKS ID:XXXXXXXXX  INDN:NEW CODE, INC.          CO ID:1722616679 CCD | -9,014.85 |
| 04/17/17 | IRS          DES:USATAXPYMT ID:225750720199942  INDN:NEW CODE INC          CO ID:3387702000 CCD | -5,805.92 |
| 04/17/17 | EMPLOYMENT DEVEL DES:EDD EFTPMT ID:1611478400  INDN:NEW CODE INC          CO ID:2282533055 CCD | -1,239.97 |
| 04/18/18 | WIRE TYPE:BOOK OUT DATE:170418 TIME:1546 ET TRN:2017041800356558 RELATED REF:199093974 BNF:MAGSTONE LAW,LLP ID:164103667066 PMT DET:JARRO D ISSUE | -3,692.50 |
| 04/18/17 | TRANSFER NEW CODE INC:Skyecam Confirmation# 0154556099 | -12,500.00 |
| 04/18/17 | FRANCHISE TAX BO DES:PAYMENTS   ID:50066067     PM INDN:NEW CODE          CO ID:1282532045 CCD | -800.00 |
| 04/19/17 | TRANSFER NEW CODE INC:Palm Springs Air Mus Confirmation# 1664045485 | -20,000.00 |

continued on the next page

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274649

**PTX 595.5**



**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/20/17 | WIRE TYPE:INTL OUT DATE:170420 TIME:0531 ET TRN:2017042000065823 SERVICE REF:342467 BNF:ARDA KOFOGLU ID:TR10000620013380 BNF BK:TURKIY E GARANTI BANKASI ID:006550986467 PMT DET:19919189 O SOK PAYMENT | -2,750.00 |
| 04/20/17 | WIRE TYPE:INTL OUT DATE:170420 TIME:0532 ET TRN:2017042000065237 SERVICE REF:214961 BNF:ABC TURK TEKN ILETISIM SAN ID:TR68001110000000 BNF BK:FINANSBANK A.S. ID:FNNBTRIS/(CH2703 PMT DET:199191842 SOK PAYMENT | -8,750.00 |
| 04/20/17 | PAYPAL          DES:INST XFER  ID:STARGAZER  INDN:YANJUAN CHEN          CO ID:PAYPALSI77 WEB | -2,500.00 |
| 04/21/17 | PAYPAL          DES:INST XFER  ID:STARGAZER  INDN:YANJUAN CHEN          CO ID:PAYPALSI77 WEB | -3,000.00 |
| 04/21/17 | RECEP KESKIN     DES:IAT PAYPAL ID:1000941755528  INDN:YANJUAN CHEN          CO ID:XXXXXXXXC IAT  PMT INFO: WEB 000000000000150000 | -1,500.00 |
| 04/24/17 | EMPLOYMENT DEVEL DES:EDD EFTPMT ID:XXXXXXXXX  INDN:NEW CODE INC          CO ID:2282533055 CCD | -980.00 |
| 04/25/17 | TRANSFER NEW CODE INC:Shusheng Lin Confirmation# 0114960828 | -5,796.00 |
| 04/25/17 | PAYPAL          DES:INST XFER  ID:CHRISTOPHER  INDN:YANJUAN CHEN          CO ID:PAYPALSI77 WEB | -900.00 |
| 04/27/17 | WIRE TYPE:INTL OUT DATE:170427 TIME:0523 ET TRN:2017042700041455 SERVICE REF:665154 BNF:BUZZ MY VIDEOS LTD. ID:71778941 BNF BK:HSBC BA NK PLC ID:MIDLGB22 PMT DET:199725434 SOK BATMAN CA MPAIGN POP SERVICES | -3,500.00 |
| 04/28/17 | TRANSFER NEW CODE INC:Jorge Gaspar Confirmation# 0141577293 | -3,360.00 |
| 04/28/17 | TRANSFER NEW CODE INC:Skyecam Confirmation# 1642161821 | -2,885.00 |
| 04/28/17 | INTUIT PAYROLL S DES:QUICKBOOKS ID:XXXXXXXXX  INDN:NEW CODE, INC.          CO ID:1722616679 CCD | -8,974.05 |
| **Total withdrawals and other debits** | | **-$179,326.62** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 04/06/17 | 1025 | -460.00 | | 04/06/17 | 1027 | -750.00 |
| 04/06/17 | 1026 | -500.00 | | 04/05/17 | 1029* | -4,000.00 |
| | | | | **Total checks** | | **-$5,710.00** |
| | | | | **Total # of checks** | | **4** |

*  *There is a gap in sequential check numbers*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.6**

AVIA_0274650

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 03/31/17:

You are an active user of one of the following services      OR      At least one of the following occurred during the previous month

○   Bank of America Merchant Services

○   Payroll Services

○   $2,500+   in new net purchases on a linked Business credit card

✔   $15,000+   average monthly balance in primary checking account

✔   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | | Amount |
|------|-------------------------|--|--------|
| 04/04/17 | Wire Transfer Fee | | -45.00 |
| 04/04/17 | Wire Transfer Fee | | -45.00 |
| 04/04/17 | Wire Transfer Fee | | -45.00 |
| 04/04/17 | External transfer fee - 3 Day - | 04/03/2017 | -3.00 |
| 04/07/17 | Wire Transfer Fee | | -45.00 |
| 04/07/17 | External transfer fee - 3 Day - | 04/06/2017 | -3.00 |
| 04/10/17 | Wire Transfer Fee | | -45.00 |
| 04/12/17 | Wire Transfer Fee | | -45.00 |
| 04/13/17 | Wire Transfer Fee | | -45.00 |
| 04/14/17 | External transfer fee - 3 Day - | 04/13/2017 | -3.00 |
| 04/17/17 | External transfer fee - 3 Day - | 04/14/2017 | -3.00 |
| 04/17/17 | External transfer fee - 3 Day - | 04/14/2017 | -3.00 |
| 04/18/17 | Wire Transfer Fee | | -30.00 |
| 04/19/17 | External transfer fee - 3 Day - | 04/18/2017 | -3.00 |
| 04/20/17 | Wire Transfer Fee | | -45.00 |
| 04/20/17 | Wire Transfer Fee | | -45.00 |
| 04/20/17 | External transfer fee - 3 Day - | 04/19/2017 | -3.00 |
| 04/26/17 | External transfer fee - 3 Day - | 04/25/2017 | -3.00 |
| 04/27/17 | Wire Transfer Fee | | -45.00 |
| **Total service fees** | | | **-$504.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

