| | |
|---|---|
| From: | Jamie Leung [jamie@aviagames.com] |
| Sent: | 7/19/2017 6:50:56 PM |
| To: | Michael Tseng [mtseng@skillz.com] |
| Subject: | About Zuma of AviaGames |

Hi Michael,

I feel so sorry about the delay of our Zuma project. Our company has a urgent project, all engineers were deployed to it. But now it's ok, we will continue to integrate the Skillz Sdk with Zuma, it may takes 2 weeks from now to finish.

Sorry for the delay again.

Best,
Jamie

CONFIDENTIAL

**PTX 607.1**

AVIA_0015639

**PTX 607.2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.:  **PTX 607**

Date Admitted:

By: Tiffany Salinas-Harwell, Deputy Clerk