| | |
|---|---|
| **From**: | Eddy Ji [jiyunqing@aviagames.com] |
| **Sent**: | 3/4/2022 5:06:20 AM |
| **To**: | Mackner, Jared [Jared.Mackner@cbiz.com] |
| **CC**: | Rodriguez, Roberto [Roberto.Rodriguez@cbiz.com]; Bill Liu [bill@aviagames.com]; Green, Chris [chris.green@cbiz.com] |
| **Subject**: | RE: [ EXT ] RE: AviaGames - Carta Access |

Hi Jared,

In terms of the accounting relating to competition that involves Ai, here is my thoughts for your references.

In those 1vs1 games, if the other side is AI, then the GAAP revenue would just be the cash gains/losses for the real people in that game.

For example, if player A is real person and if he wins, all net cash losses (total cash rewards minus entry fees) will be the net losses for us; and if player A loses, all net cash gains (total cash entry fees) will be our net revenues. Noting bonus cash is not considered as cash entry fees, and should be excluded from the calculation of cash entry fees.

For those games with multiple players (more than 2), when AI joins, we just need to exclude it from the total of cash entry fees and number of real players when allocating revenue portion to each real player.

For example, in a game of 10 players, if 2 players are AI, when we calculate the revenue per player, we only need to consider the total cash entry fee from the rest of 8 real players and spreading it over 8 real people.

Please let me know if you have any questions, or disagreements.

Thanks
Eddy

---

**From:** Eddy Ji <jiyunqing@aviagames.com>
**Sent:** Thursday, March 3, 2022 3:22 PM
**To:** 'Mackner, Jared' <Jared.Mackner@CBIZ.com>
**Cc:** 'Rodriguez, Roberto' <Roberto.Rodriguez@CBIZ.com>; 'Bill Liu' <bill@aviagames.com>; 'Green, Chris' <chris.green@CBIZ.com>
**Subject:** RE: [ EXT ] RE: AviaGames - Carta Access

**\*\*Please use this email as I made couple changes after the proof reading\*\***

Hi Jared,

Thanks for sending out the notes in advance.

**Mini games**
You are correct. For those mini games, i.e., daily reward, dice tour, lucky card draw, cash miner etc., they are essentially promotional activities in order to attract and retain our customers. The rewards from those mini games will usually be non-monetary items, such as tickets and bonus cash. In rare cases, we do offer physical gifts (cellphones, jewelries) as the reward, and the cost relating to those physical gifts are charged into P/L as selling expenses.

**Charge backs**

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                              AVIA_0484702

I generally agree with your documentation below and will confirm with our operation team on details and get back to you. I am also in line with you that we should estimate charge backs based on historical data and come up with a reasonable amount to reserve at each reporting period.

In terms of the accounting treatment, does the GAAP require us to offset charge back against with our revenues, or to record it as a separate cost (as COGS, or G&A)? The tricky part of our charge back is that, it occurs in the deposit process, which is before we earn revenues. If a player deposit cash, and then subsequently dispute it before the cash is consumed in a game. We probably won't incur any losses (if not considering charge back fees charged by credit card companies). However, majority cases are that disputes are initiated after the deposited cash is consumed. Do you think those facts will impact the way how we should account for charge backs?

**Different type of gaming models**
As we discussed, we have multiple gaming models. The general idea of each game might be very similar, but when you look into details, there are some differences among them.

To start with, we first need to determine the unit of the account for our revenues, shall we calculate revenues for each customer in each games, or just at the individual game level, or even by days? (note that even we conclude that the game revenue shall be calculated at a much higher level, i.e., revenues by day, we still need to determine how much revenues that we earned from each players for state tax reporting purpose).

Basic gaming model includes:

- 1vs1 gaming model – all cash

| Player | Entry Fee-Total | Entry Fee-Cash | Entry Fee-Bonus Cash | Prize-Total | Prize-Cash | Prize-Bonus cash | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|
| A | 10 | 10 | 0 | 18 | 18 | 0 | -8 | 2/2=1 |
| B | 10 | 10 | 0 | 0 | 0 | 0 | 10 | 2/2=1 |

From this game, we are profiting a total of $2, $1 from each player.

- 1vs1 gaming model – with bonus cash

| Player | Entry Fee-Total | Entry Fee-Cash | Entry Fee-Bonus Cash | Prize-Total | Prize-Cash | Prize-Bonus cash | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|
| A | 10 | 0 | 10 | 18 | 17 | 1 | -17 | 2/2-10+1=-8 |
| B | 10 | 10 | 0 | 0 | 0 | 0 | 10 | 2/2=1 |

From this game, we are losing a total of $7: earning $1 from player B, but losing $8 from player A (because of the bonus cash).

