

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**AVIA_0114696**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
January 29, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

PTX 672.1

| | |
|---|---|
| From: | Jamie Leung[jamie@aviagames.com] |
| Sent: | Thur 10/6/2016 9:25:07 PM (UTC-07:00) |
| To: | core@aviagames.com[core@aviagames.com] |
| Subject: | Meeting Memo（Project X） |

**Action Item**

**Legal related (please see if it can be completed within 5 working days)**
Understanding the legality outside the US — Vickie, Victoria
Ask Skillz for their explanation regarding questions against cash play (1. Randomness in games. 2. Legality of tournament mode) — Victoria
Discuss cooperation with cash play (understand the model, legal issues, etc.) — Ping

**Personnel related (the sooner the better, Michael mainly depends on you!)**
Figure it out with technical personnel with relevant experience -- Michael, Andy
Figure it out with product personnel with relevant experience -- Michael, Jamie

**Product related**
Competitive product research -- Jamie

**Market related**
Market understanding and target region confirmation -- Ping

**Other (within 5 working days)**
Learn about part-time job websites (find someone to help use them) -- Victoria
Purchase project information for sharing with 1 yuan -- Michael

**Conclusion based on the above needs:**
Is the positioning of the platform strictly legal or a bit of a gray area? — Vickie **(The sooner the better, it determines the product design)**
Understand how products and technologies work together at the algorithm level — Jamie, Andy
Specific requirements for technical personnel recruitment: network security, anti-cheating, and SDK security — Andy
Project schedule — jamie

PTX 672.3

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 672**
Date Admitted: 2/5/2024

By: Tiffany Salinas-Harwell, Deputy Clerk