

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**AVIA_0187875**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Jacqueline Yorke

Sworn to before me this
January 23, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

PTX 674.1

**Short Message Report**

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 43 | Date Range: 10/28/2016 - 10/29/2016 |

**Outline of Conversations**

 **NODISPLAY** 43 messages between 10/28/2016 10/29/2016    Jamie Leung <liangjianwen271531>. PING     RonnieZhuang Zi <mc04zhgh> Vickie Chen <a30315133>    Victoria (ss) <a27074237> •Zhang Peng  • Man Daren <reng1234567>

**PTX 674.2**

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| 💬 | **NODISPLAY** | |
| JL | **Jamie Leung <liangjianwen271531>** | 10/28/2016, 7:08 AM |

*Attachment: 10396. pic (76 KB)*

| | | |
|---|---|---|
| PW | **PING **<br>I just played it and I think this game is pretty good | 10/28/2016, 7:21 AM |
| PW | **PING **<br>It's quite fun | 10/28/2016, 7:22 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Yes | 10/28/2016, 7:22 AM |
| VA | **Vickie Chen <a30315133>** | 10/28/2016, 7:22 AM |

I founded the company and led a team of directors, software engineers and marketing experts in the build, integration and proliferation of a disruptive, viral and sticky betting platform with deep roots in social networking.

For our B2B partners, we provided a platform for monetizing, energizing and engaging their users with a unique USP through betting within conversations and 3rd party games.

On the B2C side of the business we focused on making sports and 3rd party in-game real money betting easy and social.

| | | |
|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>**<br>We made drop6 | 10/28/2016, 7:22 AM |
| PW | **PING ** | 10/28/2016, 7:25 AM |

*File "c997f258-3abc-418e-a45c-d439bd06d9c0" is missing.*
*Attachment: 93214beca9ba53cc0e21504e97d3996c*

| | | |
|---|---|---|
| PW | **PING **<br>But I still don't understand how to remove the solid disc. Am I just too stupid? | 10/28/2016, 7:25 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Remove twice | 10/28/2016, 7:25 AM |
| PW | **PING **<br>I feel the number on the top is not very smooth when moving left and right. | 10/28/2016, 7:37 AM |
| PW | **PING **<br>If not careful, it would move to an unwanted location | 10/28/2016, 7:37 AM |
| PW | **PING **<br>I've moved it incorrectly a couple of times | 10/28/2016, 7:38 AM |
| JL | **Jamie Leung <liangjianwen271531>** | 10/28/2016, 7:47 AM |

*Attachment: 10408.pic (101 KB)*

| | | |
|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>**<br>@MARU That one is not for moving around, you should click it… | 10/28/2016, 8:07 AM |

**PTX 674.3**

| | | | |
|---|---|---|---|
| PW | **PING ** <br> It's not about moving to a certain location -. - | | 10/28/2016, 8:08 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> No………………. | | 10/28/2016, 8:08 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> But we can optimize the mobile experience. There must be players like you. | | 10/28/2016, 8:08 AM |
| PW | **PING ** <br> OK | | 10/28/2016, 8:31 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> @MARU I can play number drop up to 20,000 points | | 10/28/2016, 8:57 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> [seduce] | | 10/28/2016, 8:57 AM |
| PW | **PING ** <br> You're amazing… | | 10/28/2016, 3:51 PM |
| JL | **Jamie Leung <liangjianwen271531>** <br> Not amazing …Wang Shuai 23000+ [heartbroken] | | 10/28/2016, 4:28 PM |
| VA | **Victoria (ss) <a27074237>** <br> haha | | 10/28/2016, 5:35 PM |
| VA | **Victoria (ss) <a27074237>** <br> I'm at 25,000 already | | 10/28/2016, 5:35 PM |
| JL | **Jamie Leung <liangjianwen271531>** <br> ○ ○ ○ ○ | | 10/29/2016, 12:57 AM |
| PW | **PING ** <br> What's up… | | 10/29/2016, 12:57 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 25000[goodbye] | | 10/29/2016, 12:58 AM |
| PW | **PING ** <br> What 25,000? | | 10/29/2016, 12:58 AM |
| PW | **PING ** <br> -- | | 10/29/2016, 12:58 AM |
| PW | **PING ** <br> Is there a meeting? | | 10/29/2016, 12:58 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> Nothing on our end. Yesterday we decided on the roadmap of Project X. Will talk to other people on Monday regarding Xunlong | | 10/29/2016, 1:03 AM |
| PW | **PING ** <br> <br> k . . . I just translated the skillz stuff and gave it to developers | | 10/29/2016, 1:03 AM |
| PW | **PING ** <br> We have decided not to go for Xunlong at this moment, right? | | 10/29/2016, 1:04 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br>  Thank you | | 10/29/2016, 1:04 AM |
| JL | **Jamie Leung <liangjianwen271531>** | | 10/29/2016, 1:04 AM |

**PTX 674.4**

|  |  |  |
|---|---|---|
|  | No, we will go for it |  |
| Man R | **Man Daren <reng1234567>**<br>Are we still doing Xunlong? | 10/29/2016, 1:05 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>I said no, we will | 10/29/2016, 1:06 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>I wanted to emphasize it but my words created ambiguity… | 10/29/2016, 1:06 AM |
| PW | **PING **<br>--_-- | 10/29/2016, 1:09 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>@MARU What time do you meet with skillz on Monday? | 10/29/2016, 1:19 AM |
| PW | **PING **<br>1:30 | 10/29/2016, 1:22 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>Remember to ask them for new game recommendations. | 10/29/2016, 1:23 AM |
| PW | **PING **<br>OK | 10/29/2016, 1:23 AM |

