

Begin forwarded message:

**From:** PING WANG <ping@aviagames.com>
**Subject: Evidence: Jarrod's incapability of providing consultant service**
**Date:** March 27, 2017 at 8:21:47 AM GMT+8
**To:** Vickie Chen <vickie@aviagames.com>

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY        PTX 675.1        AVIA_0117721

Hi Vickie,

Please check below details regarding the evaluation of Jarrod's consultant service: other than introduction work(introduction to 2 payment companies, 1 law firm and 1 bank(never replied)), his consultant service is very low quality and indicates his incapability of providing systematic or in-depth consultant service( i attached all the emails in the attachment, and I also attached the sample consultant document for one topic).

- **1. Incapability of providing systematic answers or in-depth research/analysis**

Throughout December 2016 and January 2017, Jarrod only sent one simple document "Player conversion" which he objectively describes the common practices without any systematic analysis or historical data/result for the concrete answers. All the other answers are superficial very simple answers without in-depth insights or actionable recommendations. All his answers or document format indicate that Jarrod is not capable of providing comprehensive consultant service, or value recommendation to Aviagames' existing platform.

Example of his "consultancy" service - just simple one or two sentences' answers.

Example of Jarrod's incapability of understanding the common industry terms:

After Aviagames' detailed explanations, Jarrod's answers are still not even close to "consultant" level:
Aviagames is trying multiple times asking for "report", "document", "research", and Jarrod is always giving the superficial answers based on his own objective opinion without any data or research back up.

Example of Jarrod's answer regarding payment mechanism design(blue texts are from Aviagames). Jarrod's answer only responded" do you think Apple would allow", and he never offer any valuable information or recommendations regarding how to design an efficient payment mechanism. His answers are all objective such as" I wouldn't let people cash out" - it is not close to consultant level, no analysis, no data, no research and whatsoever

- **2. No work plan whatsoever - all the work list/tasks/questions are initiated by Aviagames**

Throughout the work months, Jarrod never proactively provides the work list/plan for himself, rather, he only passively answers what Aviagames asked. All the emails show that Jarrod only passively answer rather than proactively providing guideline/advice. In another words, if Aviagames doesn't ask, Jarrod wouldn't have anything to do. This is against the consultant purpose, which is proactively finding the problems, providing guidance/advice or potential problems/topics.

Example: When Aviagames asked for Jarrod for a work plan, Jarrod replied on Dec. 1 that he'll "put together a baseline action plan during next week so that we

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY          PTX 675.2          AVIA_0117722

have something to discuss the following Monday in our kickoff call". the action was never provided by Jarrod.

Some other times, Jarrod just ignored the questions from Aviagame's product team or marketing team.
Example1: Jamie from Aviagames' production team asked a question on Jan. 9, and Jarrod didn't reply until Jan 17 after two times' follow up attempts from Aviagames.
Example2: Ping from Aviagames' marketing team asked for advice for Aviagames' platform document, and Jarrod never replied or had any advice.

Reference email loops
---------------------

Dec. 1, 2016.
Ping requested to set up the kick off meeting for the consultancy service and ask Jarrod to send over the task list.
Jarrod replied saying not available next week and will come up with an action plan

**Jarrod never sent the action plan.**

Dec. 6, 2016
Jarrod made the intro meal to US and payment company.

Dec. 8, 2016
Ping checked in again with Jarrod for meeting up request.
Jarrod relied to suggest to meet up on Friday.

**Till now, Jarrod still not sent the action plan.**

Dec. 9, 2016
Ping replied to suggest meeting up earlier to meet up on Wednesday.

**Till now, Jarrod still not sent the action plan.**

Dec. 12, 2016
**Till now, Jarrod still not sent the action plan.**
Because Jarrod never gave us the action plan, so Ping organized all the questions and sent to Jarrod.

Dec. 12, 2016
Ping asked the questions again to Jarrod. And Jarrod gave very simple answers.

Jan 5, 2017
Invoice argument - Jarrod sent over Dec. invoice for consultancy, but in our contract the initial $10K includes the work in Dec.

Dec. 28, 2016 - Jan 20

Michael asked for Jarrod regarding payment solution.

**Jan 9, 2017**
**Jamie asked the the payment product design - Jarrod didn't provide any in-depth answer.**

Jarrod never replied Jamie, and Jamie was asking Ping on Jan 14 to follow up with Jarrod.

**Till now, Jarrod didn't ever have proactively provided the work list for any month. It was all initiated by AviaGames.**
**Jan 5, 2017**
Ping asked again for Jarrod for February work list. Jarrod's reply indicates his incapability of doing in-depth solutions.

> On-baording process /Back-end design/user behaviors
> Ping sent the platform document asking for advice - Jarrod never replied any advice.

**Jan 10, 2017**
Ping asked the questions again regarding Jarrod's requests of "user behavior difference".
Jarrod's reply indicates again his incapability of doing in-depth solutions.

On Jan 11, 2017
Ping replied Jarrod for the clarification:

Jarrod' answer is always very simple and superficial. And there's no in-depth research or technical/systematic analysis whatsoever.

**Jan 14, 2017**
Jamie followed up again for his original questions that he sent on Jan 9 to Jarrod.

**Jan 17, 2017**
Finally Jarrod answered Jamie using very simple Q&A format. **His answer indicates again about his incapability of providing a systematic report or in-depth consultant service**
Ping was asking very detailed questions and requested a report. However the answer is always simple Q&A.



Case 5:21-cv-02436-BLF   Document 645-52   Filed 02/20/24   Page 5 of 6



HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY   PTX 675.5   AVIA_0117725

**PTX 675**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

Case No: 5:21-cv-02436-BLF - Skillz Platform Inc. v. AviaGames Inc.

Plaintiff Exh. No.: PTX 675

Date Admitted: 2/5/2024

By: Tiffany Salinas-Harwell, Deputy Clerk

**PTX 675**