PTX 595.7

AVIA_0274651

 **Bank of America**

**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 168,067.75 | 04/12 | 268,194.66 | 04/21 | 194,533.43 |
| 04/03 | 166,392.75 | 04/13 | 249,514.67 | 04/24 | 193,553.43 |
| 04/04 | 144,854.75 | 04/14 | 230,246.82 | 04/25 | 186,857.43 |
| 04/05 | 146,126.54 | 04/17 | 223,194.93 | 04/26 | 266,854.43 |
| 04/06 | 144,092.97 | 04/18 | 221,154.43 | 04/27 | 263,309.43 |
| 04/07 | 137,014.97 | 04/19 | 213,126.43 | 04/28 | 248,090.38 |
| 04/10 | 123,669.97 | 04/20 | 199,033.43 | | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274652

**PTX 595.8**

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.9**

AVIA_0274653



NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

## Check images

**Account number: 3250 4106 9002**

Check number: 1025   |   Amount:  $460.00



Check number: 1026   |   Amount:  $500.00



Check number: 1027   |   Amount:  $750.00



Check number: 1029   |   Amount:  $4,000.00



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274654

**PTX 595.10**

NEW CODE INC   |   Account # 3250 4106 9002   |   April 1, 2017 to April 30, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274655

**PTX 595.11**



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

NEW CODE INC
213 MORESBY LN
REDWOOD CITY, CA  94063-5505

# Your Full Analysis Business Checking – Small Business

for May 1, 2017 to May 31, 2017                                      Account number: 3250 4106 9002

**NEW CODE INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2017 | $248,090.38 | # of deposits/credits: 3 |
| Deposits and other credits | 101,975.00 | # of withdrawals/debits: 65 |
| Withdrawals and other debits | -138,843.60 | # of days in cycle: 31 |
| Checks | -7,312.50 | Average ledger balance: $196,355.90 |
| Service fees | -348.00 | |
| **Ending balance on May 31, 2017** | **$203,561.28** | |





# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

Small Business
Online Banking

**TIP OF THE MONTH**

[1] Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply.  [2] For the text message, supported carriers include but are not limited to AT&T, Verizon Wireless, T-Mobile®, MetroPCS, Sprint, Boost, Virgin Mobile USA, Cincinnati Bell, U.S. Cellular®. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help.
©2017 Bank of America Corporation.  |  ARPH6MVV  |  SSM-10-16-0611.B

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                      AVIA_0274656

**PTX 595.12**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information -** We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement -** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers -** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems -** You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



Bank of America, N.A. Member FDIC and          Equal Housing Lender

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274657

**PTX 595.13**



<span style="color:red">**Your checking account**</span>

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/11/17 | WIRE TYPE:WIRE IN DATE: 170511 TIME:0520 ET TRN:2017051100132951 SEQ:BJMUS3302002874H/178504 ORIG:BEIJING RUNMIT TECHNOLOGY ID:0200012709201084 SND BK:INDUSTRIAL AND COMMERCIAL BAN ID:1459 | | 903705110132951 | 30,000.00 |
| 05/17/17 | WIRE TYPE:WIRE IN DATE: 170517 TIME:0543 ET TRN:2017051700111214 SEQ:137387959/151135 ORIG:OASIS GAMES LIMITED ID:801160433838 SND BK:HS BC BANK USA, NA ID:0108 PMT DET:HK117057BI568263PA YMENT FROM OASIS GAMES LIMITED. | | 903705170111214 | 11,975.00 |
| 05/26/17 | WIRE TYPE:WIRE IN DATE: 170526 TIME:0521 ET TRN:2017052600114273 SEQ:146394166/163699 ORIG:SIXJOY HONG KONG LIMITED ID:848066817201 SND BK:HSBC BANK USA, NA ID:0108 PMT DET:HK126057H B065238X02AFEXUSD58501 X02AFEXUSD58501 | | 903705260114273 | 60,000.00 |
| **Total deposits and other credits** | | | | **$101,975.00** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/01/17 | TRANSFER NEW CODE INC:Palm Springs Air Mus Confirmation# 1666283175 | | 957205018121587 | -20,000.00 |
| 05/04/17 | WIRE TYPE:INTL OUT DATE:170504 TIME:0520 ET TRN:2017050400035814 SERVICE REF:209014 BNF:ARDA KOFOGLU ID:TR10000620013380 BNF BK:TURKIY E GARANTI BANKASI ID:006550986467 PMT DET:20043606 2 SOK PAYMENT | | 903705040035814 | -2,750.00 |
| 05/05/17 | TRANSFER NEW CODE INC:Tom Nightingale Confirmation# 3998577878 | | 957105058104254 | -1,100.00 |
| 05/05/17 | TRANSFER NEW CODE INC:Aviloop llc Confirmation# 0100467687 | | 957205058149583 | -4,000.00 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274658