- 1vs1 gaming model – with variable payouts ('spin and go')

Spin and go allows a player to get a prize that could be higher than the 1v1 model under the same entry fee, based on a probability. In the spin and go model, the opponent could be a player in a normal 1vs1 game. For example, in a normal 1v1 game with $10 entry fee, the prize should be $18 if a player wins. However, if this player enters the spin and go model, he can win any amount between $12 to $200 if he wins (see below screenshot for a $30 entry fee spin and go game).



Player A wins with prize less than the $18 – all cash

| Player | Entry Fee-Total | Entry Fee-Cash | Entry Fee-Bonus Cash | Prize-Total | Prize-Cash | Prize-Bonus cash | Prize – Spin & Go | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|---|
| A | 10 | 10 | 0 | 12 | 18 | 0 | -6 | -2 | 2/2-(-6)=7 |
| B | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 2/2=1 |

From this game, we are earning a total of $8: $1 from player B, 7 from player A( with $1 of the regular entry fee and additional $6 from the spin and go).

Player A wins with prize more than the $18 – all cash

| Player | Entry Fee-Total | Entry Fee-Cash | Entry Fee-Bonus Cash | Prize-Total | Prize-Cash | Prize-Bonus cash | Prize – Spin & Go | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|---|
| A | 10 | 10 | 0 | 200 | 18 | 0 | 182 | -190 | 2/2-(182)=-181 |
| B | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 2/2=1 |

From this game, we are losing a total of $180: earning $1 from player B, losing $181 from player A( with $1 of the regular entry fee net with additional $182 payout to the player for spin and go).

*Player A wins with prize less than the $18 – with bonus cash*

| Player | Entry Fee-Total | *Entry Fee-Cash* | *Entry Fee-Bonus Cash* | Prize-Total | *Prize-Cash* | *Prize-Bonus cash* | *Prize – Spin & Go* | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|---|
| A | 10 | *0* | *10* | 12 | *17* | *1* | **-6** | -11 | 2/2-10+1-(-6)=-2 |
| B | 10 | *10* | *0* | 0 | *0* | *0* | ***0*** | 10 | 2/2=1 |

From this game, we are losing a total of $1: earning $1 from player B, losing $2 from player A.

*Player A wins with prize more than the $18 – with bonus cash*

| Player | Entry Fee-Total | *Entry Fee-Cash* | *Entry Fee-Bonus Cash* | Prize-Total | *Prize-Cash* | *Prize-Bonus cash* | *Prize – Spin & Go* | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|---|
| A | 10 | *0* | *10* | 200 | *17* | *1* | **182** | -199 | 2/2-10+1-(182)=-190 |
| B | 10 | *10* | *0* | 0 | *0* | *0* | ***0*** | 10 | 2/2=1 |

From this game, we are losing a total of $189: earning $1 from player B, losing $190 from player A.

-1vs multiple gaming model ('MTP' or 'Challenger')

| Player | Entry Fee-Total | *Entry Fee-Cash* | *Entry Fee-Bonus Cash* | Prize-Total | *Prize-Cash* | *Prize-Bonus cash* | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|
| A1 | 10 | *10* | *0* | 20 | *20* | *0* | -10 | 30/8=3.75 |
| A2 | 10 | *10* | *0* | 10 | *10* | *0* | 0 | 30/8=3.75 |
| A3 | 10 | *10* | *0* | 10 | *10* | *0* | 0 | 30/8=3.75 |
| A4 | 10 | *10* | *0* | 5 | *5* | *0* | 5 | 30/8=3.75 |
| A5 | 10 | *10* | *0* | 5 | *5* | *0* | 5 | 30/8=3.75 |
| A6 | 10 | *10* | *0* | 0 | *0* | *0* | 10 | 30/8=3.75 |
| A7 | 10 | *10* | *0* | 0 | *0* | *0* | 10 | 30/8=3.75 |
| A8 | 10 | *10* | *0* | 0 | *0* | *0* | 10 | 30/8=3.75 |