**PTX 674.5**

## Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 43 | Date Range: 10/28/2016 - 10/29/2016 |

## Outline of Conversations

 **NODISPLAY** • 43 messages between 10/28/2016 - 10/29/2016 • Jamie Leung <liangjianwen271531> • PING  • Ronnie庄子 <mc04zhgh> • Vickie Chen <a30315133> • Victoria (ss) <a27074237> • 张鹏  • 蛮大人 <reng1234567>

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

AVIA_0187875

**PTX 674.6**

**Messages in chronological order** (times are shown in GMT +00:00)

| | **NODISPLAY** | |
|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>** | 10/28/2016, 7:08 AM |

*Attachment: 10396.pic (76 KB)*

| | | |
|---|---|---|
| PW | **PING **<br>我刚玩了一下我觉得这游戏做的不错啊 | 10/28/2016, 7:21 AM |
| PW | **PING **<br>蛮耐玩的 | 10/28/2016, 7:22 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>是的 | 10/28/2016, 7:22 AM |
| VA | **Vickie Chen <a30315133>** | 10/28/2016, 7:22 AM |

I founded the company and led a team of directors, software engineers and marketing experts in the build, integration and proliferation of a disruptive, viral and sticky betting platform with deep roots in social networking.

For our B2B partners, we provided a platform for monetizing, energizing and engaging their users with a unique USP through betting within conversations and 3rd party games.

On the B2C side of the business we focused on making sports and 3rd party in-game real money betting easy and social.

| | | |
|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>**<br>我们做成了 drop6 | 10/28/2016, 7:22 AM |
| PW | **PING ** | 10/28/2016, 7:25 AM |

*File **"c997f258-3abc-418e-a45c-d439bd06d9c0"** is missing.*
*Attachment: 93214beca9ba53cc0e21504e97d3996c*

| | | |
|---|---|---|
| PW | **PING **<br>不过我还是没明白那个 solid disc 怎么消 是我太笨了嘛 | 10/28/2016, 7:25 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>消两次 | 10/28/2016, 7:25 AM |
| PW | **PING **<br>我觉得上面的那个数字左右移动的时候不是很流畅 | 10/28/2016, 7:37 AM |
| PW | **PING **<br>不小心就移动到 不想要的位置 | 10/28/2016, 7:37 AM |
| PW | **PING **<br>我移错了好几次 | 10/28/2016, 7:38 AM |
| JL | **Jamie Leung <liangjianwen271531>** | 10/28/2016, 7:47 AM |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY     AVIA_0187876

**PTX 674.7**

Attachment: 10408.pic (101 KB)

| | | | |
|---|---|---|---|
| JL | **Jamie Leung <liangjianwen271531>** <br> @MARU 那个不 是移的，是点击的。。。。 | | 10/28/2016, 8:07 AM |
| PW | **PING ** <br> 不是要移动到 某个位置 -。- | | 10/28/2016, 8:08 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 不是。。。。。。。。。。。。。。 | | 10/28/2016, 8:08 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 不过我们可以优化下移动体验，肯定还有像你这样的玩家 | | 10/28/2016, 8:08 AM |
| PW | **PING ** <br> 好吧 | | 10/28/2016, 8:31 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> @MARU 我number drop可以玩到2W分 | | 10/28/2016, 8:57 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> [勾引] | | 10/28/2016, 8:57 AM |
| PW | **PING ** <br> 你太厉害了。。 | | 10/28/2016, 3:51 PM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 不厉害。。。王帅23000+[心碎] | | 10/28/2016, 4:28 PM |
| VA | **Victoria (ss) <a27074237>** <br> haha | | 10/28/2016, 5:35 PM |
| VA | **Victoria (ss) <a27074237>** <br> 我25000 le | | 10/28/2016, 5:35 PM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 。。。。。 | | 10/29/2016, 12:57 AM |
| PW | **PING ** <br> 你怎么了。。。 | | 10/29/2016, 12:57 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 25000[再见] | | 10/29/2016, 12:58 AM |
| PW | **PING ** <br> 什么25000 | | 10/29/2016, 12:58 AM |
| PW | **PING ** <br> — — | | 10/29/2016, 12:58 AM |
| PW | **PING ** <br> 开会不 | | 10/29/2016, 12:58 AM |
| JL | **Jamie Leung <liangjianwen271531>** <br> 我们这没什么昨天定了project x的roadmap驯龙的事周一和再和其他人聊 | | 10/29/2016, 1:03 AM |
| PW | **PING ** | | 10/29/2016, 1:03 AM |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                     AVIA_0187877

|  |  |  |
|---|---|---|
|  | k 我刚才把skillz的东西翻译给开发了 |  |
| PW | **PING **<br>驯龙我们现在是决定不做了是不是 | 10/29/2016, 1:04 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>谢谢 | 10/29/2016, 1:04 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>不，做 | 10/29/2016, 1:04 AM |
| 蛮R | **蛮大人 <reng1234567>**<br>驯龙还继续做吗？ | 10/29/2016, 1:05 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>我说不 做 | 10/29/2016, 1:06 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>想表示强调 结果歧义了。。 | 10/29/2016, 1:06 AM |
| PW | **PING **<br>一_一 | 10/29/2016, 1:09 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>@MARU 你们周一和skillz的会约了几点？ | 10/29/2016, 1:19 AM |
| PW | **PING **<br>1:30 | 10/29/2016, 1:22 AM |
| JL | **Jamie Leung <liangjianwen271531>**<br>那你记得帮忙问他们新游戏推荐 | 10/29/2016, 1:23 AM |
| PW | **PING **<br>好 | 10/29/2016, 1:23 AM |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    AVIA_0187878

**PTX 674.9**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: **PTX 674**
Date Admitted: 2/5/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 674.10**