**PTX 595.14**

NEW CODE INC  |  Account # 3250 4106 9002  |  May 1, 2017 to May 31, 2017

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/05/17 | TRANSFER NEW CODE INC:Skyecam Confirmation# 1600490257 | | 957205058149817 | -12,500.00 |
| 05/05/17 | TRANSFER NEW CODE INC:Ki Lee Confirmation# 1600530444 | | 957205058150211 | -6,357.24 |
| 05/08/17 | WIRE TYPE:INTL OUT DATE:170509 TIME:1716 ET TRN:2017050800395139 SERVICE REF:124782 BNF:CAGDAS MOL ID:TR15000620003560 BNF BK:TURKIYE GARANTI BANKASI ID:006550986467 PMT DET:200774864 SOKPAYMENT POP SERVICES | | 903705080395139 | -3,000.00 |
| 05/08/17 | PAYPAL        DES:INST XFER  ID:POQITO LLC INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902525015768692 | -1,000.00 |
| 05/10/17 | WIRE TYPE:INTL OUT DATE:170510 TIME:1516 ET TRN:2017051000321708 SERVICE REF:373923 BNF:ABC TURK TEKN ILETISIM SAN ID:TR68001110000000 BNF BK:FINANSBANK A.S. ID:FNNBTRIS/(CH2703 PMT DET:200962008 SOK PAYMENT POP SERVICES | | 903705100321708 | -8,750.00 |
| 05/10/17 | WIRE TYPE:INTL OUT DATE:170510 TIME:1518 ET TRN:2017051000322240 SERVICE REF:241814 BNF:THINK ONLINE DIJITAL ID:TR31000620000160 BNF BK:TURKIYE GARANTI BANKASI ID:006550986467 PMT DET:200962188 SOK PAYMENT POP SERVICES | | 903705100322240 | -7,100.00 |
| 05/10/17 | IRS          DES:USATAXPYMT ID:225753020142890  INDN:NEW CODE INC CO ID:3387702000 CCD | | 902529007258192 | -6,152.16 |
| 05/10/17 | EMPLOYMENT DEVEL DES:EDD EFTPMT ID:1989710720  INDN:NEW CODE INC        CO ID:2282533055 CCD | | 902530005967708 | -1,280.85 |
| 05/12/17 | INTUIT PAYROLL S DES:QUICKBOOKS ID:XXXXXXXXX  INDN:NEW CODE, INC.        CO ID:1722616679 CCD | | 902531011752768 | -8,124.60 |
| 05/12/17 | ANDREW LUIZ        DES:IAT PAYPAL ID:1001047335238  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000050000 | | 902531002487502 | -500.00 |
| 05/15/17 | TRANSFER NEW CODE INC:Konstantin Othmer Confirmation# 1685038128 | | 957205158127375 | -1,075.00 |
| 05/15/17 | TRANSFER NEW CODE INC:Ping Wang Confirmation# 1685051977 | | 957205158128676 | -4,465.27 |
| 05/15/17 | PAYPAL        DES:INST XFER  ID:STARGAZER INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902532004402456 | -2,250.00 |
| 05/15/17 | ANDREW LUIZ        DES:IAT PAYPAL ID:1001056311408  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000050000 | | 902535003499308 | -500.00 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.15**

AVIA_0274659



**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 05/15/17 | PAYPAL        DES:INST XFER  ID:HEDGEPETH20 INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902535003493632 | -200.00 |
| 05/15/17 | PAYPAL        DES:INST XFER  ID:ELECTRONICA INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902535003559079 | -150.00 |
| 05/15/17 | PAYPAL        DES:INST XFER  ID:ZOOMVIDEOCO INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902532004401635 | -14.99 |
| 05/16/17 | PAYPAL        DES:INST XFER  ID:ORCMASTA INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902535015328324 | -200.00 |
| 05/16/17 | PAYPAL        DES:INST XFER  ID:5H5J2A5GZ3RN6 INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902535015353406 | -150.00 |
| 05/17/17 | TRANSFER NEW CODE INC:Jorge Gaspar Confirmation# 1606296319 | | 957205178146480 | -9,360.00 |
| 05/17/17 | TRANSFER NEW CODE INC:Brandon Martyn Confirmation# 0106361074 | | 957205178146730 | -5,000.00 |
| 05/17/17 | PAYPAL        DES:INST XFER  ID:PLAYCLASHOF INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902536017933405 | -1,500.00 |
| 05/17/17 | GIAN LOIS CONCEP DES:IAT PAYPAL ID:1001070903891  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000100000 | | 902536010671042 | -1,000.00 |
| 05/17/17 | MICHAEL BROWN    DES:IAT PAYPAL ID:1001070874409  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000014000 | | 902536010670682 | -140.00 |
| 05/19/17 | PAYPAL        DES:INST XFER  ID:ANTHONYMARA INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902538006989234 | -4,000.00 |
| 05/19/17 | PAYPAL        DES:INST XFER  ID:PLAYCLASHOF INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902538006993907 | -1,500.00 |
| 05/22/17 | Online Banking payment to CRD 9693 Confirmation# 0148460332 | | 957205223153780 | -6,709.01 |
| 05/22/17 | WIRE TYPE:INTL OUT DATE:170522 TIME:1628 ET TRN:2017052200385704 SERVICE REF:741627 BNF:NATHANIEL DE JONG ID:NL55INGB00077331 BNF BK:I NG BANK N.V. ID:INGBNL2A PMT DET:201792442 AGE OF HEROES VIDEO POP SERVICES | | 903705220385704 | -1,000.00 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274660

**PTX 595.16**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/22/17 | PAYPAL       DES:INST XFER  ID:DPIDDYNOFAC INDN:YANJUAN CHEN       CO ID:PAYPALSI77 WEB | | 902539007344847 | -1,000.00 |
| 05/23/17 | WIRE TYPE:INTL OUT DATE:170523 TIME:0539 ET TRN:2017052300050008 SERVICE REF:962926 BNF:FANG WANG ID:6226090109491205 BNF BK:CHINA MER CHANTS BANK - ID:006550390127 PMT DET:201807624 SO K PAYMENT POP SERVICES | | 903705230050008 | -2,860.00 |
| 05/24/17 | VINNYPLAYS       DES:IAT PAYPAL ID:1001113755887  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000030000 | | 902543011353313 | -300.00 |
| 05/24/17 | MICHAEL BROWN   DES:IAT PAYPAL ID:1001114488371  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000030000 | | 902543011355729 | -300.00 |
| 05/25/17 | WIRE TYPE:INTL OUT DATE:170525 TIME:1418 ET TRN:2017052500309453 SERVICE REF:098230 BNF:NATHANIEL DE JONG ID:NL55INGB00077331 BNF BK:I NG BANK N.V. ID:INGBNL2A PMT DET:202059138 AOH PAY MENT POP SERVICES | | 903705250309453 | -1,300.00 |
| 05/26/17 | JOSHDUB490       DES:IAT PAYPAL ID:1001127405210  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000030000 | | 902545013703015 | -300.00 |
| 05/30/17 | INTUIT PAYROLL. S DES:QUICKBOOKS ID:XXXXXXXX  INDN:NEW CODE, INC.      CO ID:1722616679 CCD | | 902550008995836 | -8,124.62 |
| 05/30/17 | CAL PHYSICIANS   DES:8003255166 ID:19467303 INDN:NEW CODE INC       CO ID:4940360524 CCD | | 902546016248673 | -1,834.86 |
| 05/30/17 | STIJNSERVAE     DES:IAT PAYPAL ID:1001127539371  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 000000000000030000 | | 902546008409237 | -300.00 |
| 05/30/17 | PAYPAL       DES:INST XFER  ID:CALEBCRISTE INDN:YANJUAN CHEN       CO ID:PAYPALSI77 WEB | | 902546008497554 | -300.00 |
| 05/31/17 | TRANSFER NEW CODE INC:Konstantin Othmer Confirmation# 1626809569 | | 957205318168249 | -395.00 |
| **Total withdrawals and other debits** | | | | **-$138,843.60** |