-Skirmish

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
AVIA_0484705



| Player | Entry Fee-Total | Entry Fee-Cash | Entry Fee-Bonus Cash | Prize-Total | Prize-Cash | Prize-Bonus cash | Net cash gains | GAPP revenue |
|---|---|---|---|---|---|---|---|---|
| A1 | 5 | 5 | 0 | 35 | 35 | 0 | -30 | Total cash gains/number of participates |
| A2 | 5 | 5 | 0 | 15 | 15 | 0 | 10 | Total cash gains/number of participates |
| A3 | 5 | 5 | 0 | 10 | 10 | 0 | 5 | Total cash gains/number of participates |
| A4 | 5 | 5 | 0 | 6 | 6 | 0 | 1 | Total cash gains/number of participates |
| A5 | 5 | 5 | 0 | 2 | 2 | 0 | 3 | Total cash gains/number of participates |
| A6 | 5 | 5 | 0 | 0 | 0 | 0 | 5 | Total cash gains/number of participates |
| A7 | 5 | 5 | 0 | 0 | 0 | 0 | 5 | Total cash gains/number of participates |

| A8 | 5 | 5 | 0 | 0 | 0 | 0 | 5 | Total cash gains/number of participates |
|---|---|---|---|---|---|---|---|---|
| … | 5 | 5 | 0 | 0 | 0 | 0 | 5 | Total cash gains/number of participates |

Please also note that above game illustration assumes all players are real people. However, we also need to consider what if some of the players are not real people, but AI?

I do not think I will have enough time to explain all of those on tomorrow's meeting, as I have back to back meetings in tomorrow morning. But we can definitely setup another time to go through those in more details.

Thanks
Eddy

**From:** Mackner, Jared <Jared.Mackner@CBIZ.com>
**Sent:** Thursday, March 3, 2022 1:12 PM
**To:** Eddy Ji <jiyunqing@aviagames.com>
**Cc:** Rodriguez, Roberto <Roberto.Rodriguez@CBIZ.com>; Bill Liu <bill@aviagames.com>; Green, Chris <chris.green@CBIZ.com>
**Subject:** RE: [ EXT ] RE: AviaGames - Carta Access

Hi Eddy,

In addition to a call early next week on ASC 606, there were a few items I planned on bringing up during tomorrows touch point call.

1.      Wanted to have you walk me through a lucky card draw along with tasks & challenges, as those are two mini games I noticed on the AviaGames website that I don't think I experienced. That way I can make sure they are documented appropriately in the memo. Also wanted to understand if these were also promotional ways to receive tickets/bonus cash.
2.      Charge backs – I wanted to understand AviaGames process, the amount and extent they occur. I have some general language shown below, but wanted to make sure I was aligned with the actual AviaGames process.  Here is some general language we can use/cut down or modify if easier and wanted to share for a visual when we discuss.

*Charge Backs* – End-users sometimes contest credit card charges from AviaGames platform transactions due to disagreements about the app itself, fraud, or other reasons. Contested charges are initiated by the end-user with PayPal or the credit card company up to 90 days after the initial transaction. The Company generally contests these disputes and works with PayPal and the credit card companies to determine resolution. This process can generally take ==x-x== months, especially if items are re-disputed by the end-user after initially being denied.

For disputes the Company loses, it will record a loss. In cases of fraud, the transactions are typically covered by the Company's third-party insurance provider ==xxx==, who refunds losses related to fraud. Disputes loss by the Company that are not otherwise insured represent a form of variable consideration. ==Given the Company has the benefit of hindsight, the Company was able to establish chargebacks initiated in FY 2021 or FY 2022 that related to FY 2021. See separate analysis for Chargebacks as of December 31, 2021. On a go forward basis, the Company will evaluate chargebacks using a portfolio of data and estimate a reserve based upon a most-likely amount approach based upon the last 12 months of chargeback data.==

3.      Looking back at the table below you had shared during a previous discussion I was going to put together a table of how I understood bonus cash would work in a similar scenario if an end-user paid an entry fee partly with real cash

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0484707

PTX 668.6

and partially with bonus cash as I wanted to incorporate a table using both for similar for documentation. If you have an example of your own feel free to share during the call.

| Player | Entry fee | Prize | Total |
|---|---|---|---|
| A | 0.6 | 0 | 0.6 |
| B | 0.6 | -1 | -0.4 |
| Total | 1.2 | -1 | 0.2 |

Thank you, and look forward to talking tomorrow.

Jared Mackner
Manager, CBIZ ARC Consulting, LLC
jared.mackner@cbiz.com | 415-264-3731

**From:** Green, Chris <chris.green@CBIZ.com>
**Sent:** Wednesday, March 2, 2022 10:53 PM
**To:** Eddy Ji <jiyunqing@aviagames.com>; Mackner, Jared <Jared.Mackner@CBIZ.com>; Bill Liu <bill@aviagames.com>
**Cc:** Rodriguez, Roberto <Roberto.Rodriguez@CBIZ.com>
**Subject:** RE: [ EXT ] RE: AviaGames - Carta Access

Eddy,

See notes below.