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 05/31 | 1031 | 813007652634876 | -1,312.50 |

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 05/30 | 1034* | 813009292696523 | -6,000.00 |
| **Total checks** | | | **-$7,312.50** |
| **Total # of checks** | | | **2** |

*There is a gap in sequential check numbers*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    AVIA_0274661

**PTX 595.17**



**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

## Service fees

| Date | Transaction description | | Amount |
|------|------------------------|---|--------|
| 05/01/17 | External transfer fee - 3 Day - | 04/28/2017 Confirmation: 199967710 | -3.00 |
| 05/01/17 | External transfer fee - 3 Day - | 04/28/2017 Confirmation: 199973688 | -3.00 |
| 05/02/17 | External transfer fee - 3 Day - | 05/01/2017 Confirmation: 200174780 | -3.00 |
| 05/04/17 | Wire Transfer Fee | | -45.00 |
| 05/08/17 | Wire Transfer Fee | | -45.00 |
| 05/08/17 | External transfer fee - 3 Day - | 05/05/2017 Confirmation: 200563576 | -3.00 |
| 05/08/17 | External transfer fee - 3 Day - | 05/05/2017 Confirmation: 200608894 | -3.00 |
| 05/08/17 | External transfer fee - 3 Day - | 05/05/2017 Confirmation: 200609350 | -3.00 |
| 05/08/17 | External transfer fee - 3 Day - | 05/05/2017 Confirmation: 200610106 | -3.00 |
| 05/10/17 | Wire Transfer Fee | | -45.00 |
| 05/10/17 | Wire Transfer Fee | | -45.00 |
| 05/16/17 | External transfer fee - 3 Day - | 05/15/2017 Confirmation: 201223594 | -3.00 |
| 05/16/17 | External transfer fee - 3 Day - | 05/15/2017 Confirmation: 201225452 | -3.00 |
| 05/18/17 | External transfer fee - 3 Day - | 05/17/2017 Confirmation: 201500572 | -3.00 |
| 05/18/17 | External transfer fee - 3 Day - | 05/17/2017 Confirmation: 201500972 | -3.00 |
| 05/22/17 | Wire Transfer Fee | | -45.00 |
| 05/23/17 | Wire Transfer Fee | | -45.00 |
| 05/25/17 | Wire Transfer Fee | | -45.00 |
| 05/26/17 | Wire Transfer Fee | | -0.00 |
| 05/26/17 | Wire Transfer Fee | | -0.00 |
| **Total service fees** | | | **-$348.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 228,084.38 | 05/12 | 195,274.53 | 05/23 | 164,073.26 |
| 05/02 | 228,081.38 | 05/15 | 186,619.27 | 05/24 | 163,473.26 |
| 05/04 | 225,286.38 | 05/16 | 186,263.27 | 05/25 | 162,128.26 |
| 05/05 | 201,329.14 | 05/17 | 181,238.27 | 05/26 | 221,828.26 |
| 05/08 | 197,272.14 | 05/18 | 181,232.27 | 05/30 | 205,268.78 |
| 05/10 | 173,899.13 | 05/19 | 175,732.27 | 05/31 | 203,561.28 |
| 05/11 | 203,899.13 | 05/22 | 166,978.26 | | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274662

**PTX 595.18**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274663

**PTX 595.19**



NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

## Check images

**Account number: 3250 4106 9002**

Check number: 1031   |   Amount:  $1,312.50



Check number: 1034   |   Amount:  $6,000.00



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274664

**PTX 595.20**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274665

**PTX 595.21**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274666

**PTX 595.22**

NEW CODE INC   |   Account # 3250 4106 9002   |   May 1, 2017 to May 31, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274667

**PTX 595.23**



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

 1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

NEW CODE INC
213 MORESBY LN
REDWOOD CITY, CA  94063-5505

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Full Analysis Business Checking – Small Business

for June 1, 2017 to June 30, 2017                                  Account number: 3250 4106 9002

**NEW CODE INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2017 | $203,561.28 | # of deposits/credits: 4 |
| Deposits and other credits | 60,459.12 | # of withdrawals/debits: 48 |
| Withdrawals and other debits | -170,022.41 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $181,958.61 |
| Service fees | -24.00 | |
| **Ending balance on June 30, 2017** | **$93,973.99** | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                  AVIA_0274668

**PTX 595.24**

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information -** We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement -** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers-** If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems -** You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits -** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