Thanks!
Chris

**From:** Eddy Ji <jiyunqing@aviagames.com>
**Sent:** Wednesday, March 2, 2022 7:22 PM
**To:** Mackner, Jared <Jared.Mackner@cbiz.com>; Bill Liu <bill@aviagames.com>
**Cc:** Green, Chris <chris.green@cbiz.com>; Rodriguez, Roberto <Roberto.Rodriguez@cbiz.com>
**Subject:** [ EXT ] RE: AviaGames - Carta Access

> External email sender jiyunqing@aviagames.com from United States <
> Be suspicious of external email and never provide your authentication details <
.
Thanks a lot, Jared.

As for the questions regarding on **debt and equity**, can you please summarize those in one email, or using the question list that you sent to us before? I will talk with Bill to see how we can gather the information to your team.

<span style="color:blue">**ARC – will do**</span>

Also for the debt section, is the attached **UA funding agreement** within in review scope?

<span style="color:blue">**ARC-have there been any draws?  If yes please provide details.**</span>

For the **revenue** memo, I would assume we should have more conversations before we can finally lock the memo. But I am also happy to provide comments if you have something that I can start to review.

<span style="color:blue">**ARC-why don't we set up some time for early next week to jump on a call. Jared and I will touch base and schedule something.**</span>

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                                                                                                        AVIA_0484708

Thanks
Eddy

---

**From:** Mackner, Jared <Jared.Mackner@CBIZ.com>
**Sent:** Wednesday, March 2, 2022 10:24 PM
**To:** Eddy Ji <jiyunqing@aviagames.com>; bill@aviagames.com
**Cc:** Green, Chris <chris.green@CBIZ.com>; Rodriguez, Roberto <Roberto.Rodriguez@CBIZ.com>
**Subject:** RE: AviaGames - Carta Access

Hi Eddy,

As requested, attached is another weekly budget to actual. Look forward to catching up tomorrow.

Rob had one outstanding question related to SVB debt warrants for issuance costs to wrap that one up and get over to you. Also, the preferred stock memo has one question outstanding before moving through review and your way, see second attached email from Rob to confirm the board member make up and holdings as of 12/31/21.

I'm also working through the July/December convertible notes memo and the ASC 606 memo (both reviewed by Chris), so once updated and through Gary those will be close as well. For the Convertible notes (Scopely, July and December issuances) can you share the issuance costs for these (knowing there were multiple issuances)?

Thank you,

Jared Mackner
Manager, CBIZ ARC Consulting, LLC
jared.mackner@cbiz.com | 415-264-3731

---

**From:** Mackner, Jared <Jared.Mackner@CBIZ.com>
**Sent:** Tuesday, February 22, 2022 2:30 PM
**To:** Eddy Ji <jiyunqing@aviagames.com>; Bill@aviagames.com
**Cc:** Green, Chris <chris.green@CBIZ.com>; Rodriguez, Roberto <Roberto.Rodriguez@CBIZ.com>
**Subject:** RE: AviaGames - Carta Access

Hi Eddy,

Would you be able to move Thursdays catch up to Wednesday this week?

Rob's been sifting through all the equity documents provided and we're thinking there were some secondary sales. This would allow Rob to join and be able to discuss what we are seeing and determine if there is another memo to make sure is covered.

Also attached is a budget to actual as requested previously, I'll plan to share one weekly. Thank you,

Jared Mackner
Manager, CBIZ ARC Consulting, LLC
jared.mackner@cbiz.com | 415-264-3731

---

**From:** Rodriguez, Roberto <Roberto.Rodriguez@CBIZ.com>
**Sent:** Tuesday, February 22, 2022 12:07 PM
**To:** Eddy Ji <jiyunqing@aviagames.com>; Bill@aviagames.com

**Cc:** Green, Chris <chris.green@CBIZ.com>; Mackner, Jared <Jared.Mackner@CBIZ.com>
**Subject:** AviaGames - Carta Access

Hi Bill and Eddie,

I hope you both are having a nice day. I am emailing to follow up on receiving Carta access for one of our team members. If you do not believe we will be able to get access soon, would one of you be able to provide us with a Carta report for options granted, exercised, and canceled from inception to date?

Please let us know if you have any questions or concerns.

Thank you both for your time,



Roberto Rodriguez, CPA
Senior Consultant, CBIZ ARC Consulting, LLC
Roberto.Rodrgiuez@cbiz.com

"The information in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you."

PTX 668.10

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 668**

Date Admitted: 2/7/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 668.10**