Bank of America, N.A. Member FDIC and           Equal Housing Lender

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274669

**PTX 595.25**



**Your checking account**

NEW CODE INC  |  Account # 3250 4106 9002  |  June 1, 2017 to June 30, 2017

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 06/07/17 | WIRE TYPE:WIRE IN DATE: 170607 TIME:0516 ET TRN:2017060700106534 SEQ:158307969/128861 ORIG:HONGKONG HUNDRED MILLION ID:817829286838 SND BK:HSBC BANK USA, NA ID:0108 PMT DET:HK106067B I773077PANDAMOBO | | 903706070106534 | 6,475.00 |
| 06/09/17 | WIRE TYPE:INTL IN DATE:170609 TIME:0520 ET TRN:2017060900137211 SEQ:HK109067HB070268/378153 ORIG:SIXJOY HONG KONG LIMITED ID:848066817201 ORIG BK:HONGKONG AND SHANGHAI BANKING ID:HSBCHKHHH KH PMT DET:X02C00XUSD58501 X02C00XUSD58501 | | 903706090137211 | 40,000.00 |
| 06/09/17 | WIRE TYPE:INTL IN DATE:170609 TIME:0519 ET TRN:2017060900105024 SEQ:HK109067BI810117/199784 ORIG:OASIS GAMES LIMITED ID:801160433838 ORIG BK:H ONGKONG AND SHANGHAI BANKING ID:HSBCHKHHHKH PMT DET: $25.00 FEE DEDUCTPAYMENT FROM OASIS GAMES | | 903706090105024 | 13,975.00 |
| 06/23/17 | BRAINTREE     DES:FUNDING     ID:DPR2TB INDN:NEWCODE_INSTANT          CO ID:WFMSBRNT01 CCD | | 902573013496119 | 9.12 |
| **Total deposits and other credits** | | | | **$60,459.12** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 06/01/17 | PAYPAL        DES:INST XFER  ID:POQITO LLC INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902552008856060 | -2,250.00 |
| 06/01/17 | BLUE SHIELD CA   DES:BlueShield ID:W00843791000  INDN:NEW CODE INC CO ID:CXXXXXXXXX WEB | | 902551001486576 | -1,820.27 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274670

**PTX 595.26**

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 06/01/17 | INTUIT PAYROLL S DES:QUICKBOOKS ID:XXXXXXXX INDN:NEW CODE, INC.      CO ID:1722616679 CCD | | 902551016839731 | -1,025.71 |
| 06/05/17 | WIRE TYPE:BOOK OUT DATE:170605 TIME:0527 ET TRN:2017060500042943 RELATED REF:202860086 BNF:MAGSTONE LAW,LLP ID:164103667066 PMT DET:JARRO D SERVICE PAYMENT | | 903706050042943 | -3,010.00 |
| 06/06/17 | TRANSFER NEW CODE INC:Jorge Gaspar Confirmation# 0177122715 | | 957206068139591 | -7,440.00 |
| 06/09/17 | TRANSFER NEW CODE INC:FRANZ MORTENSEN Confirmation# 1603341131 | | 957206098148763 | -2,400.00 |
| 06/12/17 | TRANSFER NEW CODE INC: Veronica  Sinclair Confirmation# 1629304819 | | 957206128164206 | -195.00 |
| 06/13/17 | PAYPAL         DES:INST XFER  ID:ZOOMVIDEOCO INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902563014349580 | -14.99 |
| 06/14/17 | INTUIT PAYROLL S DES:QUICKBOOKS ID:XXXXXXXX INDN:NEW CODE, INC.      CO ID:1722616679 CCD | | 902564015358885 | -9,590.42 |
| 06/14/17 | IRS          DES:USATAXPYMT ID:225756520824937  INDN:NEW CODE INC CO ID:3387702000 CCD | | 902564006626853 | -5,580.12 |
| 06/14/17 | EMPLOYMENT DEVEL DES:EDD EFTPMT ID:XXXXXXXX  INDN:NEW CODE INC      CO ID:2282533055 CCD | | 902565006946394 | -1,020.26 |
| 06/19/17 | BRAINTREE       DES:FUNDING    ID:FVMFX6 INDN:NEWCODE_INSTANT        CO ID:WFMSBRNT01 CCD | | 902567010766821 | -1.45 |
| 06/20/17 | WIRE TYPE:INTL OUT DATE:170620 TIME:0535 ET TRN:2017062000077691 SERVICE REF:018105 BNF:AVIAGAMES LIMITED ID:848825709838 BNF BK:HONG KONG AND SHANGHAI ID:006550390580 PMT DET:20406472 6 POP OTHER/LEND MONEY | | 903706200077691 | -100,000.00 |
| 06/20/17 | BRAINTREE       DES:FUNDING    ID:74SKX6 INDN:NEWCODE_INSTANT        CO ID:WFMSBRNT01 CCD | | 902570017941926 | -0.87 |
| 06/21/17 | TRANSFER NEW CODE INC:Jorge Gaspar Confirmation# 0106836620 | | 957206218132233 | -3,360.00 |
| 06/22/17 | TRANSFER NEW CODE INC:David Mao Confirmation# 0116913418 | | 957206228142215 | -50.00 |
| 06/22/17 | TRANSFER NEW CODE INC:Alex Bruns Confirmation# 0116919191 | | 957206228142247 | -50.00 |
| 06/22/17 | Online Banking Transfer Conf# bma28zp7o; Chen | | 943206225835212 | -1,900.00 |
| 06/23/17 | TRANSFER NEW CODE INC:Austin Long Confirmation# 2921958556 | | 957106238104959 | -5,000.00 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.27**

AVIA_0274671



**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 06/26/17 | PAYPAL        DES:INST XFER  ID:SMAROUFK INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005920918 | -1,000.00 |
| 06/26/17 | TOBYNASLUND     DES:IAT PAYPAL ID:1001264305720  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 00000000000100000 | | 902574005750047 | -1,000.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:HEIZMANINNO INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005920987 | -1,000.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:DANIELSANTA INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005921002 | -500.00 |
| 06/26/17 | IFLEKZZ        DES:IAT PAYPAL ID:1001264866988 INDN:YANJUAN CHEN        CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 00000000000050000 | | 902574005745239 | -500.00 |
| 06/26/17 | TONYTRAN199     DES:IAT PAYPAL ID:1001264329039  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 00000000000020000 | | 902574005749855 | -200.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:BRANDONDIEM INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005921061 | -100.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:WEAK3N INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005921087 | -100.00 |
| 06/26/17 | BLACKSHUKLE     DES:IAT PAYPAL ID:1001264309358  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 00000000000010000 | | 902574005750015 | -100.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:74TREVOR INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005921019 | -100.00 |
| 06/26/17 | GEMIKILLER     DES:IAT PAYPAL ID:1001264317142  INDN:YANJUAN CHEN CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 00000000000010000 | | 902574005749951 | -100.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:ANTHONYCARN INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005920927 | -100.00 |
| 06/26/17 | PAYPAL        DES:INST XFER  ID:JDHOUGH1 INDN:YANJUAN CHEN        CO ID:PAYPALSI77 WEB | | 902574005921248 | -50.00 |
| 06/28/17 | BLUE SHIELD CA  DES:BlueShield ID:W00843791000  INDN:NEW CODE INC CO ID:CXXXXXXXXX WEB | | 902578008683305 | -1,368.85 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.28**

AVIA_0274672

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 06/28/17 | BRAINTREE    DES:FUNDING    ID:CHP9ZG INDN:NEWCODE_INSTANT    CO ID:WFMSBRNT01 CCD | | 902578019852879 | -1.74 |
| 06/29/17 | WIRE TYPE:INTL OUT DATE:170630 TIME:1846 ET TRN:2017062900443976 SERVICE REF:495874 BNF:CAGDAS MOL ID:TR15000620003560 BNF BK:TURKIYE GARANTI BANKASI ID:006550986467 PMT DET:204886370 SALARY 5 20 TO 6 20 POP SERVICES | | 903706290443976 | -2,400.00 |
| 06/29/17 | BRAINTREE    DES:FUNDING    ID:6XX7B2 INDN:NEWCODE_INSTANT    CO ID:WFMSBRNT01 CCD | | 902579015795900 | -0.58 |
| 06/30/17 | TRANSFER NEW CODE INC:Frank Long Jr Confirmation# 2982726607 | | 957106308110137 | -3,500.00 |
| 06/30/17 | TRANSFER NEW CODE INC:FRANZ MORTENSEN Confirmation# 1682728131 | | 957206308143661 | -3,600.00 |
| 06/30/17 | INTUIT PAYROLL S DES:QUICKBOOKS ID:XXXXXXXX  INDN:NEW CODE, INC.    CO ID:1722616679 CCD | | 902580019625556 | -9,590.41 |
| 06/30/17 | BRAINTREE    DES:FUNDING    ID:D8NNDB INDN:NEWCODE_INSTANT    CO ID:WFMSBRNT01 CCD | | 902580019500953 | -1.74 |
| **Total withdrawals and other debits** | | | | **-$170,022.41** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 06/01/17 | External transfer fee - 3 Day -   05/31/2017 Confirmation: 202537204 | -3.00 |
| 06/07/17 | External transfer fee - 3 Day -   06/06/2017 Confirmation: 203076258 | -3.00 |
| 06/12/17 | External transfer fee - 3 Day -   06/09/2017 Confirmation: 203376336 | -3.00 |
| 06/13/17 | External transfer fee - 3 Day -   06/12/2017 Confirmation: 203513080 | -3.00 |
| 06/22/17 | External transfer fee - 3 Day -   06/21/2017 Confirmation: 204217742 | -3.00 |
| 06/23/17 | External transfer fee - 3 Day -   06/22/2017 Confirmation: 204313446 | -3.00 |
| 06/23/17 | External transfer fee - 3 Day -   06/22/2017 Confirmation: 204313494 | -3.00 |
| 06/26/17 | External transfer fee - 3 Day -   06/23/2017 Confirmation: 204358084 | -3.00 |
| **Total service fees** | | **-$24.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 198,462.30 | 06/07 | 194,484.30 | 06/13 | 245,843.31 |
| 06/05 | 195,452.30 | 06/09 | 246,059.30 | 06/14 | 229,652.51 |
| 06/06 | 188,012.30 | 06/12 | 245,861.30 | 06/19 | 229,651.06 |

*continued on the next page*

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274673

**PTX 595.29**



**Your checking account**

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/20 | 129,650.19 | 06/23 | 119,290.31 | 06/29 | 110,666.14 |
| 06/21 | 126,290.19 | 06/26 | 114,437.31 | 06/30 | 93,973.99 |
| 06/22 | 124,287.19 | 06/28 | 113,066.72 | | |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                    AVIA_0274674

**PTX 595.30**

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274675

**PTX 595.31**

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, updates, reminders, and any other important details that could impact you.

In an effort to support your understanding of regulatory requirements related to Internet Gambling you are being provided the following reminder: You must not use your account or any Service for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act. 31 U.S.C Section 5361 et. Seq.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.32**

AVIA_0274676

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274677

**PTX 595.33**

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274678

**PTX 595.34**

NEW CODE INC   |   Account # 3250 4106 9002   |   June 1, 2017 to June 30, 2017

This page intentionally left blank

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0274679

**PTX 595.35**

# New Code Big Bear Platform Introduction

Big Bear is a global platform that hosts skill-based video game tournaments with real money prize on both iOS and Android. We provide free software development tool/kits (SDK) to all mobile game developers around the world. With Big Bear SDK integrated, users will be able to compete against each other with players around the world on supported games. Game developers benefit from Big Bear by expanding their revenue streams.

**Big Bear Operating system**
**1. All games are skill-based**
Because all the competition matches on Big Bear platform are based on the gameplay content, it's important that all the selected games on Big Bear are skill games. i.e. technical/skills based versus of chance based. All the players are competing in a fair environment where the skill to play the game is the only element to determine the final result. Big Bear will only integrate those games that are skill-based.

**2. Game match/competition process**
- Users need to register and use Big Bear account to log onto the game.
- Players can choose to deposit real money to the account and gain in-game virtual currency. The virtual currency can be used to pay for the entry fee of the game match/competition or tournament.
- At the end of each game match, the platform will rank each player who participates the match/competition based on their scores, and pay out the rewards/prize accordingly. The entry fee will not be paid back to the users once they enter the match.
- The users are entitled to withdraw the virtual currency he/she buys on the platform anytime.

**3. The prize for the game match**
The prize for each game match is fixed/pre-set and announced/exposed to the users before users choose to participate/enter and pay the entry fee. Each pre-set prize will not be changed during or after the game match.

As long as the match is successfully conducted, the users prize pool will be guaranteed. The only reason that the match may not happen is that the match gets canceled due to not enough participants.

**4. Different types of matches**
Every game on Plan2Win platform has two types of matches: *Cash Match* and *Practice Match*. The entry fee and the winning prize of the *Cash Match* are virtual currency defined as Currency A; and the entry fee and the winning prize of *Practice Match* are virtual currency defined as Currency B. Currency B can't be withdrawn for real money,

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.36**

can't be used to participate any Cash Match, and can't be transferred/redeemed for Currency A in any format. Also, the entire Practice Match will not involve Currency A.

### 5. The locations of the matches

Only those users who are located in the states/cities that allow real-money games can play *Cash Match* games. All users in the United States can play *Practice Match* games.

### 6. Monitor the users' geo locations

Big Bear platform is using geo-blocking technology combined with mobile phone's GPS location system and IP address to monitor the locations of the users when they are playing the games.

### 7. Monitor the users' ages

a) All the users will need to view and agree the terms and conditions that require them to be minimum 18 years old to enter the platform/game during the registration process (users can not participate in cash matches until registration is complete). The terms and conditions will also be the part of the user T&S. Any registration will not be successful without agreeing to the T&S.

b) Big Bear will verify the users' identifications after the registration. If the user's account triggers the following conditions, they will be required to upload 1) photo ID (drivers license or passport) and 2) the self-photo with holding the photo ID. Without the ID verification, the users cannot play any games. The conditions include:
* First time withdraw the cash
* The accumulated deposit in the game reaches $100 USD
* The earning of the user's account exceeds $150 USD

c) After the users upload the photo ID, the customer service department at Big Bear will verify the legitimacy of the document. If there's any evidence showing the fault information about the age or the fake document, Big Bear will suspend the users' accounts and communicate to the users for more supplement documents for their identities.

### 8. The League match system

a) Every league match lasts 3 days
b) The final prize pool distribution for the *league match* (the amount of prize for each ranking) is pre-set at the time *League Match* starts, and will not change during or after the *League Match*.
c) During the league match, for every one (1)unit virtual currency users win from *Cash Match* games they participate, the users can gain one (1) medal accordingly. For example: user A plays *Cash Match* and wins 10 unit of currency, he/she will gain 10 medals.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
AVIA_0274681

d) By the end of the *league match*, there will be a universal ranking for the overall league match result based on the amount of medals users achieve. The more medals, the higher ranking the user is; If two users gain the same amount of medals, the ranking will be decided by their win rate; and if even the win rate is the same, the ranking will be decided by the higher amount of consecutive winnings; and if all three metrics are the same, the winners will be both users and share the same prize.

e) Users with different rankings will be rewarded different portion of the prize.

f) The users who are on top of the rankings during the league match will be rewarded for the currency that can be exchanged/redeemed for real money.

g) Every user that's on the top ranking board will be rewarded certain prize as defined in b).

### 9. Fair competition guarantee

- Big Bear system will control all the random elements in all games (including Cash Match and Practice Match) to guarantee each player will have exactly the same situation during the competition that includes but not limited to: total gameplay duration, the initial layout of the game and all the random elements in the game process. The brief methodology to control the randomness in the game: as soon as an event that involves random elements or choosing 1 out of N is triggered, the event will require a random parameter from the sever. No matter how many players are on the platform, as long as they are in the same match with the same event(for example, the first block dropping off from Tetris when the game starts), the random parameter retrieved from the server will be exactly the same, which means the appearance on the front end (User interface) that each player sees will be the same as well.



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.38**

- Big Bear system will match the player with similar skill ability during the competition. The system uses WHR algorithm (based on ELO rating system that's already widely accepted by major skill-based in major competitions in the world https://en.wikipedia.org/wiki/Elo_rating_system) to calculate the relative skill levels of each player subjectively, and then conduct the match making during the competition/tournament.

- Fraud/cheating prevention system: we'll monitor and record each match's data and the actual gameplay video. Big Bear has sophisticated data alarm system, along with the operating team members' manual monitoring, to make sure each competition/match is under the fair environment.

- All working staff for Big Bear will never participate any live game match/competition.

- All working staff for the third-party developers that wish to work with Big Bear will never participate any live game match/competition. All the partners will have to sign the agreement with Big Bear that addresses this rule.

- The users can see all the other users' (including the opponents of each match) information. The information includes total wins, highest consecutive wins, average scores, best scores, Cash League ranking and etc. The users will be able to know themselves' and his opponents' abilities through these data.

## 10. Requirement for in-house games and third-party games

Big Bear platform will have its own games that'll be developed by AviaGames or its subsidiaries. Big Bear will also open the platform to other third-party developers to integrate their games for extra stream of revenue. Both in-house game and third-party games will need to meet below requirements:

A) The game must be based on the skills not on the basis of chance. The skill-based games have the following features/traits: 1) The ability to play the game will be improved as the users keep practicing and repeating the gameplay, and the higher ability to play the game, the higher scores users can achieve; 2) The capabilities in order to play the game are very common such as memory, reaction, operation experience, logic, math and graphic/image recognition. One game may test users' multiple abilities.

B) All the capabilities that are needed to play the game will be fully expressed to users before they enter the *Cash Match* games.

C) Each match game is standalone and independent. i.e. the accumulated experience or the knowledge users learn from other match will not be carried onto the new match; the user and his/her opponent's status are completely the same before each match starts. There are no other methods in the game(for example, in app purchase, level up and etc.) can affect the beginning

**PTX 595.39**

status before each standalone match starts. In another word, it doesn't' matter how long each user has played the game, how much deposit the users have made or consumed before the match, whenever the user enter into a new match, every user has exact same stats/status.

D)  The initial layout of the match game is completely the same for any user who enters the same competition/match.

E)  All the users are using the same game version to play the match.

F)  There's no advertisement during the *Cash Match* games.

G)  All the random elements of the match games are controlled by the algorithm that's mentioned in the section of 8. No. 2.

**11. Quality control for in-house games and third-party games**

A) The Quality Assurance team of Big Bear platform will conduct strict and equal quality check for all games from in-house development team and third-party games based on the requirements in the section 9. Any game fails to meet the requirement will not be live on the platform.

B) We'll invite the third-party partners to double check the game quality and see whether the games meet the requirements in the section 9. And any game fails to meet the requirement will not be live on the platform.

C) The methodology of the quality control:

1. White box test: Big Bear platform can detect the corresponding function generated by each random event in the game. During the match, we can observe whether the timing when the function is triggered and posted back is the same with that in the game.

2. Black box test: the Q&A staff will test all the game features on the platform, including but not limited to the fairness (whether the players are facing exact same interface in a match), geo-lock function, game bugs and game stability.

3. Each update to any Game session reference (i.e. tournament type or head-to-head design) must be re-reviewed and approved by the Company (pursuant to the procedures above) or the update will not work on the Platform.

**12. Customer service contact**

There's an option "contact support" in the 'settings' menu on Big Bear platform. When users select this option, they can see the contact email of Big Bear customer service center. When users choose to email to the customer service, our customer service staff will respond within 48 hours. We will also guarantee the 48 hours' respond period in the users terms and conditions.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**13. User terms and conditions**

All the users will need to agree with the Big Bear user terms and conditions during the initial registration (checkbox format). The user terms and conditions includes but not limits to the following content:

1.   Customer self exclusion rules:
   - Big Bear will honor requests from users to self-exclude from participating in contests if they wish
   - Big Bear will create the policies and procedures/process on the platform for users to implement the self-exclusion restriction
   - Big Bear will not knowingly target market a contest by phone, email, or any other means to any consumer that has self-excluded or is otherwise barred in playing in the game or contest
   - Big Bear will have policies and procedures/process on the platform to investigate requests made by third parties to exclude a specific consumer.

2. One account per person rule
   - Big Bear will have procedures/technology in place to restrict a user from having more than one username or account on the platform.

**14. The restriction details of one account per person**

Big Bear has sophisticated back-end monitor system in place where we record and monitor the user behaviors including how many accounts each user has. There are multiple procedures on the platform to prevent one user owning more than one account:
   - First of all, a valid email address must be provided in order to register a new account. And users will need to activate the account from the email that's sent to their email addresses before they can play on Big Bear platform. One email can only be used once to register one account;
   - Secondly, We will collect the data of users' devices' information and IP information. And we'll be able to know how many accounts each device or each IP has through these collected data;
   - Lastly, users will be required to provide the evidence for the valid ID whenever they want to make a withdrawal from the platform. If the user who submits evidence has more than one account, we'll label a red flag for this user and conduct a further investigation; The users' accounts will be suspended if we detect the fraud for the accounts.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.41**

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.42**

| | |
|---|---|
| **State of California**<br>**Secretary of State**<br><br>**Statement of Information**<br>(Domestic Stock and Agricultural Cooperative Corporations)<br>**FEES (Filing and Disclosure): $25.00.**<br>If this is an amendment, see instructions.<br>**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** | **S** |

**FF61027**

# FILED

In the office of the Secretary of State
of the State of California

**SEP-01 2016**

| 1.  CORPORATE NAME |
|---|
| NEW CODE, INC. |

| 2.  CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3861699 | This Space for Filing Use Only |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>550 OAK ST., MOUNTAIN VIEW, CA 94041 | | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>550 OAK ST., MOUNTAIN VIEW, CA 94041 | | | | |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4<br>YANJUAN CHEN   213 MORESBY LN REDWOOD CITY, REDWOOD CITY, CA 94063 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/<br>YANJUAN  CHEN | 213 MORESBY LN, REDWOOD CITY, CA 94063 | | | |
| 8.  SECRETARY<br>SHUSHENG  LIN | 501 BALTIC CIR. UNIT 529, REDWOOD CITY, CA 94065 | | | |
| 9.  CHIEF FINANCIAL OFFICER/<br>PING WANG | 861 AZALEA DR, SUNNYVALE, CA 94086 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME<br>YANJUAN  CHEN | 213 MORESBY LN, REDWOOD CITY, CA 94063 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14.  NAME OF AGENT FOR SERVICE OF PROCESS (Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation) | | | | |
|---|---|---|---|---|
| PING  WANG | | | | |
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | | | STATE | ZIP CODE |
| 861 AZALEA DR, SUNNYVALE, CA 94086 | | | | |

**Type of Business**

| 16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| MARKETING AND PUBLISHING |

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/01/2016 | YANJUAN  CHEN | FOUNDER AND CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

**PTX 595.43**

AVIA_0274687

> On Jul 27, 2017, at 5:38 AM, Risk Team <riskteam@getbraintree.com> wrote:
>
> Hi Ping,
>
> I hope this e-mail finds you well. Your New Code account was recently flagged as a result of possible cardholder fraud as well as a decrease in your processing volume.
>
> Our objective is to work with you to ensure that you aren't being taken advantage of by potential fraudsters, as this may lead to an interruption in your processing. Also, upon review of your gateway, the transactions currently being processed appear to be a volume that is much lower than what the account was approved for, which may require us to re-underwrite your account.
>
> In order to help resolve this issue, our Risk team is requesting the following information:
>
> 1. A copy of the invoice, bill, and/or contract showing the items purchased and the price of each item, customer contact information including phone number, as well as any applicable shipping documents you may have related to transactions e90scje2, hea5ltab, O9fkgzpd, 3ca7126p, hah14lsk, a4r99c6m
>
> 2. A copy of the business bank statements for the last three months showing beginning and ending balances to ensure that you are financially supportive of the increased risk exposure associated with your account
>
> 3. An explanation regarding the services currently being provided to customers
>
> You can submit the requested documents to via email by attaching them in your reply, or you can upload them in your Braintree Control Panel by following these steps:
>
> 1. Log into the Control Panel
> 2. Navigate to Account > Business Uploads
> 3. Choose Risk Review and enter your Braintree representative's name in the Notes field
> 4. Click Continue
> 5. Click Add Document and select the file(s)
> 6. Click Upload Documents & Finish
>
> Funds are currently being held while we wait for confirmation from you. If I can be of any assistance whatsoever please don't hesitate to email me or call me directly at 312.257.2306.
>
> Thank you in advance for your help in resolving this matter.
>
> Regards,

**PTX 595.44**

```
>
> Arthur
> Braintree | Risk Management
> risk@braintreepayments.com | 312.257.2306
> International +800.8000.2136 | Toll Free 855.812.4435
> ref:_00D507MZQ._50038sGe8G:ref
```

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                AVIA_0274689

**PTX 595.45**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.:   **PTX 595**

Date Admitted: 2/7/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 595.46**